UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ILYA LICHTENSTEIN, and

HEATHER MORGAN

Defendant.

Case No. 22-mj-22

Chief Judge Beryl A. Howell

**[DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY SAMSON ENZER *PRO HAC VICE***

The Court has reviewed the Defendants' motion for admission of attorney Samson Enzer *pro hac vice*. Upon consideration of that motion, the Court grants attorney Samson Enzer *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____                                    _____
                                                   United States District Judge