# Exhibit 3



```
Vendor: ▮▮▮▮▮▮▮ @▮▮▮▮▮

Passport
----
SNILS: ▮▮▮*****
Last Name: ▮▮▮▮▮
Middle Name: ▮▮▮▮▮
First Name: ▮▮▮▮▮
Gender: M
DOB ▮▮.▮▮.▮▮
Number: ▮▮▮▮▮
Iss. Date: ▮▮.▮▮.▮▮
Iss. Code: ▮▮▮▮▮
Iss. Place: ▮▮▮▮▮

Address
----
▮▮▮▮▮

Debit Card
----
Tinkoff Black
5▮▮▮▮▮▮▮▮▮▮▮9
▮▮/24

Old PIN: ▮▮▮

Tinkoff Bank
----
Login: ▮▮▮▮▮
Password: ▮▮▮▮▮
Old Password: ▮▮▮▮▮

Security Question: ▮▮▮▮▮
Security Answer: ▮▮▮▮▮

Secret Word: ▮▮▮▮▮

Phone
----
MTS
+▮▮▮▮▮

PUK ▮▮▮▮▮
```

```
ICCID ████████████████████

Proxies
----
socks5://5.███.███.██:█████  Yekaterinburg RU

Test Exhange
----
https:/████████████████

#████████

from Qiwi

success!
```