UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ILYA LICHTENSTEIN, and | ) Case No. 22-mj-22 |
| | ) |
| HEATHER MORGAN | ) **Magistrate Judge Robin M.** |
| | ) **Meriweather** |
| *Defendants.* | ) |
| | ) |
| | ) |

### DECLARATION OF ELIZABETH SLATER
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Elizabeth Slater, hereby declare:

1. My name, office address, and telephone number are as follows:

    Elizabeth Slater

    350 Fifth Avenue, 63rd Floor

    New York, New York 10118

    (212) 763-0883

2. I have been admitted to the following bar: the State of New York.

3. I am currently in good standing with all bars in which I am admitted.

4. I have not been admitted *pro hac vice* in this Court in the past two years.

5. I do not engage in the practice of law from an office in the District of Columbia, nor am I a member of the D.C. bar or have a pending application for membership.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 1st day of March 2022.

Dated: New York, New York
   March 1, 2022

By: /s/ Elizabeth M. Slater
Elizabeth M. Slater
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
eslater@kaplanhecker.com