# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEATHER R. MORGAN, )<br>)<br>Defendant. ) | 1:22-MJ-22-RRM |

## PROPOSED ORDER

Defendant, Heather Morgan, moved to clarify the Conditions of Pretrial Release. The government has consented to the clarification.

For the reasons stated therein, the Court **GRANTS** the motion. The Conditions of Pretrial Release permit Ms. Morgan to receive employment income in excess of $10,000 per month.

**SO ORDERED** this _____ day of _____, 2022

_____
Hon. Robin M. Meriweather
United States Magistrate Judge