**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v.    )<br>)<br>**HEATHER R. MORGAN,** )<br>)<br>**Defendant,** )<br>) | Case No. 1:22-MJ-22-RRM |

**ORDER**

Defendant, Heather Morgan, moved to clarify the Conditions of Pretrial Release and to schedule a hearing on the authority of Pretrial Services to handle routine matters.

For the reasons stated therein, the Court **GRANTS** the motion. The Conditions of Pretrial Release permit Ms. Morgan to access cryptocurrency accounts for the limited purposes of gaging tax liability so long as she does not engage in any transactions. For all matters not specifically prohibited by the Conditions of Pretrial Release, but sufficiently close to said conditions that Pretrial Services' opinion is sought, Pretrial Services is vested with the discretion of approve or disapprove requested courses of action. This Court will entertain motions on matters where Pretrial Services disapproves.

**SO ORDERED** this _____ day of _____, 2022

 _____
 Hon. Robin M. Meriweather
 United States Magistrate Judge