AO 468 (Rev. 04/05) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| Ilya Lichtenstein, and Heather Morgan | ) Case No. 22 Mag. 1XXX 1279 |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5. or Fed. R. Crim. P. 32.1.

Date: 05/01/2022

Ilya Lichtenstein / by Samson Enzer
*Defendant's signature*

*Signature of defendant's attorney*

Samson Enzer (N.Y. Bar No. 4625828)
*Printed name and bar number of defendant's attorney*

Cahill Gordon & Reindel LLP
32 Old Slip
New York, New York 10005
*Address of defendant's attorney*

senzer@cahill.com
*E-mail address of defendant's attorney*

212-701-3125
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*