## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ILYA LICHTENSTEIN, and<br>HEATHER MORGAN<br>　　　　　　　　Defendants. | Case No. 1:23-cr-00239<br><br>**Judge Colleen Kollar-Kotelly** |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Criminal Rule 44.1(c), Defendant Ilya Lichtenstein moves for the admission and appearance of attorney Connor O'Shea *pro hac vice* in the above-entitled action. The motion is supported by the Declaration of Connor O'Shea, filed herewith. As set forth in the Declaration, Mr. O'Shea is admitted and an active member in good standing in the following courts and bars: the State of New York, the Southern District of New York, the Eastern District of New York, and the Second Circuit U.S. Court of Appeals. This motion is supported and signed by Angela Collins, an active and sponsoring member of the Bar this Court.

Dated: July 27, 2023　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Angela Collins

　　　　　　　　　　　　　　　　　　　　　　　Angela F. Collins
　　　　　　　　　　　　　　　　　　　　　　　DC Bar #473891
　　　　　　　　　　　　　　　　　　　　　　　CAHILL GORDON & REINDEL LLP
　　　　　　　　　　　　　　　　　　　　　　　1990 K Street, NW
　　　　　　　　　　　　　　　　　　　　　　　Suite 950
　　　　　　　　　　　　　　　　　　　　　　　Washington D.C. 20006
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 862-8930
　　　　　　　　　　　　　　　　　　　　　　　acollins@cahill.com