UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ILYA LICHTENSTEIN, and<br>HEATHER MORGAN<br>　　　　　　　　Defendants. | Case No.  1:23-cr-00239<br><br>**Judge Colleen Kollar-Kotelly** |

## DECLARATION OF CONNOR O'SHEA
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Connor O'Shea, hereby declare:

1. My name, office address, and telephone number are as follows:

    Connor O'Shea

    32 Old Slip

    New York, NY 10005

    (212) 701-3802

2. I have been admitted to the following courts and bars: the State of New York, the Southern District of New York, the Eastern District of New York, and the Second Circuit U.S. Court of Appeals.

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not been admitted *pro hac vice* in this Court in the past two years.

5. I do not engage in the practice of law from an office in the District of Columbia, nor am I a member or the D.C. bar or have a pending application for membership.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York New York, this 27th day of July, 2023.

Dated: July 27, 2023

Respectfully submitted,

Connor O'Shea
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3802
CO'Shea@cahill.com