## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ILYA LICHTENSTEIN, and<br>HEATHER MORGAN<br>　　　　　　　　　Defendants. | Case No.  1:23-cr-00239<br><br>**Judge Colleen Kollar-Kotelly** |

## [DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY CONNOR O'SHEA *PRO HAC VICE*

The Court has reviewed Defendant Ilya Lichtenstein's motion for admission of attorney Connor O'Shea *pro hac vice*.  Upon consideration of that motion, the Court grants attorney Connor O'Shea *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED:_____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge