# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ILYA LICHTENSTEIN and HEATHER MORGAN,<br><br>　　　　　　　　　Defendants. | Case No. 1:23-cr-00239<br><br>**Hon. Colleen Kollar-Kotelly** |

## DECLARATION OF CONNOR O'SHEA

I, Connor O'Shea, hereby declare the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. On July 28, 2023, this Court granted a motion for my admission *pro hac vice* on the condition that I file a declaration certifying my familiarity with this Court's Local Rules.

2. I certify that I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Columbia.

Executed:　New York, New York
　　　　　　July 31, 2023

_____
Connor O'Shea