NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                          Criminal Number   1:23-cr-00239-CKK

LICHTENSTEIN et al

(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

/s/ Connor O'Shea
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Connor O'Shea, Pro Hac Vice
(Attorney & Bar ID Number)

Cahill Gordon & Reindel LLP
(Firm Name)

32 Old Slip
(Street Address)

New York            NY            10005
(City)                  (State)              (Zip)

212-701-3802
(Telephone Number)