Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Criminal Case No.: 23-239 (CKK) |
| ) | |
| ILYA LICHTENSTEIN ) | |
| ) | |
| ) | |

## WAIVER OF INDICTMENT

I, _____ILYA LICHTENSTEIN_____, the above-named defendant, who is accused of

18:1956(h); MONEY LAUNDERING - FEDERAL STATUTES, OTHER; Money Laundering Conspiracy.
Criminal Forfeiture: 18 USC Sections 981(a)(1)(C), 982(a)(1) ; 28 USC Section 2461(c) ; 21 USC Section 853(p)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____AUGUST 3, 2023____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____Colleen Kollar-Kotelly_____   Date: __8/3/2023__
COLLEEN KOLLAR-KOTELLY
United States District Judge