Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 23-239 (CKK) |
| ) | |
| HEATHER RHIANNON MORGAN ) | |

## WAIVER OF INDICTMENT

I, __HEATHER RHIANNON MORGAN__, the above-named defendant, who is accused of

(Conspiracy To Commit Money Laundering,
in violation of Title 18, United States Code, Section 371)
(Conspiracy To Defraud the United States,
in violation of Title 18, United States Code, Section 371)
(Criminal Forfeiture, pursuant to Title 18, United States Code,
Sections 981(a)(1)(C), 982(a)(1); Title 28, United States Code,
Section 2461(c); and Title 21, United States Code, Section 853(p))

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __AUGUST 3, 2023__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _Colleen Kollar-Kotelly_     Date: _____
COLLEEN KOLLAR-KOTELLY
United States District Judge