IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Case No. 23-CR-239-CKK |
| ) | |
| HEATHER R. MORGAN. ) | |

**SUPPLEMENT TO CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE**

Heather R. Morgan, through counsel, respectfully submits this supplement to her consent motion to modify the conditions of release. ECF 106, ECF 107 (redacted version).

Prior to filing the motion, undersigned counsel sought the consent of Pretrial Services and the government to the modifications set forth. Pretrial Services in DC indicated prior to the filing of the motion that they have no objections to each of the modifications sought by Ms. Morgan. Pretrial Services in the Southern District of New York voiced no objections to the proposed changes, but deferred on this matter to DC Pretrial Services, as it has done with prior such requests. The government has consented to each of the requested modifications.

1

2

WHEREFORE, Ms. Morgan respectfully asks this Court to grant the motion to modify her conditions of release.

                                            Respectfully Submitted,

                                            <u>By: /s/ *Eugene V. Gorokhov*</u>
                                            Eugene Gorokhov, Bar No. 73582
                                            *Attorney for Defendant*
                                            BURNHAM & GOROKHOV, PLLC
                                            1750 K Street NW, Suite 300
                                            Washington, DC 20006
                                            (202) 386-6920 (phone)
                                            (202) 765-2173 (fax)
                                            eugene@burnhamgorokhov.com

CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing document VIA ECF which provides a copy to the AUSA of record.

By: /s/ <i>Eugene V. Gorokhov</i>
Eugene Gorokhov, Bar. No. 73582
<i>Attorney for Defendant</i>
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com
