# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) |
| v. | ) )   Case No. 23-CR-239-CKK |
| HEATHER R. MORGAN. | ) ) ) ) ) |

## ORDER

This matter comes before the Court on Defendant Heather Morgan's consent motion to modify the conditions of supervised release. Having considered the matter, and with no objection from Pretrial Service of the government, the motion is hereby GRANTED.

Accordingly, it is hereby ORDERED that Condition (7)(p) of the Order Setting Conditions of Release for Ms. Morgan shall be modified to place Ms. Morgan into Home Detention, pursuant to Condition (7)(p)(iii), under which she shall be permitted to leave her residence for specified purposes including employment and medical treatment without prior approval by Pretrial Services, or for other activities approved in advance by Pretrial Services;

It is further ORDERED that Condition (7)(f) of the Order Setting Conditions of Release for Ms. Morgan shall be modified to permit travel to the District of New Jersey in addition to SDNY, EDNY, and District of Columbia and points in between for the purposes of travel to Court, consistent with the approval requirements of the Home Detention condition;

It is further ORDERED that Ms. Morgan shall be permitted to travel outside of the Southern and Eastern Districts of New York, and the District of New Jersey, with the approval of

Pretrial Services and the government, to be determined on a case-by-case basis. If Pretrial Services and the government approve such travel, Ms. Morgan will not need to seek leave of the Court;

It is further ORDERED that Ms. Morgan is permitted to possess additional electronic devices with monitoring software installed on each such device.

It is further ORDERED that all other conditions of release shall remain in full effect.

So ORDERED on Aug. 11, 2023

_____
United States District Court Judge
Washington, DC