**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEIN, and HEATHER MORGAN,<br><br>Defendants. | 1:23-cr-00239-CKK |

**MOTION TO WITHDRAW CONNOR O'SHEA**
**AS COUNSEL OF RECORD**

Pursuant to Local Criminal Rule 44.5(d) undersigned counsel respectfully moves the Court for leave to withdraw Connor O'Shea as one of the attorneys of record for Defendant Ilya Lichtenstein in the above-captioned action. I, along with Angela F. Collins and Anirudh Bansal will continue to represent Mr. Lichtenstein.

Under Rule 44.5(d), the Court may deny a motion to withdraw if withdrawal "would unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice." As Mr. Lichtenstein is still represented, and Mr. O'Shea's withdrawal will not affect any current deadline in this action, withdrawal at this time would not be prejudicial to any of the parties or otherwise inconsistent with the interests of justice.

Dated: March 1, 2024
       New York, NY

                                                Respectfully submitted,

                                                <u>/s/ Samson A. Enzer</u>
                                                Samson A. Enzer
                                                Cahill Gordon & Reindel LLP
                                                32 Old Slip
                                                New York, New York 10005
                                                Tel:    (212) 701-3125
                                                Email: senzer@cahill.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2024, true and accurate copies of the foregoing Motion to Withdraw Connor O'Shea as Counsel of Record were delivered electronically through the Court's ECF system to all counsel of record.

/s/ Samson A. Enzer
Samson A. Enzer
Cahill Gordon & Reindel LLP
32 Old Slip
New York, New York 10005
Tel:   (212) 701-3125
Email: senzer@cahill.com