**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　v.<br><br>ILYA LICHTENSTEIN,<br><br>　Defendant. | Criminal No. 23-239-01 (CKK) |

**SCHEDULING ORDER**
(June 5, 2024)

This parties having indicated that this case is ready to proceed to sentencing, it is this 5th day of June 2024,

ORDERED that the following schedule applies: The Probation Office shall file its final Presentence Report by September 16, 2024; the Government shall file its Sentencing Memorandum by September 30, 2024; Defendant shall file his Sentencing Memorandum by October 15, 2024; and the Sentencing shall be held on November 7, 2024, at 10:00 a.m., in-person, in Courtroom 28A.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE