## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>HEATHER MORGAN,<br><br>    Defendant. | Criminal No. 23-239-02 (CKK) |

## SCHEDULING ORDER
(June 5, 2024)

This parties having indicated that this case is ready to proceed to sentencing, it is this 5th day of June 2024,

ORDERED that the following schedule applies: The Probation Office shall file its final Presentence Report by September 18, 2024; the Government shall file its Sentencing Memorandum by October 2, 2024; Defendant shall file her Sentencing Memorandum by October 16, 2024; and the Sentencing shall be held on November 8, 2024, at 10:00 a.m., in-person, in Courtroom 28A.

**SO ORDERED**

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE