UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>ILYA LICHTENSTEIN, and<br>HEATHER MORGAN<br>Defendants. | Case No. 1:23-cr-00239<br><br>Judge Colleen Kollar-Kotelly |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Criminal Rule 44.1(c), Defendant Ilya Lichtenstein moves for the admission and appearance of attorney Jason M. Ecker *pro hac vice* in the above-entitled action. The motion is supported by the Declaration of Jason M. Ecker, filed herewith. As set forth in the Declaration, Mr. Ecker is admitted and an active member in good standing in the following courts and bars: the State of New York, the Southern District of New York, the Eastern District of New York, and the Second Circuit U.S. Court of Appeals. This motion is supported and signed by Angela Collins, an active and sponsoring member of the Bar this Court.

Dated: September 6, 2024                    Respectfully submitted,

/s/ *Angela F. Collins*
Angela F. Collins
DC Bar #473891
CAHILL GORDON & REINDEL LLP
1990 K Street, NW
Suite 950
Washington D.C. 20006
Telephone: (202) 862-8930
acollins@cahill.com