UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　　　　Plaintiff,<br><br>v.<br><br>**ILYA LICHTENSTEIN, and**<br>**HEATHER MORGAN**<br>　　　　　　Defendants. | Case No. 1:23-cr-00239<br><br>**Judge Colleen Kollar-Kotelly** |

### DECLARATION OF JASON M. ECKER

### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jason M. Ecker, hereby declare:

1. My name, bar number, office address, and telephone number are as follows:

   Jason M. Ecker
   5764444
   32 Old Slip
   New York, NY 10005
   (212) 701-3480

2. I have been admitted to the following courts and bars: the State of New York, the Southern District of New York, the Eastern District of New York, and the Second Circuit U.S. Court of Appeals.

3. I am currently in good standing with all states, courts, and bars in which I am admitted.

4. I have not been admitted *pro hac vice* in this Court in the past two years.

5. I do not engage in the practice of law from an office in the District of Columbia, nor am I a member or the D.C. bar or have a pending application for membership.

6. I certify that I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York New York, this 6th day of September, 2024.

Dated: September 6, 2024

Respectfully submitted,

Jason M. Ecker
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3480
JEcker@cahill.com