# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Daniel Ortiz*, Acting Clerk of Court, Certify that

__JASON   MICHAEL   ECKER__, Bar # __5764444__

was duly admitted to practice in the Court on

__June 6, 2023__

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   __August 16, 2024__
New York, New York

Daniel Ortiz                                By                 s/ R. Juliano
Acting Clerk of Court                                         Deputy Clerk