# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**
                                      Plaintiff,

        v.

**ILYA LICHTENSTEIN, and
HEATHER MORGAN**
                                      Defendants.

Case No. 1:23-cr-00239

**Judge Colleen Kollar-Kotelly**

## [DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JASON M. ECKER *PRO HAC VICE*

The Court has reviewed Defendant Ilya Lichtenstein's motion for admission of attorney

Jason M. Ecker *pro hac vice*. Upon consideration of that motion, the Court grants attorney Jason

M. Ecker *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge