UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**ILYA LICHTENSTEIN, and**<br>**HEATHER MORGAN**<br>　　　　　　　　Defendants. | Case No. 1:23-cr-00239<br><br>**Judge Colleen Kollar-Kotelly** |

**CONSENT MOTION TO EXTEND DEADLINE TO FILE FINAL PSR**

Ilya Lichtenstein, respectfully moves, with consent of the Government, for an order extending the Probation Department's deadline to file Mr. Lichtenstein's final Presentence Report (the "PSR") from September 23 to September 27, 2024. This brief extension is necessary to give the defense adequate time to respond to and comment on Probation's draft PSR, and for Probation to revise the PSR in light of the parties' feedback on the draft. However, because sentencing is not until mid-November, the requested extension should not result in any delays of the sentencing hearing itself.

Dated:  September 23, 2024

Respectfully submitted,

*/s/ Samson A. Enzer*

**CAHILL GORDON & REINDEL LLP**
Samson A. Enzer
Jason M. Ecker
32 Old Slip
New York, NY 10005
(212) 701-3125

*Attorneys for Ilya Lichtenstein*