UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**ILYA LICHTENSTEIN, and**<br>**HEATHER MORGAN**<br>　　　　　　　　　　Defendants. | Case No. 1:23-cr-00239<br><br>**Judge Colleen Kollar-Kotelly** |

**[DEFENDANT'S PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE FINAL PSR**

The Court has reviewed Defendant Ilya Lichtenstein's motion to extend the deadline to file Mr. Lichtenstein's final Presentence Report to September 27, 2024. Upon consideration of Defendant's motion, and with no objection from the Government, the Court hereby grants the motion.

IT IS SO ORDERED.

DATED: _____　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　United States District Judge