NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                                         Criminal Number  1:23-cr-00239-CKK

# LICHTENSTEIN et al
         (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/s/ *Jason M. Ecker*
*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Jason M. Ecker, Pro Hac Vice
*(Attorney & Bar ID Number)*
Cahill Gordon & Reindel LLP
*(Firm Name)*
32 Old Slip
*(Street Address)*
New York     NY          10005
*(City)        (State)        (Zip)*
212-701-3480
*(Telephone Number)*