UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>                    Plaintiff,<br><br>     v.<br><br>**ILYA LICHTENSTEIN, and**<br>**HEATHER MORGAN**<br>                    Defendants. | Case No. 1:23-cr-00239<br><br>**Judge Colleen Kollar-Kotelly** |

**CONSENT MOTION TO CONTINUE DEADLINES FOR DEFENSE TO FILE SENTENCING MEMORANDA**

Defendants Heather Morgan and Ilya Lichtenstein, respectfully move, with consent of the Government, for an order extending the deadlines by which each Defendant is to file their respective Sentencing Memoranda by one week, thereby allowing Ms. Morgan to file hers on October 30, 2024, and Mr. Lichtenstein to file his on November 5, 2024. This brief extension is necessary to give the Defense adequate time to respond to the various arguments raised in the Government's Sentencing Memoranda. We note that the Defendants will be ready to proceed to sentencing as presently scheduled, and respectfully request that these dates remain unchanged.

Dated: October 21, 2024                           Respectfully submitted,

<u>/s/ Samson A. Enzer</u>

**CAHILL GORDON & REINDEL LLP**
Samson A. Enzer
Jason M. Ecker
32 Old Slip
New York, NY 10005
(212) 701-3125

*Attorneys for Ilya Lichtenstein*


<u>/s/ Eugene Gorokhov</u>

**BURNHAM & GOROKHOV, PLLC**
Eugene Gorokhov (D.C. Bar No.979785)
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920
eugene@burnhamgorokhov.com

*Attorney for Heather Morgan*