UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**ILYA LICHTENSTEIN, and**<br>**HEATHER MORGAN**<br>　　　　　　　　Defendants. | Case No. 1:23-cr-00239<br><br>**Judge Colleen Kollar-Kotelly** |

**[DEFENDANTS' PROPOSED] ORDER GRANTING MOTION TO CONTINUE DEADLINES FOR DEFENSE TO FILE SENTENCING MEMORANDA**

The Court has reviewed Defendants' motion requesting permission for Ms. Morgan to file her Sentencing Memorandum on October 30, 2024, and Mr. Lichtenstein to file his Sentencing Memorandum on November 5, 2024. Upon consideration of Defendants' motion, and with no objection from the Government, the Court hereby grants the motion.

IT IS SO ORDERED.

DATED: _____　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge