UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ILYA LICHTENSTEIN, and<br>HEATHER MORGAN<br>　　　　　　　　Defendants. | Case No. 1:23-cr-00239<br><br>**Judge Colleen Kollar-Kotelly** |

**[DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY KIERSTEN A. FLETCHER *PRO HAC VICE***

The Court has reviewed Defendant Ilya Lichtenstein's motion for admission of attorney Kiersten A. Fletcher *pro hac vice*. Upon consideration of that motion, the Court grants attorney Kiersten A. Fletcher *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge