UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, and<br>HEATHER MORGAN<br>                  Defendants. | Case No. 1:23-cr-00239<br><br>Judge Colleen Kollar-Kotelly |

NOTICE OF NO OPPOSITION

Mr. Lichtenstein and Ms. Morgan hereby notify the Court that they do not oppose the Government's Motion for Amended Preliminary Order of Forfeiture (ECF No. 148).

Dated: October 25, 2024

Respectfully submitted,

*/s/ Samson A. Enzer*

**CAHILL GORDON & REINDEL LLP**
Samson A. Enzer
Jason M. Ecker
32 Old Slip
New York, NY 10005
(212) 701-3125

*Attorneys for Ilya Lichtenstein*

*/s/ Eugene Gorokhov*

**BURNHAM & GOROKHOV, PLLC**
Eugene Gorokhov (D.C. Bar No.979785)
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920
eugene@burnhamgorokhov.com

*Attorney for Heather Morgan*