NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                        Criminal Number  1:23-cr-00239-CKK

**LICHTENSTEIN et al**
_(Defendant)_

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Kiersten A. Fletcher, Pro Hac Vice
_(Attorney & Bar ID Number)_
Cahill Gordon & Reindel LLP
_(Firm Name)_
32 Old Slip
_(Street Address)_
New York          NY          10005
_(City)_          _(State)_          _(Zip)_
212-701-3365
_(Telephone Number)_