The Honorable Colleen Kollar-Kotelly 

United States District Court

333 Constitution Avenue NW

Washington, DC 20001

Dear Judge Kollar-Kotelly,

I am ███████████████████████████████ and am writing this letter in regard to her sentencing. I want to thank the court for the opportunity to provide a fuller picture of the person she is, especially since it doesn't match the image of her the media has created to attract attention. It has been painful to see the depictions of her and know that speaking to the media would only lend credibility to the stories they wish to spin. To her credit, those who know her best have remained silent. She has certainly made a poor choice that resulted in committing a crime, but from what I have seen, it was not out of greed but of finding herself in a situation she didn't think she could fix.

I am a ███████████████████████, also having worked with grades K-8. I finished both my teaching credentials while Heather was in elementary school, and also served on a school board. ████████████-███████████████.

Heather was ████ ██████████████████████████████████ had started working as a biologist for the federal government Bureau of Land Management, which took us to this town and other small towns. Because we were so isolated in these places, I was afraid Heather wouldn't develop proper social skills she needed, even though I spent a lot of time interacting with her. Multiple children in the first grade still couldn't read, and I never wanted to see Heather held back by her education, ██████████ ████████████ when Heather was 4. This meant ████████ had a 4-hour commute to his work and was gone from the home much of the time. ████████████████████████ except for weekends.

Heather picked up language easily, and at 6 months old was saying many words. She spoke in sentences before a year old. By age 2, she could name all the different fish in a book of fish ██████ had given her, and identify which was a trout, bass, or a salmon, among many others. She was adept at seeing patterns, whether it was numbers or designs. When she was 4, she told us she wanted to be a math detective and solve crimes using math. At night ██████ would often make up math word problems for her to solve, which she loved. After learning to write, she wrote to her favorite author at age 5, asking where she could find more of his books, as she read all the local bookstore and the library had. (This was before Amazon.) They had a back-and-forth letter correspondence for years. The author wrote and illustrated stories about a duck on a farm who was a detective. Later, in her 20s, Heather reached out to him again via email, and he gave her a tour of his studio during a trip to New York. He remains a hero to her.

As a child, Heather loved dressing up and creating costumes. She would take plastic bags, cut them up, and tie or tape them together to make a shirt or shorts. ██████████ gave her some old scarves in first grade, and she managed to attach 5 of them to her clothes, and insisted on wearing them to school. I began teaching Heather to sew the day before her arrest and we've continued during her bail. People often stop her to ask where she got the pants or clothing she's made or painted. She's made clothes for others as well, including clothes for her grandmother and a friend's baby.

With few children living nearby, school and visits with ████████ were her main sources of social interaction. She was an outdoor girl, going on camping adventures with ████ in the summer, while I was

completing two teaching credentials so that I could become a school librarian. She grew up doing inside and outside chores, some of them to earn money, which she credits as part of her strong work ethic.

But in many ways, Heather's school years were a struggle. She loved language and its patterns, but she also had difficulty making different sounds and went to speech therapy classes, which she disliked, because it gave other kids a reason to make fun of her. She didn't make friends easily, and was always greatly hurt if she was betrayed by them, which she often was. She's been bullied since kindergarten, sometimes by people that haven't even met her.  She doesn't hesitate to intervene when she sees people being bullied. In kindergarten, she made a 4th grade boy stop bullying her friend from Mexico.  I think she doesn't want people to experience the same pain she has and she doesn't want them to feel alone.  She's had a great many LGBTQ friends, as they know she accepts them for who they are.  The theme for her wedding was for everyone to dress as their real selves.

████████████████████████ since Heather was 4. Most of the time, everyone was busy working full-time, except for ██████, a retired junior high school teacher, who watched her after school. He taught her to play checkers, backgammon, and use the computer, and would bring her educational games to play. He was diagnosed with a ██████ when she started 7th grade.  Heather helped care for him as he deteriorated while █████ continued to work. He passed away that summer.  When she was in high school, she took a ceramics class and made a life-size likeness of his face. They were very close. Many people, including former students, came to ████████ service. Heather said that despite knowing he only had limited time left, it still hurt a lot when he died.

