The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001

**EXHIBIT B**

Dear Judge Kollar-Kotelly,

I am ██████████████ I grew up on a farm in a rural part of Northern California and enlisted in the Marine Corps Reserve while I was in junior college, shortly after turning eighteen.  After 2 years in the active reserves, I got an interservice transfer into the Air Force where I became an Electronic Warfare Technician and worked on B-52 bombers and RC-135 reconnaissance aircraft which required a secret security clearance.  I got my honorable discharge from the Air Force at the rank of staff sergeant after 6 years and 10 months of Air Force service. ████████████████████████████████████████ After the Air Force, I went back to college and got a BS in biology, with a minor in chemistry.  I worked as a fisheries biologist for the Bureau of Land Management and USDA Forest Service until my retirement.  Part of my civil service career included wildland firefighting support as a fire-line qualified resource advisor, work I continued to perform after my retirement up until the Pandemic.

████ and I were visiting Heather to provide emotional support related to her ████ surgery when the federal agents arrested her and her husband.  Prior to that day Heather had told us that they were involved in legal proceedings with the federal government, but that they had retained lawyers who were negotiating with the government lawyers, and things would be worked out over time.  We were shocked when she was arrested and the way her health deteriorated while in their custody.  The rosy picture of how well prisoners in America are treated related to food and health care were not what she experienced from what we saw.  When she was released after about a month of confinement, she was emaciated; still in pain from the pre-arrest surgery; had failed to receive adequate post operative care; and was still getting over COVID that she contracted while in custody.  I'm aware that the charges Heather has admitted to are serious, but I'm hoping that you consider the effects of that incarceration; her life experiences prior to arrest; as well as her character and future value to the world, as you decide upon her sentence.

Heather is a good person and I don't think she would've been involved in this situation if not for her husband.  Heather has a quirky sense of humor and likes to "troll" people to elicit a reaction but at her core she is a kind person. She is looking for close relationships and wants to trust people even if they aren't worthy of that trust.  She is not comfortable feeling alone.  She has had a number of bad relationships with men starting in high school and I think that has colored her decision making.

Her first real love was a guy she met in high school; ████ said he'd move with her when she moved two hours away to start college at UC Davis.  He even co-signed a lease to the apartment they would move into as school started.  Then he broke up with her just before the planned move, which made the start of her college years quite rocky.  Heather had a few guys that she dated at Davis, but she got serious about a student from some of her economics classes; ████ was from Hong Kong and he said he loved her and wanted to marry her. Heather got a job in Hong Kong and followed him there after they both graduated.  But after being in Hong Kong for less than a year, it became clear that he was not the person she thought he was and that they would never have a life together.  She was very hurt by the way he and his family treated her.  She left Hong Kong and lived for a while in Turkey and Egypt and finally returned to California where she began to look into creating a niche for herself as an entrepreneur.  She participated in an intensive accelerator program that trained people to be successful at starting up their own businesses. ██████████████████████████████████████████████████████████████████████████████████████████████████

▮

She had also met Ilya, her current husband, during the same program that she had met ▮, and they became close following her return to California from Brazil. Ilya gave her emotional support after Brazil and helped her navigate through a long-distance divorce from ▮. Ilya also mentored her in some aspects of business as Heather began to build her own company while they both lived in San Francisco. Heather became very dependent on his advice and would forgive his eccentricities and occasional negativity towards her.

I sometimes thought that Ilya didn't deserve Heather. An example occurred on a vacation to Hawaii. Just before the Pandemic shut down travel, we invited Heather and Ilya to stay with us in a condo we had rented. We had a serious storm one night and rain poured through a skylight onto their bed. Ilya was incoherent and yelled many derogatory things at Heather as we tried to deal with the problem. Heather was protective of him and said he was in the middle of one of his fairly frequent "night terrors". ▮ Heather assured us that Ilya's treatment of her improved significantly prior to their marriage. I think Heather has always been looking for a partner that shared her interests in life and that she could depend on. She is a loyal person and I believe it was her bond with Ilya that pulled her into the mess that Ilya started with his cryptocurrency hacking. She did not consider abandoning him since he had not betrayed her the way her prior love interests had.

