The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001


**EXHIBIT C**

Dear Judge Lollar-Kotelly

I am writing to you regarding Heather Morgan. I am ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I am a retired educator. I taught in a small 4-teacher elementary school, became the teacher-principal and retired as the superintendent of the school district where I went to elementary and high school. This is also ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
Sometime in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I also took on the role of licensed water operator, certified floodplain manager and city administrator. It used to be part time, nights and weekends, but after retiring as an educator and as things have gotten more complex, it is almost a full-time job. I also serve on ▓▓▓▓▓▓▓▓▓ Board of Education. My family has a history of community service. My mother was a 4-H leader, and my father was on the local school board.

Heather ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ so we have always been very close. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ she was old enough to start preschool. They wanted Heather ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Her father worked away from home and was only home on weekends in the beginning. She was always very excited when he came home and was certainly Daddy's girl. She spent a lot of time at my house and was really close ▓▓▓▓ ▓▓▓▓▓▓ He taught her to play checkers and other board games. They would read books and the newspaper together. He was also a teacher and had a love of history. She was interested in the news and what was going on in the world at a young age.

Heather started talking in complete sentences at a very young age. When she was 2 ½, she shared her exotic fish book with me and could tell me the scientific name of all the fish. I was amazed. When she was in K or first grade, we were in the car going somewhere and we would give her a number and she would give us the multiples. She always loved math and patterns. When she was 7 Or 8, ▓▓▓▓▓▓▓▓▓▓ took her on a long trip to Monterey to the aquarium. She was fascinated with the exhibits. She always liked to learn.

Heather was an only child and there were few children in ▓▓▓▓ her age. She created her own world and seemed very content in it – played with Legos, toy animals, and Lincoln logs. I gave her a set of tools to help me with my building projects.
In kindergarten, her class took a tour ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; she was very proud that ▓ ▓▓▓▓▓▓▓▓▓▓▓▓

As Heather was growing up, I taught her to make cinnamon rolls and other dishes. She cleaned the house for me and did chores to earn money. She worked hard and was a very good student.

In 4th grade, a boy was bullying and harassing her and some of the other girls. Her parents decided to transfer her to the small 4-teacher school ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▇▇▇ She felt that she never really fit in as the girls were clickish. She stayed to be able to have a teacher that she wanted for 7th and 8th grade.

When she was 12 or 13, ▇▇▇ was diagnosed with stomach cancer and given less than a year to live. She spent a lot of time with him. His death was very hard on her. In high school in an art class, she made a mask of his face that she displayed in her bedroom where she could see it and be reminded of him.

▇▇▇ went to work for the ▇▇▇ school system as a librarian and took Heather to High School in ▇▇▇ for more opportunities than our small high school could provide. She enrolled in Japanese classes and had a real knack for learning languages and was able to take a class trip to Japan. She took AP classes and studied a lot.

She went to college at UC Davis where I had also gone and had the same great 4-year scholarship that I had many years before. She worked for a retired professor cleaning house and ironing. She talked about her friends that were foreign students and became known as the waffle queen for her waffle get togethers. She studied abroad whenever she could and graduated in 3 years.

A relationship resulted in her taking a job in Hong Kong, but her boy friends' parents had other plans for their son, so she returned to the US.

I helped finance her graduate school in Egypt. She became ill and things got hot politically, so ▇▇▇ went to Egypt and brought her home.

When she ended up in the Bay Area, she was introduced to the world of technology. Heather always wanted to take charge of her own life and ended up starting her own company and was doing very well. I was very proud of her.

She fell in love with a tech person from Brazil who I only met briefly, married and moved to Brazil. When it turned out ▇▇▇ and was eventually able to return to the Bay Area. Heather has always been a very loyal person and expects people to treat her with respect and be loyal back. Whenever we talk or part she tells me she loves me and would be disappointed if she didn't hear it back. Reassurance is important to her.

When Heather brought Ilya to introduce him to me, I remember being impressed with how he treated her. There was mutual respect and love. I was very disappointed when they moved to New York. I was invited to visit, but it is hard for me to leave ▇▇▇ and have difficulty with long flights.

I flew for the first time in a long time to go to Heather's wedding. She really wanted me there. I guess she wanted to show her friends another side of ▇▇▇ She had me send her my bib overalls, decorated them and sent them back for me to wear at the wedding. She has always been proud of me, both professionally and for the other skills I have developed. I was glad I went. It was an interesting mix of people who all seemed to think very highly of Heather and Ilya.

I did not know that Ilya and Heather were in trouble with the law until earlier in the day it came out in the press. She told me that she was not allowed to talk about her case, so I never pressed her for information. I cannot condone anyone committing crimes, but I will believe in and support my granddaughter in any way I can. I know if she could go back and have a do-over she would. II began to understand that they were involved in something serious when I started being hounded by reporters from New York. They camped outside my house waiting for me to come home, wrote me letters saying they wanted to tell Heather's story fairly, and called me. Normally I take all calls because of ▮▮▮ but had to start letting calls go to voice mail. People in ▮▮▮ had not even heard of Heather's case. Reporters flew to ▮▮▮, went door to door questioning my neighbors. One called the ▮▮▮ to make an appointment for an interview with our mayor, not knowing ▮▮▮ The mayor had never even met Heather as she had been gone from ▮▮▮ for a long time. This was a very stressful time as I had to try to explain to ▮▮▮ what was going on.

As soon as Heather was allowed to travel, she came home for ▮▮▮ We talked on the phone often and she always ends her calls with ▮▮▮

She has worked at a number of jobs as she wants to be able to pay her parents back for all the money they have had to loan her. I loaned her money for a lawyer and wrote a letter in support of her bail because I knew she would never put her parents' home in jeopardy.

▮▮▮ I have been very impressed at how hard she is working and following all the rules that have been set down for her even though it has been very difficult.  Often when I am visiting with her, she receives or make phone calls with Ilya and supports him in every way she can.  I have also received letters from Ilya and know how sorry he is for involving Heather.

I love and believe in Heather, not just because ▮▮▮ I have watched her deal with this legal process and know this has changed her life and made her a better and stronger person. From many conversations I've had with her, I know she will go on to help her friends, family, and community in any way she can. I hope this will be taken into consideration as her sentencing is decided. Thank you for your time.

Respectfully,

