The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001

**EXHIBIT D**

Dear Judge Kollar-Kotelly,

My name is ████████, and I am a ████████████. Heather Morgan has been an integral part of my life for 25 years. Our families, ████████████, have been close for generations, and Heather and I have grown up together as if we were sisters. Heather has always been there for me, attending my achievements and supporting me through thick and thin. I speak with her almost daily and see her often. I believe I know Heather better than almost anyone.

I am writing this letter to provide insight into Heather's character, as requested by her legal counsel. It is my hope that this letter will assist the court in understanding who Heather truly is beyond the circumstances of this case.

Heather and I █████████████████████████████████████████ ██████ From a young age, Heather has been a guiding force in my life. As children, she looked out for me, knowing that my family had less than hers. Heather would save things for me, give me her old clothes and books, and ensure I had access to the same resources as her. She tutored me in school, taught me how to type, and helped me with my school projects. Heather's support continued as I grew older. She provided me with full access to her SalesFolk cold email course when I needed help learning how to reach out to people and network in college. When I faced repeated rejections from nursing schools, Heather encouraged me to apply out of state, believing in my potential even when I was ready to give up. She assisted me with my entrance essays and assured me that finances would not be an obstacle if I were accepted. Thanks to her guidance, I was accepted into an accelerated nursing program and have built a successful career in nursing today.

Heather's support didn't end there. After I graduated, she emphasized the importance of networking and helped me connect with the recruiter who hired me at ████████████, where I began my career in New York City. Even amid the challenges she faced, Heather continued to prioritize my well-being. When she was arrested, the first thing she asked me during our conversation from jail was how I was doing. Despite her circumstances, she offered me her apartment to stay in and provided me with a list of her friends who could assist me with contacts, demonstrating her selflessness and concern for others.

Despite being six years younger than her, I vividly remember times when Heather struggled to fit in. She would often change her clothes and hair in an attempt to blend in more, even trying fake tans and bleaching her hair blonde with the help of my mother. Looking back, it's clear that Heather's intelligence and academic achievements made her stand out, which unfortunately led to her being singled out by peers. However, instead of letting these challenges deter her, Heather used them as motivation to excel academically and advance in school.

Throughout her school years, Heather demonstrated a compassionate and supportive nature. She would always reach out to those who felt like outsiders, befriending them and making them feel included. Heather excelled in advanced math classes and volunteered her time tutoring other students, showing her dedication to helping others succeed. She also actively participated in after-school programs, further highlighting her commitment to her community.

Heather's resilience and determination continued through college at UC Davis, where I witnessed firsthand her passion for learning and her drive to succeed. After college, Heather faced significant challenges, particularly in her relationship with ███. While initially promising, the relationship quickly turned controlling and abusive once she moved to Brazil with him.

███ behavior became increasingly erratic and controlling. He restricted Heather's movements, isolating her from friends and family. Heather was hardly allowed out of the house without ███ permission or supervision. This isolation extended to her communications with me, and I could sense her fear and distress even from afar.

Upon returning to the United States, Heather seemed visibly affected by her experiences with ███. Despite these challenges, she remained resilient, eventually founding her own company, SalesFolk, and pouring her energy into its success. Heather's dedication to her work and her clients was evident, and she approached her professional endeavors with enthusiasm and determination.

During her time in San Francisco, Heather faced significant personal and financial challenges. She worked tirelessly, often couch-surfing and living out of a suitcase at ████████ house. Whenever I visited her, she was always working diligently, especially during her time at 500 Startups where she was fully dedicated to building her entrepreneurial skills.

SalesFolk was born out of Heather's unwavering determination and work ethic. She dedicated herself wholeheartedly to her company, always putting her clients first. I observed firsthand how Heather never took a day off and was always available to support her clients, even at odd hours. Her commitment to delivering excellence in her work was unmatched.

Heather met Dutch during her time at 500 Startups. Initially, they were friends, and I recall my first impressions of him were mixed. Dutch struck me as odd and somewhat socially inexperienced, which colored my initial perception of him. However, as Heather described their relationship and I observed them together, I realized that Dutch shared many similarities with Heather. Despite his quirks, he treated Heather with kindness and respect, which mattered the most to me.

I later learned that Dutch played a crucial role in helping Heather leave Brazil and escape from the abusive situation with ███, something Heather had kept secret from many. She saw Dutch as her protector during a time of great vulnerability, which likely influenced her initial perceptions of him despite his unconventional behavior.

Heather and Dutch later moved to New York City, where they both worked tirelessly on their respective endeavors. Heather was particularly consumed by her work, often working long

hours seven days a week. Dutch, too, was deeply involved in his work, often to the extent of isolating himself in their office, which he eventually locked away from others, including Heather. This incident deeply strained their relationship, as Heather shared with me her frustrations about being locked out of her own workspace. Despite these challenges, Heather persevered and continued to push forward with her work and commitment to her clients and work.

