The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001



Dear Judge Kollar-Kotelly,

My name is ✗✗✗✗✗✗✗✗ and I am writing this letter on the behalf of Heather Morgan. Heather is like a little sister to me. I have known her and her parents for almost two thirds of my life, having met her and her mother when I was 13 years old. I was born in Russia and moved to California with my mom when I was 9 years old. I am now a proud US citizen. I work as a manager of a customer success team at a solar lending company. I got into solar soon after graduating from University of California Santa Barbara because of my support for and general interest in renewable energy. I remain active in my community in ✗✗✗✗ California, including being involved in local political campaigns and advocating for local issues.

I first met Heather when I was in 8th grade and she was in 7th grade. I was a year ahead in math, so I had to go to the high school to take geometry, which was not offered at my junior high, and due to the difference in schedules, I had to spend a period in the library, every five out of six days. ✗✗✗✗✗✗✗✗✗, was a librarian at my junior high and introduced me to Heather. I initially thought of her as an interesting but awkward person. I was the foreign kid who thought he was clever and was awkward in my own way, so we got along. Even though she did not go to that school and didn't know anyone, I remember her trying to make friends, including helping proofread an essay for a random person she just met. At that time I did not think Heather and I would become lifelong friends, but we did.

When I entered 10th grade and Heather entered 9th, we were at the same high school, and both were taking Japanese. I remembered meeting her and I knew her mom, so we were friends, but because I was a year older, I sometimes thought I was "too cool" to actually hang out with her. Heather sometimes got picked on because she didn't try to follow trends. She would wear crocs and bright colors because that's what she liked. She liked to talk but she also talked with a lisp. So some people would make fun of her. She never let that deter her from doing well in school and from pursuing her interests. She was very interested in Japan and Japanese culture, and despite feeling that her teacher did not like her and did not treat her fairly, she still stuck with it and actively pursued learning Japanese. She learned a lot on her own, and still speaks Japanese today. And she actually helped me and several other students with Japanese. Heather was always willing to help other students with any subject. Some of her peers kept her out of study groups and would only include her if they needed something, but she also didn't let that deter her and kept working hard, and was still willing to help when someone needed it.

Despite being picked on herself, Heather would always stand up for her friends.  Heather had two friends who were a couple, and they were somewhat of an awkward looking couple.  When people would make fun of them, if Heather was there, she would respond with something clever, even if it would mean that people would make fun of her as well.  In high school Heather was pushed away by her classmates because of her style and interests.  One year she wore a colorful and unique costume for Halloween that was very much her style, but people said it looked weird.  Despite this, Heather wore it all day and was proud of it because she made it, and didn't just get something generic from the store.  All through high school, she maintained her creativity and continued to pursue her interest in other cultures, while maintaining excellent grades, rather than just trying to fit in, like so many others.

Heather's success in high school led her to the University of California Davis.  She studied economics and continued studying Japanese and took classes in international studies.  She made friends and created a club with students from Asia, including Japan, Korea, Vietnam and China.  She made connections with these people because of her genuine interest in their culture and desire to immerse herself in it.  She also provided them with a friend, who was accepting and embracing.  At the end of high school and beginning of college Heather was dating ████, who went to a different high school than us, so I did not know him well.  He grew up in Chico and was very tied to his family and his life in Chico.  Even though, according to Heather, he told her that he would move to Davis and embrace her desire to travel and live in a more diverse and dynamic environment than Chico could provide, he never moved to Davis with her and pushed her to come back to Chico and settle down in a small town with him.  That did not work for Heather because she had ambition and wanted to do something big with her life.  Heather had to make the decision to end her relationship, give up a person she was very close with and embrace her growth, which she eventually did.  While in college Heather was able to travel to Turkey where she met one of her best friends, ████.  At this point in her life Heather became very good at making friends and when she became close with someone she really cared about that person and would go above and beyond to be there for them.  These are people who liked and appreciated Heather for who she was, and I think she noticed it, appreciated it, and that support helped her push herself to be her best self.  I think this is when Heather realized that her friends can be her strongest support network and assets.

