The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001



**EXHIBIT K**

Dear Judge Kollar-Kotelly,

I am writing to support Heather and to let you know a little bit about her. I am a researcher in the field of AI. Despite working in technology, I met Heather hiking in Yosemite in California in 2013. I was moving to San Francisco for a new job and Heather was part of a small group that was brought together by hiking. That random pairing during my first weekend in California led to a decade long friendship and is why I am writing this now. Heather is fearless, cares deeply for others and shows integrity in her world view.

Heather grew up in a small town in California, but when I met her in Yosemite had just returned from Egypt where she did economic research early on in her career on food insecurity and sociopolitical stability in Middle East North Africa. A weekend hiking is often not sufficient criteria for a decades long friendship. However, I connected with Heather because regardless of the problem – whether food security or cold emailing (which she turned to with salesfolk) – I felt that 1) she truly cared, and 2) she felt it was important not just to care but to also have impact. She was unlike other people I met in silicon valley who felt the need to share their title, or were overly focused what accolades they have. Heather was very accomplished, but also was someone I rarely saw do small talk. I could never imagine Heather pretending to be interested or talk about a topic that she didn't care about.

I also appreciated how Heather was fearless. She threw herself into different problems where she could make a difference. She cared deeply about helping others build their dreams, both at the 500 start-up incubator and at SalesFolk. Building up a business like SalesFolk requires a huge amount of work, effort, working many hours a week. I would often find Heather at the weekend working, as she built up her business from the ground up.

In 2016, Heather joined me in Nairobi, Kenya. My parents are Irish and British but met in Sudan where they were teachers. I grew up moving between Mozambique, Lesotho, Esawatini, Kenya, Liberia. At the time, my parents were in Kenya and I invited her to join me. I also asked if she would be willing to visit with some of the tech ecosystem in Nairobi. She came to stay with me and my mom considered her one of the most interesting people I had brought home, and for many months afterwards my mom would ask "and what is Heather up to?" I became closer to Heather on that trip, because she was so curious about Nairobi, was so open to new experiences. She was so engaged and respected my moms work as a teacher. Her mom worked as a librarian, so she understood and really respected the role of educators. I often saw Heather go out of her way to help others. Heather was generous with her time and cared about supporting the local ecosystem in Nairobi, visiting Andela and other community spaces dedicated to building up tech capacity – and offering advice and follow up meetings for aspiring developers.

The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001

I will be candid that I never really understood the Razzlekhan persona that has recently characterized Heather in the press – it was entirely distinct from my friend Heather. This is in large part because my understanding all along was that Razzlekhan was an artistic foil, a meta commentary on art and has absolutely nothing to do with the person I first met in Yosemite or the good friend I know today. I equate it to the way I presume professional wrestlers don't behave the same way at home.  Even before the press coverage, Razzlekhan felt like a kind of  fearless art project  to probe the world  since it was so distinct from the person I knew.  Heather is kind, humble and deeply caring, funny and playful. The depiction in the press is a world apart from the person I know. She was also never flashy at all about her possessions as a friend, throughout our decade long friendship I never recall Heather wanting to go to fancy shops or needing to live a certain lifestyle. In fact, Heather was often most happy when we ate good chinese food from a local restaurant or she was getting something at a good discount.

I know your honor must get many messages like this. So, I will perhaps end by saying I think people like Heather are very rare. She cares deeply about those around her and complete strangers. She doesn't fit into a shoebox idea of what life should be like, but has been unwaveringly honest in our friendship and willing to probe the way we chose to present ourselves to the world. She has a moral code that is informed by both coming from a small town in California and from engaging as a global citizen. She has integrity – I know Heather will tell me what she thinks, not what she thinks I want to hear. She is brave and inspires courage in those around her – she built a company from scratch and works incredibly hard.

 She has stayed positive and supportive of others around her during this period.  I have heard her speak highly of her parole officer multiple times. She has also spoken highly of those in the court process who helped take into account her medical surgery early in the case. She has pointed out the little ways she has been able to support her partner. Perhaps as important as what we do talk about is what we don't, she has rarely dwelled on what has not gone her way . I have heard her say little about the treatment of herself in the media, but as a woman I deeply admire her strength after the way she has been portrayed.

I have never written one of these letters before, and there are perhaps only a handful of people I would write  one of these letters for.  Heather is one of those people, and I hope that your honor has come to see the same qualities.

Sincerely,

