The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001


**EXHIBIT L**

Dear Judge Kollar-Kotelly,

I would love to share about my long-time friend, Heather Morgan.

When I met Heather (late 2012/early 2013), it was through 500 Startups – an incubator for startup companies. I started having a conversation with her about tech and art. At the time, I was working for my startup called ▨▨▨▨, which was an app that gathered attendee's photo and video files for weddings and other events. Heather was working for a video game startup called ▨▨▨▨. Heather was very dedicated and looking for ways to help the startup. Based on her level of commitment and the energy she was putting into the startup, it seemed to me like she was a founder of the company. But in fact, she was just an employee who was going above and beyond to try to make it succeed.

Heather and I became good friends over time. I enjoyed spending time with her because she was creative, generous and attentive as a friend. She was always willing to offer help, expertise, grab coffee and just chat. She did not hesitate to help people around her!

At one point, Heather got married and moved to Brazil. I was not in contact much during this time. After several months, she came back to California and I reconnected. I was very relieved to hear when she came back. It seemed like the experience in Brazil was difficult for her. However, she's gone through a lot of challenges throughout her life, but I feel she has this lightness about her and a great sense of humor, which allows her to deal with challenges, learn, and grow.

After she returned, I felt like she was highly motivated, finally putting her energy towards her own benefit, rather than working for someone else. I was glad she was taking this risk to start her own company. While before she didn't have as much confidence, now she was using her skills (cold emails) to build a business. She was very dedicated to becoming a tech CEO, learning to code, getting to know more people in tech, and being motivated to achieve a lot. I heard she was working for some big companies and getting big contracts. Over time, I saw she was doing really well and I was very happy for her.

During this time, I met Dutch. Before meeting him, I had seen him in an interview online. He was nice, kind, a little out there, a nerdy type, but very helpful and down to earth. I thought that Heather and Dutch complimented each other really well. They had a really nice "yin and yang". They were a team. Dutch was very invested in the relationship.

After a couple of years, Heather moved to New York. In 2018, I moved to New York as well, and I reconnected with Heather. She was one of the few friends I had in New York from the Bay area. At the time, I connected with her regarding my shared interests in music and art. I also produce music, so I gave her tips about who to contact for music production. Every now and then, I would get together to make music. Heather was also interested in fashion, which was another creative interest I shared with her. I believe Heather was pursuing her creative interests during this time because she reached a level of success with SalesFolk, and proved to herself that she could be a successful entrepreneur. At the same time, it was also an outlet for stress and other issues, including problems she was having with managing a successful company.

Razzlekhan was one of Heather's characters that she created. It was one of many Heather created. To me, the different characters are different ways of showing her emotions on certain topics. For example, I think Razzlekhan is a lot about tech stereotypes, making fun of silicon valley, how much of an exclusive community it is, and other problems with that culture. As with any art, it is an exaggeration to get the point across. I believe that Heather is a talented artist, and that when her case became public, the line between Heather the person and her art got blurred.

Heather tried to scale SalesFolk but it was not working out for her. She would talk about how stressed she is, discussing the problems she was having with managing people in her company, too much overhead, and other issues. I could tell it was getting to be a lot of stress. Beneath the surface, there was a lot that was happening and I could tell it was difficult for her. But she would always put a light filter for the sake of her friends and the people around her. Still, I could see she was going through a lot. During this time, Heather was ░░░░░░░░ and it seemed to help her deal with the stress. I recommended that she see a therapist because she had a lot of anxiety, and Heather did begin to see a therapist. This is one thing that I admire about Heather, which is her willingness to grow and change, and to address problems that she has in her life.

I was very shocked when I learned that Heather got arrested because Heather has a disdain for corrupt behavior. She has talked a lot about that kind of thing in Silicon Valley and how it sometimes operates. I even make fun of her sometimes as a person who would not even cross the street unless the light was green. Despite what has been said about Heather, I know her to be a conservative and safe person in many ways, so this conduct is very out of character for her. For example, every time before hiring any person, even a person for just cleaning her apartment, she would have them go through thorough rounds of interviews and testing of how precise they clean before she would accept them.

All in all, I believe Heather is a resilient and compassionate person who's always shown a commitment to personal growth and helping others. Her creativity, generosity, and

willingness to face her own challenges have enriched my life and many others. I hope you'll consider these aspects of her character.

Sincerely,



   Oct 22, 2024