The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001



**EXHIBIT N**

Dear Judge Kollar-Kotelly,

My name is ▨▨▨▨▨▨, and I am a serial medical device and technology entrepreneur. I am writing this letter to offer my full support for Heather Morgan as she faces sentencing. I have known Heather for several years and have had the pleasure of working closely with her in a professional capacity.

I first met Heather when I started my first software company. At the time, Heather was a well-known expert in cold outreach email campaigns, and many of the fastest-growing startups were using her services to personalize emails to customers. Heather was renowned in the industry for being a smart and thoughtful collaborator. She had an innate ability to connect with our customers by discussing and describing their psychology and emotions, demonstrating her natural empathy and deep understanding of human behavior.

In late 2016 and 2017, during a few technology conferences in San Francisco, I had the opportunity to spend more time with Heather. Despite the challenging startup environment, Heather was always looking to connect people without expecting anything in return. Both Heather and I were bootstrapping our companies and did not have the financial backing that many of our venture-backed peers enjoyed. This was someone who was not sitting on millions of dollars, but rather a bootstrapped entrepreneur working hard to make her business succeed. I remember visiting her apartment with a few other colleagues; it was modest and reflected the typical lifestyle of a hardworking startup entrepreneur. Heather lived frugally and creatively found ways to keep costs low during the conference for her and her team.

When it came time to hire someone for our email outreach campaigns, Heather was the obvious choice. Her company delivered exceptional services, and Heather went above and beyond in her efforts to help our business. She was focused, driven, and organized, consistently exceeding our expectations. Heather's dedication was evident as she often provided additional support and advice without seeking extra compensation, motivated purely by her desire to help others succeed.

Heather's generosity extended beyond our business. She was known for assisting other startups in securing investors and offering her expertise freely. This selfless attitude was a testament to her character and her genuine care for others.

Even later in 2018 and 2019, we stayed in touch when she came to New York City. She was asking about affordable bookkeeping and accounting services. This was not the type of conversation you would expect from someone with vast wealth but rather from a fellow startup entrepreneur managing limited resources carefully.

Regarding her artistic persona, "Razzlekhan," I believe it was a creative outlet and a form of self-expression that differed from the Heather I knew. In our professional interactions, Heather was always sincere, caring, and supportive. It is challenging to be a female in the male-dominated tech world, and I believe her persona was a way to assert her equality and break through barriers. She valued relationships and treated me, as well as others, with kindness and respect.

I firmly believe that Heather has learned from this experience and will not be involved in anything similar in the future. Despite this setback, I am confident that she has the resilience and determination to succeed. Heather's talents, empathy, and dedication will undoubtedly lead her to make positive contributions to society.

Thank you for considering my letter. I hope it provides some insight into Heather's character and the positive impact she has had on those around her.

Sincerely,

