July 18, 2024

**EXHIBIT O**

**The Honorable Colleen Kollar-Kotelly**

**United States District Court**

**333 Constitution Avenue NW**

**Washington, DC 20001**

**Dear Judge Kollar-Kotelly,**

I am writing to you to provide a character reference for my friend Heather, whom I have known for several years. We first met through mutual interests and professional engagements, and over time, our friendship has grown stronger.

Heather is a unique individual who possesses a remarkable blend of creativity, warmth, and friendliness. When we first met, I was immediately struck by her positive energy and her ability to make everyone around her feel comfortable and valued. In a city like New York, where such qualities can be rare, Heather's presence is a breath of fresh air.

Professionally, Heather has demonstrated exceptional skills in both marketing and cryptocurrency. She has been instrumental in assisting me with my startup, providing innovative ideas and solutions that have significantly impacted our progress. Heather's ability to think outside the box and her dedication to helping others succeed are just a few of the reasons why I hold her in such high regard. For instance, she developed a unique referral points system for my startup, which greatly increased our client base and was a testament to her creativity and commitment.

Heather is also known for her helpful and generous nature. She constantly strives to connect people and create opportunities for those around her. Despite her own busy schedule, she always finds time to assist her friends and colleagues, whether it's through professional advice or personal support. She is particularly passionate about social issues, especially animal welfare, and goes out of her way to engage with and support the homeless community in New York.

I have never known Heather to live lavishly or spend extravagantly. She leads a modest lifestyle, focusing her energy and resources on her creative pursuits and her loved ones. Her frugality is a testament to her grounded nature and her ability to prioritize what truly matters in life.

Heather's support has been invaluable to me personally, especially during the difficult period when my dog, Louis, was battling cancer. She was always there to check on me, offering her care and compassion as I navigated the challenges of his illness. Even after Louis's passing, Heather continued to provide emotional support, helping me cope with the loss and ensuring

that I was not alone during such a tough time. Her unwavering presence during these moments has solidified my belief in her kindness and empathy.

Despite the challenges she is currently facing, Heather remains a beacon of positivity and resilience. She continues to support her friends and seek out new professional opportunities, demonstrating her unwavering determination and strength of character. Her ability to maintain such a positive outlook during these trying times is a testament to her incredible spirit and resilience.

In conclusion, Heather is a positive, impactful, and go-getter personality. More importantly, she is a loyal and caring friend who always checks in to ensure the well-being of those she cares about. I believe that understanding the full scope of Heather's character will provide valuable insight into the person she truly is.

Thank you for taking the time to consider my letter.

**Sincerely,**

[redacted]