The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001


**EXHIBIT P**

Dear Judge Kollar-Kotelly,

I am writing to provide insight into the character of my dear friend Heather Morgan, whom I have known as both a colleague and friend since 2021. My name is ▆▆▆ and I'm the founder of blockchain protocol and have been in this space since 2017.

I first encountered Heather at a cryptocurrency event where her profound knowledge of the industry immediately stood out. Her ability to articulate complex concepts and her strategic vision for the future of blockchain technology were truly impressive. This initial meeting sparked not only a professional collaboration but also a valued friendship.

In business, Heather's skills are exceptional. Her expertise in marketing, search engine optimization, and audience engagement has been instrumental in the growth of numerous startups. She possesses a rare combination of technical understanding and communication prowess, allowing her to bridge the gap between innovative technologies and mainstream adoption.

Beyond her professional acumen, Heather's personal qualities are equally remarkable. She has a genuine warmth and generosity that draws people to her. I recall numerous occasions where Heather hosted dinners for friends and colleagues in the crypto community. These weren't just social gatherings, but opportunities for intellectual discourse and community building. Heather would prepare home-cooked meals, creating an inviting atmosphere that fostered both personal connections and professional collaborations.

One incident that particularly stands out occurred after one such dinner. As we were leaving the restaurant, Heather noticed a homeless person nearby. Without hesitation, she packed up our leftover food and personally delivered it to them, engaging in a brief but compassionate conversation. This small act of kindness, done with no expectation of recognition, speaks volumes about Heather's character and her innate sense of social responsibility.

Heather's international perspective is another defining characteristic. She is not only multilingual but possesses a deep appreciation for diverse cultures. Her ability to connect with people from various backgrounds is truly remarkable. I've witnessed her effortlessly switch between languages at international conferences, making everyone feel included and valued. This cultural intelligence has been a significant asset in the global cryptocurrency community, where cross-cultural understanding is crucial.

The media scrutiny and general challenges of navigating this case have been undeniably

difficult for her. However, I've been struck by her resilience and unwavering optimism throughout
this ordeal. She maintains a deep sense of gratitude for the support of her friends and family, which I believe speaks to her fundamental strength of character.

I believe Heather to be a person of exceptional talent, kindness, and integrity. Her contributions to our industry, coupled with her personal qualities, make her an invaluable member of both the professional and social communities she inhabits. I hope this letter provides some insight into the character of this remarkable individual.

Respectfully,



