The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001

**EXHIBIT Q**

Dear Judge Kollar-Kotelly,

I am writing to you on behalf of Heather Morgan, so you can get a better idea of the kind of person she is. I have known Heather for 15 years and in that entire time she has always proven to be a loyal friend and standup person, often going out of her way to help those around her.

We met in college when she sublet a vacant room in my apartment and bonded right away once we realized we had overlapping majors. I quickly recognized her as the girl that always sat in the front of the lecture halls and would be the first to raise her hand with a question (I would sit silently in the back). I envied how easy economics seemed to come to her and she was more than willing to offer help with classwork. Although we were peers, she was a year ahead of me and I looked up to her and valued her advice.

We next connected after I had graduated and was struggling to find my first job. Naturally, I reached out to Heather and she didn't hesitate to offer her help and guidance. She had already established a prominent role with 500 Startups and had begun to build a vast network. I eventually found a job and moved out to the bay area where Heather was already living in San Francisco. I didn't have many friends in the bay, so it was nice that she wasn't far. She would often invite me to social gatherings and functions and I could always count on a memorable experience when hanging out with her.

It was during this time of transition that I began to realize how hard it is to keep in touch with friends as an adult, and yet it took very little effort to maintain our friendship. As busy as she was, now having founded SalesFolk, she never failed to make time for me. I began to appreciate how supportive and nonjudgmental she was, especially in comparison to friends that I had known longer or considered to be closer with. I still looked up to her and valued her advice in life and in business.

Heather really seemed to break out of her shell after becoming a successful entrepreneur, and nothing she did surprised me anymore. She seemed capable of anything, whether that was traveling around the world, writing for Forbes, or founding her own business. This trend continued when she decided, seemingly out of the blue, to pursue a career as a rap artist. She was fearless in the face of doubters and I really admired that. Even after she moved to New York and I saw her less often, Heather continued to inspire me as one of the most unique individuals I had ever met.

When the pandemic hit, I once again found myself counting who my real friends were and struggling to hold on to relationships. True as ever, even when we were sheltering in place and everything was closed down, our friendship stayed strong. We had numerous virtual hangouts just discussing life, work, and music. She made the effort to stay in touch when others wouldn't, and her ability to stay positive during a time when it was so easy to retreat inside one's self was a constant source of motivation for me to do the same.

As things started to open up again, Heather announced the date for her and Dutch's wedding. I was included in her wedding party and it was a great honor to be considered such a close friend. Their wedding brought people together from all over the globe and I had a chance to meet her friends and family. It was a truly joyous occasion, unique in every way you would expect a Heather wedding to be (complete with multiple Razzlekhan performances). This was the last time I would see Heather before the news broke of her arrest just a few months later.

I found out when I was told by one of Heather's friends to "Google Heather's name". Like a lot of people, I didn't quite know what to make of it at first. It was such an extreme story it didn't even seem real. As I've now recounted pretty much my entire relationship with Heather up to this point, you can see how blindsided I was by this news. While I had limited contact with her, I made it clear that I was still by her side, at a time when I'm sure she felt alone and scared of what could happen next. She was always there for me during my darkest and loneliest times and this was no different in my mind.

I don't have all the facts and zero legal knowledge, but I do know that Heather has already paid a huge price, whether it be the response from

the media, or the toll on her family, mental health, and future opportunities. I believe she stayed true to herself in supporting her husband and got wrapped up in something she unwittingly realized the drastic consequences of. Consequences of which she knows she'll spend the rest of her life paying for. For these reasons, I ask for leniency during her sentencing. The sooner she is able to put this entire chapter behind her, the sooner she can begin to make amends and return to being a positive member of society.

Sincerely,

