The Honorable Colleen Kollar-Kotelly

United States District Court

333 Constitution Avenue NW

Washington, DC 20001


**EXHIBIT R**

Dear Judge Kollar-Kotelly,

I am writing this letter to you to apologize for my actions.

In 2020, I learned that my husband Ilya Lichtenstein committed a serious crime in 2016. When he told me what he had done, I was in complete shock. I made the poor decision to get involved in Ilya's crime. Our relationship was far from perfect, but I deeply love and care about my husband, and the truth is, I did not want him to go to prison because we were planning to start a family together. He was there for me in so many ways others had not been in my life, and our relationship was the biggest part of my decision. I also felt like I was already involved because I had been accepting cryptocurrency from him and worked on businesses with him for years without knowing where the cryptocurrency came from. I felt like I was already in the offense whether I liked it or not. This is not an excuse, but I hope it gives you a sense of my thought process at that time.

Needless to say, this has been the biggest mistake I have ever made in my life. I agreed with Ilya to be involved in committing a serious crime, and I take full responsibility for what I have done. My actions, coupled with all of the public attention on the case have brought immense pain and embarrassment to my family and closest friends. They did not deserve this at all. The press attention has been particularly felt by my family in a small community where they have lived for generations. I have brought disgrace to my earnest hardworking grandmother and parents, and I am terribly sorry for that. It has made their lives difficult and stressful. It is painful to recognize that this was the result of my actions. I am very fortunate that they have still stood by me, loving and supporting me unconditionally. I do not know how I would have made it through this without them.

I've always looked up to people who were strong and independent. I learned to persevere in the face of challenges, negativity, hostility, and to recover from setbacks. I have made many mistakes in my life, and I always tried to learn from those mistakes and become a stronger, more responsible, more mature person. But in this case, I completely failed to act on my values. I compromised my morals and became part of a serious crime. I love and respect my husband, but this is no excuse for my actions, which were clearly illegal. I made it more difficult for law enforcement to detect his crime, preventing Bitfinex from recovering their rightful assets sooner, and I am deeply sorry for that. I also apologize that our actions required the government to spend its resources and taxpayer money to uncover our laundering efforts, which could have otherwise been spent on more valuable things to society. I recognize that my conduct is worthy of punishment and my decisions have serious consequences.

I, and I alone, am responsible for my decisions. I now realize, more than ever, that while I may not be able to change the conduct of others, I am fully in control of my own actions and decisions. My husband is no exception to that. I am thankful to have been participating in therapy for the last 4 years, and have found this highly beneficial in understanding my shortcomings and mistakes, and learning how I can become a better person.

I fully accept my actions' consequences and whatever justice you see fit to deliver. I have learned a lot from this experience, and I will never let anything like this happen again.

Sincerely,



Heather R Morgan