Before Heather went to 5th grade, I made the difficult decision to send her to a different school that was even smaller than the one she attended.  At her previous school, she had been sexually harassed by a boy in her class that I had to report to her teacher, but she was never comfortable after that.  The next 4 years, she had only 2 teachers (classes were combined grades 5th/6th & 7th/8th). She was the valedictorian, but her 8th grade graduating class was only about 10 students.

Heather never really fit in with the other junior high students, especially the girls.  She found boys were less judgmental and she loved their sense of humor. It was tradition for the students to pick walnuts from the school's trees to sell to the local processor to raise money for field trips and other things. ██████████████████████████████████████████████ Her 5th/6th grade teacher (who was also the principal) insisted she had to pick them up, just like everyone else, even though it triggered her asthma.  I convinced him it was harmful to her, so he had her sit on the steps so everyone could see she wasn't picking them up, which made the other students resent her more, since she was not participating.

In addition to ██████████, Heather also suffers from ██████████. When they occur, ██████Heather complained about suffering from ██████ while incarcerated in ████████████████ because of the ██████████████████████████

I became a ████████████████████████████████, when Heather entered high school. I decided to send Heather to a high school there because it was larger and there were more advanced classes and opportunities for her.  I was worried that it would be intimidating to go from a class of 10 to a class of over 400 students, but she loved it from the first day and thrived academically.  The summer after her junior year, she studied abroad in Japan as part of a homestay exchange program with a sister-school.  After that, she was hooked on foreign travel, driven by a passion to interact with people from other cultures. She took many honors classes and AP classes, graduating #11 in her class.  In high school, she became friends with many of the Hmong students, whose parents or grandparents were refugees from the Vietnam war. She often studied with them, helping edit their papers and college applications, as English was not their first language. Heather continued to have some social struggles in high school, but was able to accomplish a lot.

I've never understood why some people want to single out, bully or hurt Heather. Does she seem easily victimized?

Over the years, I've watched Heather develop truly meaningful friendships, with both men and women. Figuring people out has been a big learning experience for Heather, but she has become more perceptive and less easily fooled. She is resilient and always aiming to improve; learning to recognize warning signs, how to better avoid bad situations and navigate them differently if possible.

Her natural instinct is to help and protect people, but that has created problems for her, including with this crime. I have spent a lot of time with her since getting bail, and before that, I often stayed with her and Ilya. After the plea, she shared with me how she'd felt trapped once she'd learned Ilya had hacked the crypto exchange and involved her without her knowing, so she felt she would be implicated, too. She told me that before the arrest, she had felt paranoid, afraid and unsure what to do.

Heather received a number of scholarships for UC Davis, including one that matched her annual tuition costs. She also received an alumni scholarship. At the alumni interview they were so impressed with her that they gave her more than the scholarship initially offered to ensure they recruited her. Heather graduated in three years with two majors, although her scholarship would have paid for a fourth year. She wanted to be part of the work world right away. Heather's university years became her opportunity to explore more. In her economics classes, she became friends with many South Korean students, who she helped with language and cultural barriers, who in turn taught her Korean. Heather studied abroad in South Korea and Turkey, making lifelong friendships with locals and Americans alike.

During her second year of college, she began dating a young man from Hong Kong and they were quite serious. He wanted to marry her, and they planned to move to Hong Kong after graduation. Unfortunately, his family had other plans. This led to a very painful breakup. Despite this, Heather went forward with her plan to move to Hong Kong because she was determined to persevere and make the place her own. She wanted to have a successful career in Asia and saw Hong Kong as the gateway to Chinese business.