I think another reason that Heather got into this mess is ▮ Ilya is an eccentric guy ▮

I'm confident that she has learned a lot from this experience and has no intention of being involved in any future crimes. She has apologized to us for dragging our lives and emotions into this legal drama; apologized for ▮ and thanked us for being supportive of her while the case works through the system. Her greatest concern about her upcoming sentencing is about ▮ She wants to do her best to recover her chances at a positive future, including steady, meaningful employment; starting a family; and the freedom to travel again. She has made it clear to us that while she still loves Ilya and wants to start a family with him, she will **not** allow his decisions to drag her or her children down in the future and I believe her.

Heather was always a hard worker both in school and at home as she was growing up and she had many interests and abilities beyond most of the kids around her. She got very interested in Egypt from a summer weekly reader when she was in about second grade and taught herself to read/translate Egyptian hieroglyphics. I think that experience, and some of my stories of travel and cultural diversity that I experienced while I was in the military jump started a strong desire in Heather to explore other countries, languages and cultures. I think our use of chopsticks for some of our meals locked in an interest in learning about Asian cultures at an early age.

Heather went to grammar school, including junior high, in a small rural school district. She was the valedictorian of her 8th grade class, but it was admittedly a very small class. Heather had problems with the mindsets of many of the students and most of the teachers she had in grammar school. Heather was

smarter, better at math, had a larger vocabulary, and more widely read than the other students; this in a community where girls were not to be seen to outshine the boys. Heather was harassed regularly for being different and the curriculum in grammar school did little to engage her abilities.

Fortunately for Heather, XXXX started working in a larger town as Heather graduated junior high. Heather started high school in a much larger school district and she had the opportunity to excel, rather than being normally bored as she had in grammar school. She took college track classes in high school and by her sophomore year began taking some classes at the local college which counted towards her high school graduation credits. Those college classes included Japanese and Arabic. By the time she graduated high school, her advanced placement testing and those college classes gave her sophomore standing when she entered UC Davis where she double majored in Economics and International Relations and graduated in just 3 years. Heather's GPA and hard work scholastically enabled her to get scholarships at Davis, but she also had a job cleaning house for an elderly couple to supplement the scholarships.

During those 3 years at UC Davis, she became very proficient in written and spoken Japanese; made many South Korean friends, learned conversational Korean, and spent a summer quarter at a South Korean university; and spent a fall semester at a university in Turkey where she attended classes and worked on her conversational Turkish. Her GRE (Graduate Record Examinations) scores were high enough to get her into any graduate school in the country. Heather knew she wanted to be an entrepreneur and ultimately decided that she didn't need a graduate degree to be successful in that arena.

She looked for a niche and found one as a consultant in marketing, related to cold emails. Her SalesFolk company gave her the opportunity to work with diverse clients to make them more successful and to network with people across the globe. Companies would pay for her to travel to marketing seminars in the US and internationally to share her perspectives on how to best use cold emails to sell products and grow a business. There was a window of time when Heather was known as the "Queen of cold emails" and was approached by a publisher to write a book related to "Cold Emails for Dummies". Heather did not pursue the book deal. She was in the process of growing her business by hiring and training employees to do the work that she did, but at a larger scale. She also created an online class so people could study her techniques on their own time and shared with us a number of unsolicited, glowing testimonials that her online students had sent her.