The turning point came during a trip to Hawaii, where Heather found a creative outlet that would significantly impact her life. She began exploring her artistic side through a project we called Razzlekhan, which allowed her to express aspects of her personality that were not easily marketable in her professional life. Razzlekhan became a persona through which Heather could freely express herself and cope with the stress and pressures she faced. It differed starkly from her professional persona, allowing her to embrace and celebrate the 'unmarketable' parts of her personality in a creative and liberating manner.

After the Hawaii trip, I visited New York frequently and spent time with Heather and Dutch. During this period, Heather and I engaged in creative and fun projects that she was inspired to pursue. However, I also observed tension in her relationship with Dutch. She often had to schedule time to see him, and she was uncertain about the nature of his late-night work sessions in his locked office. On multiple occasions, we returned home late at night to find Dutch still awake and deeply engrossed in his work.

Heather confided in me about her concerns for Dutch. She knew his intense work habits were unhealthy, and she tried her best to encourage him to adopt healthier habits. It was during one of these visits that I learned Dutch had been ▨▨▨▨▨▨▨. He had admitted this to Heather and agreed ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

Despite the strain caused by Dutch's work habits ▨▨▨▨▨▨▨. Heather cared deeply for him. She tried to support him through his challenges, showing compassion and understanding even when I suggested it might be time to move on from the relationship. It was evident to me that despite their problems, Heather and Dutch shared a genuine connection and cared deeply for each other.

Dealing with the strain of their relationship and Dutch's ▨▨▨▨▨▨▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ which I believe was a response to the increasing tension and stress in their household. Additionally, Heather ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨▨▨

▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

In the aftermath of ██████████, Heather's behavior changed significantly. She became more withdrawn and introspective, grappling with the trauma and stress she had experienced. As her friend, it was heartbreaking to see Heather in such distress, especially now knowing the underlying pressures and challenges she was facing in her personal and professional life.

Reflecting on Heather's mental state during this period, I can now see how the combination of personal challenges, intense work pressures, and strained relationships contributed to her struggles. The incident during the Razzlekhan filming was a stark reminder of the ██████████ ████████████████████████████████████████████████████.

I clearly remember the day that I found out about the arrest. I was woken up to an explosion of comments and messages on her social media. At the time, I was helping her manage her personal accounts as well as the accounts we had created together for Razzlekhan. My first thought was that one of our silly videos had gone viral. Barely awake, I saw that I had hundreds of notifications. I messaged her and asked her what she had posted. At the time, we were improving and posting things on social media as the personas Razzlekhan ██████████. After I texted her, I looked closer at the comments and saw the most horrendous things. People were messaging her, saying that they hoped she rots in prison, that she should harm herself, and all kinds of other horrible things. It was then that I clicked on a link and saw the news article about the arrest. I was completely shocked and in disbelief. If anyone would have known about this, it would have been me. I was spending so much time with her in NYC, and I would have noticed. My honest first thought was that there was no way; there must be a mistake. I really thought they would both be released within a day or two. I didn't want Heather to see all the terrible things that people were saying to her, and ████████████████ I had access to all her accounts, so the first thing I did was try and protect her. I deleted as many comments as I could and even took down some photos and videos off her pages to try and minimize the damage. I didn't want her to be crushed creatively or mentally from such a sudden onslaught of negativity.

I was worried for her safety as well. The comments were vicious and violent, and I feared she might be recognized and attacked on the streets of NYC. It was a deeply distressing time for both Heather and those close to her.

Since her arrest, Heather has reflected deeply on her actions and their consequences. She has shown tremendous remorse and a deep commitment to addressing her personal issues and making positive changes in her life. She acknowledges the mistakes she has made and is actively seeking rehabilitation and support to move forward. Her outlook on life, relationships, and her own future has evolved significantly, and she is committed to addressing her personal challenges. I firmly believe that Heather is capable of redemption and can rebuild her life and contribute positively to society once again.

Heather has always shown compassion and generosity, not only towards me but also towards others in her life. Her dedication to helping those around her and her unwavering support have left a lasting impact on me and countless others. I understand the seriousness of the charges Heather faces, and I acknowledge the impact they have had. However, I firmly believe that Heather is a fundamentally good person who has made mistakes. She is determined to learn

from this experience and emerge stronger, with a renewed commitment to her relationships, career, and personal well-being.

In conclusion, I respectfully request that the court consider Heather's character, her personal struggles, and her potential for rehabilitation when determining an appropriate sentence. Thank you for considering my perspective.

Sincerely,