Heather also excelled in college and used that to pursue her interests in travelin, cultures and international business.  She was dating a Chinese student, ████, towards the end of her time at Davis.  Based on what Heather told me, he was planning to move back to China after finishing school and he was very family oriented and wanted Heather to settle down, start a family and be a more traditional stay at home wife.  Heather struggled with that and ultimately didn't want that because she wanted to have a career and pursue her interests.  This led to their break up but Heather still moved to Hong Kong where she continued her studies.  The end of her relationship did not stop Heather from pursuing her goals.  She faced numerous difficulties, including her landlord kicking her out of her apartment on New Year Eve.  Heather persevered through those difficulties and used her experiences to further fuel her drive.  She then went to Egypt in 2012 and happened to be there during the revolution.  She also persevered through that, while

dealing with health problems and used the whole experience to become stronger.  She also met another friend there, ▊▊▊, who she ended up hiring at the company she built, Sales Folk.

Heather came back from Egypt in 2013 with no money, no job and no housing, but she was still driven.  I was living in ▊▊▊▊, in a three bedroom house, with two roommates.  I was working as a solar designer for a company in ▊▊▊▊.  Heather wanted to get involved in the Bay Area startup scene so I offered my couch to her while she got going.  Heather stayed on my couch for several weeks, but she was barely at my house.  She was constantly trying to meet people and hustling to find a way to apply her skills in the tech sector.  She was always talking to me about the meetings she was having, the people she was talking to, and projects she was excited about.  She was constantly trying to find something to work on or trying to meet someone who could connect her with someone.  This led to her working for ▊▊▊▊, who started a company called ▊▊▊▊.  They made phone games targeting the Arab market.  Heather went all in on that company and that project.  She worked constantly, traveled with them and moved into a small apartment in Silicon Valley with these guys to give it her all.  It looked to me like she was doing a lot, but not making much money.  She didn't have much to spend on herself and anything she was spending was work related.  She went from sleeping on my couch to sharing a small space with guys she just met through work.  I was worried about Heather's living situation with her boss and that the general environment was not best for her and might put her in compromising situations.  She assured me that she was ok, and it was clear to me that Heather was driven to do what it takes to succeed in the startup world.

In the turbulent months after moving back from Egypt, trying to find her niche in the startup space, and working extremely hard, Heather met ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟ ▟▟▟ ▟▟ ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟ ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟ ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟ ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟ I saw Heather as a little sister, and was close with her parents, so we talked about this move quite a bit.  She expected she could move to Brazil, establish herself there, learn Portuguese and have a career and life there like she wanted in the United States.  I communicated with Heather frequently during her time in Brazil and none of the things she wanted were happening.  ▟▟▟▟▟▟▟▟▟▟ ▟▟▟▟ ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟ ▟▟▟▟ ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟ I picked her up at the airport ▟▟▟▟▟▟ from Brazil.  ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟ ▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟▟ However, she ▟▟▟▟ went right back to trying to create a business she would enjoy and be proud of.  After a little bit of recovery, she was right back at it, just like she was after Egypt and after Hong Kong.  She was back to running around all over the Bay Area, having meetings and trying to find something where she could feel fulfilled.

After her second stint on my couch, Heather seemed to have found her footing, started her Sales Folk business and moved into her own apartment.  Around that time she started getting close with Ilya.  I believe they first met when she was at 500 Startups working for ▨▨▨, but I did not know about him until she returned from Brazil.  Unlike her previous boyfriends, Ilya seemed to actually embrace her drive and supported her.  He seemed to understand her and appreciate her for who she was, rather than trying to shape her into what he wanted her to be.  I remember Heather working very hard to ramp up her business.  When I would go to San Francisco to meet up with her for lunch or dinner, she would often be working on something when I got there and go right back to working on something when she came back home.  Heather told me she hired her friend ▨▨▨ because ▨▨▨ needed work and Heather wanted to support her friend.  She offered me part time/contract email writing and editing work while I was between jobs.  Heather really cared about that business and put a lot of work into it.  But she also used it as an opportunity to help her friends who she knew did good work share in her success.  In 2015 I went on a vacation to Texas with Heather and ▨▨▨.  ▨▨▨ is from Texas and we stayed with her family for one of the nights we were there.  During the entire trip Heather would be constantly doing something related to the business.  While I was seeing live music in Austin, Heather would be back at the AirBNB taking calls or writing emails.  Even while on vacation, Heather was still working hard and picking up the slack for people she felt weren't.  She really cared about the quality of the work, and would put in extra time to make sure it was up to her standards.