During her stay in Hong Kong, Heather met an Egyptian economist who invited her to attend a United Nations conference on food insecurity in the middle east. While there, she met several people who encouraged her to apply to graduate school in Egypt. Since childhood, Heather was fascinated with Ancient Egypt and learned some hieroglyphics, as well as studying Arabic in high school. The American University in Cairo was impressed with her test scores. Unfortunately, there was much unrest post Arab Spring and the university was often closed. Heather saw a number of riots in Tahrir Square and sometimes smelled tear gas on the subway. Heather found work in Egypt by cold emailing a UC Davis economics professor about the UN conference she attended in Beirut. He was impressed with her abilities, and he needed someone on the ground in North Africa, so he asked her to write a paper with him. She co-authored Chapter 14 of the Oxford University Press book, *Food Security and Sociopolitical Stability*.

Heather ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ while living in Cairo and was terribly sick, ▓▓▓▓▓▓▓▓ She still has an ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Coincidently, ▓▓▓▓▓▓ had already planned a visit then, and cared for her while she recovered. Her friends were surprised he was willing to be around her, as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and she eventually recovered. He convinced her to move back to the US.

When she returned to California, she would become highly alert when in crowds, as it ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. She didn't move back home, as she ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Instead, she stayed in the bay area on various friends' couches. She was the first non-technical hire for a startup part of the 500 Startups accelerator in Mountain View. She gained lots of hands-on business experience and befriended many experts in the space. One day Heather made waffles for her everyone in her accelerator class, but the good smells attracted investors that her boss had been trying to meet. She fed the investors waffles in exchange for hearing their company's business pitch.

While at the accelerator, Heather met two people that would change the course of her life. █████████

After she moved to Brazil, Heather became more and more unhappy. █████████

After Heather returned, █████████

The other person Heather met at the accelerator was her future husband, Ilya. The accelerator's founder made Ilya a mentor and asked him to give a talk on growth marketing.  Heather was impressed with the talk and stuck around to talk with him individually. At some point she went on a date with him, but it didn't become serious because he was very focused on his company.  When she was in Brazil, however, he had a dream about her, and decided to call her. He told her he █████████ just wanted to know if she was happy and to tell her that she shouldn't settle for anything less. That cut deeply for her. But she told him to not call her again. Ultimately, those words would not leave her mind and she appreciated his concern.

Back in California, Heather again crashed on friends' couches, determined to forge her own path. Instead of seeking unsatisfying work, she founded a company to optimize sales email campaigns to drive new business. She scaled the company to over 50 employees and hundreds of clients. It deeply upset Heather that the business she worked so hard for was being treated as a fraud after her arrest. She worked hard 7 days a week from the beginning, and continuously strived to add more value to customers, grow and improve. Heather also created educational courses that trained thousands and was invited by top companies to train their teams and speak at global conferences.

Ilya always believed in Heather early on, in both her talents and potential, in ways very few others have. As salaried employees with no entrepreneurial experience, we had no advice for her. Ilya helped Heather see how she could start her own company, and would give her valuable feedback as to what would work, whether it was in email sales campaigns, hiring tips, or scaling the company.

Ilya taught her many things, but would also lose patience suddenly and shut down, leaving Heather perplexed and frustrated. She attributes it to █████████. He's quite brilliant in a number of ways, and he's helped her not only with her company, but also with a bad first marriage. Once she left her husband, he helped her figure out how to divorce someone in another country (which can be quite difficult and expensive).

Heather fostered empathy in Ilya, and he greatly changed since I first met him.  At their wedding, he said that the world was colorless before he met her, but she brought bright color into his life.  Early in their relationship, I saw Ilya adored Heather, but often times seemed to lack compassion and kindness. He would tell me that he didn't really understand when he was hurting someone's feelings or was being mean.  It didn't seem like he could read emotions in others or understood the effect he might have on them.  In spite of this, I could see they both loved and cared for each other. Ilya helped Heather grow confidence in a realm she was still learning, and Heather helped Ilya grow empathy and kindness.  Since the arrest, his concern has been for her well-being and ours, more than for himself.

I often stayed with Ilya and Heather, both in San Francisco and New York; perhaps more than any other houseguest. When Heather met Ilya, he was still living out of boxes with no lights, even though he had been living in his apartment for years. She created a real home for him, which he always thanked her for. He often told me he believed ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ if he hadn't met Heather.