She enjoyed growing her business initially, but eventually got burned out. She was overwhelmed at the time and energy it took to train and manage some of her employees. Basically, it's the rare person who could do what came easily to Heather. Another hurdle was the negativity and sexual harassment she experienced from some of the "trust-fund bros" that she was interacting with in the Silicon Valley. The work burnout coincided with her coming home to provide emotional support to XXXX who ███████████████████████████████████████████ Additionally, ███████████████████████████████████████████████████████████████████████████ in the same widow of time as her burnout. Eventually, with all these weights pulling her down, she stepped back from trying to grow the company and focused on working by herself on special projects for clients and writing articles for Forbes and Inc. magazines. I think she most enjoyed working creatively with new and interesting people during that window of time.

She was cast in several school plays before junior high and she enjoyed those plays as she was in a cast of mostly high school kids and they were more interesting than kids of her own age. Additionally, she was able to see what it was like to step into somebody else's life for a little while and be somebody else. While she was recovering from her SalesFolk burnout, she started taking classes in comedy and singing/rapping in NYC. She has always had a quirky, creative side and she developed several quirky characters to portray. Her rapping Razzlekhan persona has gotten all of the attention in the press, but she also developed "Charrlean" who is basically an ignorant red neck country girl, who Heather uses to parody some people Heather has known. Charrlean modeled many negative attributes that Heather finds troubling. That character actually made it to the Maury TV show and was invited back to Maury on several occasions. She

enjoyed unleashing her creativity to create and script the characters and then portraying them. But those characters aren't ██████.

Heather really cares about people, perhaps especially the underdogs, and isn't afraid to take a little risk while supporting others. Heather witnessed an event at her high school campus where a pair of "jock" bullies in a golf cart harassed a mentally challenged student, by chasing him in their golf cart and yelling at him. She demanded they stop and reported the incident to the office. The administrators didn't want to take a report and argued that the event couldn't have happened as the bullies were part of the student government and were good kids and good students, but Heather insisted. The bullies and their clique harassed Heather until she graduated but she thinks it's important to stand up to bullies.

Many of her closest friends in high school were "nerds" and or children of immigrants. She spoke out at school numerous times about how some students treated the Hmong kids or other immigrants poorly, but that the bullies were often protected because they were jocks, cheerleaders, etc. Again, speaking out made her unpopular with certain cliques. She also spoke out about a teacher who was harassing a student in class because of the student's sexual orientation; such harassment was blatantly against school policy, but the administration preferred to ignore the problem until forced to.

When Heather lived in Cairo Egypt, she had a number of friends who were closeted gays. Egypt was a dangerous place for openly gay guys, but Heather made many gay friends there. Some of the gay guys told me they loved Heather because she was accepting of who they were and helped them feel more normal in public; she would go out with them to assorted venues and take two or three out on the dance floor at a time to dance as a group.

I've witnessed her being kind to women in need beyond what the average person bothers to do: for example, in Cairo there was a woman, who with her small children, would beg for money from a doorway about 3 blocks from Heather's apartment building. Heather brought her leftovers on many occasions and it was obvious the woman was genuinely grateful. Similarly, during a New York City winter Heather gave blankets, etc. to a homeless woman that lived on the streets in her neighborhood.

Her kindness to friends went even further: An example is with one of Heather's friends was a Vietnamese women named ██ from the Los Angeles area. Heather met ██ in the entrepreneur accelerator program in the Bay Area and they became very close. Heather let ██ stay in her apartment in San Francisco on multiple occasions when ██ was working in the Bay Area. Heather and I went down to an award ceremony that honored ██ as a successful business woman at her alma mater in L.A. and afterwards we went hiking and camping in the desert with ██. ██ had a passion for the outdoors and hiking and it lifted her spirits from the long battle she fought with ████████████████████████████ ██████ but Heather supported her emotionally in that fight, both with regular long distance phone calls and with in-person visits to go with ██ to medical appointments, sharing time cooking and reminiscing.

I hope that this letter conveys that ██████ is a good person, with value to our country and the world, and one that wants to be a productive member of society. I further hope that you will be lenient in your sentencing so that she can get on with being a productive member of society, as well as ██████ ████████████████████████████████████████████ and Heather.

Respectfully,

████████████
████████