Even as Heather's business became successful and she became more financially stable, she was never extravagant.  We would always split meals, Ubers, travel costs, ect.  Heather moved in with Ilya, and they shared a relatively nice apartment, but still a small one bedroom.  When they decided to move to New York, I was sad to have a close friend move so far away, but I knew we would remain close and I thought the move would be good for her.  The Bay Area is great, but I thought New York would allow Heather to grow more, both in her career and as a person.  Also, I thought that Ilya's support would make the move easy for her.  Just like in the Bay Area, Heather stayed busy in New York.  When I visited her, we would spend time together, but a lot of her days would be dominated by meetings, calls and work.  She was always doing something or meeting someone.  During one of my visits Heather was having a health scare and needed to go to see a doctor urgently.  Ilya dropped everything and ran around the city with her, making sure she was ok.  I very much appreciated that and could tell that he really cared about her.  And I could tell that she appreciated him.  When we would go out together, he would always consider Heather's needs, like if she needed water, was tired and wanted to go home,or needed help getting out of an awkward conversation.  He would often put her needs ahead of his.  I thought it was great that she had someone who cared about her when her family and many of her close friends were so far away.

Heather has always been creative in a unique way, and recently she has found new outlets for that creativity.  She created Razzlekhan to channel her artistic and musical side into an outlet that is unique and different from Heather.  Heather can be both a business professional and a rapper.  I think Razzlekhan allows Heather to put out all the creativity she has through a

somewhat unfiltered means, while allowing her to remain professional and serious.  Heather generally enjoys art and Razzlekhan allows her to do that in her own creative way.  I have seen and been a part of art projects with Heather and her friends, where she created fun outfits and crafts.  That is part of Heather's creative outlet, like making a Halloween costume or wearing bright neon colors in high school.  She has always had a weird artistic creative side to her and this music persona is a way for her to channel that.  I also feel like Ilya being in her life is a big reason she felt comfortable and open to showing that artistic creative element in a bigger way. He doesn't shoot down her ideas because they might be silly, if it brings her joy, he embraces it.

I visited Heather in New York several times before she was arrested.  She and Ilya had a nice apartment but like in San Francisco, not extravagant and I did not see them spending a lot of money on dinners or drinks like some other tech people I know.  So when I heard the news that they were arrested, I was extremely surprised.  I always saw Heather as someone who worked hard and wanted to be successful, but not as someone driven by money.  Heather was never one to look for an easy way, in her work, school or relationships.  As she was released and on house arrest, she has always expressed to me that she wanted to do whatever she needs to do to comply with court orders and move past this, so she can focus on her career and family. Heather loves her friends and family and wants to be part of their lives and have them in her life. She also wants to start a family with her husband.

I have visited her several times and she has stayed with me several times since she was released and she made sure to do everything to comply with the terms of her release.  She made sure I knew all her rules, and made sure she did nothing to break them.  Heather is an independent person and tries not to rely on others.  She has tried to find work and cheaper housing so she can sustain herself and not be a burden on her friends and family.  She has people who are happy to help and take care of her, but even so, she is still working hard, pushing herself and doing whatever she can to not miss a beat and be a productive and valuable person.  Heather has also never made excuses or tried to blame anyone for anything. She understands that she is going to have repercussions and she has to deal with them, and I believe she will and come out of it stronger and better, just like with all her other difficult life experiences.  In the past when Heather has made wrong choices, she has learned from them and become a better person.  I believe that Heather has an excellent support network of friends and family, who will be there for her and help her succeed and be a positive member of society.

I consider Heather family.  She has provided support and a place to stay for me and my family and friends on several occasions.  When my step-dad, the only real father I have ever had, unexpectedly died in 2010, even though she was across the world, Heather was still there for me.  She navigated time differences and her busy schedule to find time to talk to me and comfort me.  She always asks about my family and how they are doing.  When fires raged around northern California, Heather was always one of the first people to call me, ask if my mom is ok and if she or her family can do anything to help.  Even while she has more than enough on her own plate, Heather always takes the time to look out for her friends and family.  She really cares about the people close to her.  When I parted ways with my employer in 2018 and was considering getting out of solar entirely, Heather was there and provided me with hours of

conversations and advice.  She offered to introduce me to people who could help me find work and helped me hold out and find a good company with a good culture.  Without Heather's support and advice, I might have settled for something else and not gotten the job that I have now, which I really enjoy, at a company I love working for.  I can truly say that my life has been better with Heather in it, and I expect her to positively impact countless people going forward. Your honor, I appreciate you taking the time to read this letter and seeing the Heather Morgan that I have known for most of my life.

Sincerel