I had mixed feelings about Heather being with Ilya in the early years. He was so supportive of her and believed in her when she needed that, and she seemed emotionally in a better place than the past. She felt she finally could support herself, and he insisted she do it for herself, so that she wasn't held back by an employer's preconceived ideas of her abilities. He seemed to recognize she needed the independence to learn by creating her own company. And yet, he could also withdraw his support from her and suddenly stop helping at crucial times.  This frustrated her so much that I sometimes felt she would be better off without him.  It didn't seem like he was doing this to manipulate her, but rather because he would become overwhelmed and shut down.  In San Francisco, Ilya's company was doing well, yet he paid himself a very small salary, because he wanted to look out for his employees and the company.  It seemed like he and his partner were having more disagreements about the direction of the company, and Heather could see he was heading into burnout.  Her company was doing well, so she offered to cover bills for a while and supported his decision to step away from the company. She saw how talented and how brilliant he could be, and believed he'd be successful with something else, but needed time to recover. They both believed in and supported each other, and their love seemed to grow out of that. Eventually, they both wanted a change from the bay area and moved to New York. Heather was very involved in her company, and gave Ilya the time he needed. She tells me now that there were times when she almost left him because she felt so alone, as he grew more and more withdrawn. ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ He would often lock himself in their office for hours at a time, sometimes for most of the day, completely unavailable to her. ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

At some point, Heather started to burn out too. She could see she needed a break, and laid off her employees, while continuing to do some of the work herself, but scaled back. During her burnout, she came up with a rap persona, Razzlekhan.  For her, creativity was the way to rebuild the energy she'd lost from the exhaustion caused by overworking and sexual harassment. As Razzlekhan, she wrote and performed songs to express her strengths ("Turkish Martha Stewart"), as well as her frustrations with "sales bro" attitudes and tech culture, her own health issues, and other concerns with the world.  As a child, her personality greatly calmed once she learned to write, giving her an outlet when she felt no one would listen. We've talked a lot about Razzlekhan and her music.  I believe profane language is most effective when reserved for situations where nothing else will work. But Heather feels she's reclaiming language, particularly derogatory terms used for women and female anatomy. I see Razzlekhan as part of her creative journey, where she finds courage, strength, and inspiration, serving as her antidote to depression in difficult times.

Just before the pandemic, two of Heather's closest friends died. One, who lived in LA finally lost her fight with ⬛⬛⬛⬛ cancer. Heather often flew from New York to visit and help care for her amidst chemotherapy. She even convinced ⬛⬛⬛⬛ to drive them on a road trip to the Anza-Borrego desert, fulfilling her friend's bucket list wish. Heather introduced her to a close friend in Southern California to keep her company when she couldn't be there.  Heather's high school friend died when an avalanche in Alaska swept away his house while he was inside. Every year he sent Heather a post card saying how much she had changed his life by showing him ways to travel cheaply.  These losses left lasting voids in her life.

Before the pandemic, I retired and ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ Heather made sure she was there for ⬛⬛⬛⬛⬛⬛⬛⬛⬛ always helping out and being supportive ⬛⬛⬛⬛

The pandemic was hard on Heather, who was especially ⬛⬛⬛⬛⬛⬛⬛⬛ New York's severe situation ⬛⬛⬛⬛ I couldn't visit her, but we talked on the phone a lot. She seemed increasingly impatient and irritated, and needed reassurance. Heather had joined Ilya's new software company and became CEO because he felt overwhelmed as a solo founder. She felt abandoned by him much of the time, and spent most of her time working, taking over tasks he left unfinished. Ilya seemed to withdraw even more, and Heather was very busy trying to figure out how to finish the product and find the investors. Although Heather is a strong person, I felt Ilya could undermine her confidence, and that seemed to be happening more often.

Toward the end of the pandemic, Heather and Ilya got a kitten. Ilya's first pet brought remarkable change in him. He became so caring and attentive to the kitten, which he treated like a treasured child. He began to learn empathy better, but was still short on patience with anyone except for the kitten.

The wedding was one of the most unusual and interesting ones I have ever been to. It was not quite a costume party, but everyone was encouraged to come as their "true self." Everyone made new friends, since Heather planned seating around who she wanted people to meet. She did what she's best at, getting everything for the best price. Despite media portrayals as a spoiled princess, Heather is thrifty and avoids designer brands. She loves shopping at TJ Maxx, and enjoys stretching her creativity with repurposing and upcycling. Her Razzlekhan productions were always done on a shoestring, using money she earned herself.

I was surprised one night when a friend called to tell me that Heather had ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ She later told me she felt like the movie character Jason Bourne, needing to escape and trusting no one. It also turned out that before she fled, Ilya had said things ⬛⬛⬛⬛⬛⬛⬛ Their relationship was worsening, and I think Heather was becoming more paranoid about the hack, as I think she knew about it by then.

In January 2022, Heather was scheduled to have surgery ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ offered to come up and help her during recovery. A week after her surgery, while she was still healing, the police pounded on their door to open up. We were still in bed in our pajamas. Ilya and Heather kept telling us they would be okay, and to make sure to get the kitten's handbook to follow and to call their attorneys. In their first bail hearing, both were awarded bail, ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ Prior to the arrest, their attorneys had been in touch with the prosecutors, who knew Heather had surgery. They assured their attorneys there was nothing to worry about at that time.

The prosecutors appealed the bail and set another hearing in D.C., so we traveled there. This time, Ilya didn't get bail, but Heather still did. However, due to bureaucratic issues caused by differences between jurisdictions and complications from the pandemic, it took over 3 weeks for Heather to be released. In the meantime, Heather got Covid while in solitary confinement, most likely from a guard with a cough. When she was finally cleared of Covid and could go to the doctor in New York, she was so under-weight the doctor told me to feed her peanut butter in addition to everything else to put weight back on.

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ and continuing to help her after she had bail since she wasn't allowed to access the internet during home confinement. Her strict conditions meant she couldn't go get groceries or even take out the garbage. It's very difficult to order groceries without internet.

Meanwhile, ⬛⬛⬛ was repeatedly contacted by different media outlets. They set up outside her apartment building and some came knocking at the door. ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ suddenly everyone knew. I once believed journalists were vital to our democracy, but I am finding too many are more interested in entertainment and I've

become very disillusioned with the profession.  A journalist told one of Heather's friends, who offered to correct inaccuracies in his article, that fact-checking wasn't his job. I was especially disappointed when a crew member from one of the news outlets pushed between Heather and her attorney in order to film her when she left court after her plea hearing..

Although Heather relied on me when she couldn't use the internet, she has been resourceful and productive. She asked a few friends to sell some of her furniture to pay for moving from her apartment and to downsize. She has had to deal with frozen funds and cancelled credit cards and so many other things, often needing permission from the court to proceed. But she keeps moving forward. At times she gets down, but she does her best to help keep up Ilya's spirits with letters and phone calls.  They have continued to support each other throughout the case. She's had to practice patience more, when it was most difficult to be patient.  We have had a number of conversations about the importance of trusting her instincts and doing the right thing, especially in conflicted situations. We talk about finding strength when you feel most vulnerable, which is often when you compromise yourself.

From all the time I've spent with Heather before and after the arrest, I don't believe she would ever commit another crime.  She would not tolerate anything like this from Ilya again and has told me so. At times she has tearfully expressed to me how angry she is at him for creating this situation, which would have ended many relationships. Heather doesn't have a savior complex; she helps people, but is realistic about their willingness to help themselves. If she didn't believe Ilya had truly changed, she wouldn't stay with him. I also don't think he would ever do this to her again. Both have seen the toll this has taken on their families and friends. Despite our resilience, Heather has witnessed the impact on us and our health. She constantly thanks us for our love and support through this difficult time, and apologizes for the trouble it's caused us.

I hope this letter conveys the bright, hardworking, compassionate and creative young woman Heather is. While she has made a terrible decision in supporting Ilya in the furtherance of his crime, I know she will never do anything like this again. I humbly ask for your leniency during Heather's sentencing.

Respectfully,

