

**EXHIBIT W**

| | BTC $67,376 | ETH $2,623 | BNB $596 | SOL $168 | XRP $0.53 | TON $5.23 | USDT $0.9992 | USDC $1.00 | AVAX $27.61 | |

**TOM MITCHELHILL**  OCT 11, 2024

# Feds want Bitfinex hacker 'Razzlekhan' jailed for 18 months

Prosecutors said Bitfinex hacker Heather Morgan should receive a lenient jail sentence because she provided "substantial assistance" to the government.



**COINTELEGRAPH IN YOUR SOCIAL FEED**

Follow our     Subscribe on

United States prosecutors want Heather Morgan, also known as the rapper "Razzlekhan," to spend 18 months in jail for her role in laundering 120,000 Bitcoin stolen from the crypto exchange Bitfinex in 2016.

In an Oct. 9 filing, federal prosecutors asked that Morgan be given a lenient sentence after she provided "substantial assistance" in her and her husband Ilya Lichtenshtein's plea bargain in July 2023.

Prosecutors also argued for a lighter sentence for Morgan as she was a "lower-level participant" relative to Lichtenshtein and noted that she had only spent a "small fraction" of what the pair stole.

Morgan pled guilty to money laundering and fraud charges in August 2023 for helping launder the Bitcoin  **BTC ▼ $67,376** , which is currently worth about $7.2 billion. She faces a maximum combined sentence of 10 years in prison.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
        v.                       :    CRIMINAL NO. 23-cr-239-2
                                 :
HEATHER RHIANNON MORGAN,         :
                                 :
        Defendant.                :

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
AND MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and though the United States Attorney for the District of Columbia, respectfully submits its Memorandum in Aid of Sentencing. In light of the defendant's substantial assistance, the government moves pursuant to Section 5K1.1 of the U.S. Sentencing Guidelines for a downward departure from the advisory Guidelines range and recommends a sentence of 18 months at offense level 14. The government respectfully submits that such a sentence would adequately serve the interests of justice as codified in 18 U.S.C. § 3553(a). In support of this motion, and to assist the Court in fashioning an appropriate sentence, the government submits the following motion and a sealed supplement.

**FACTUAL AND PROCEDURAL BACKGROUND**

*Federal prosecutors say Heather Morgan should receive 18 months jail time for her role in laundering the proceeds of the 2016 Bitfinex hack. Source: PACER*

OCT 09, 2024

**Quantum-resistant network introduces 'embedded blockchain' approach to DePIN**

This blockchain's lightweight architecture allows it to be embedded on all devices, making it ideal for DePIN projects.

Morgan and Lichtenstein were initially believed to have only been responsible for laundering the funds stolen in the 2016 Bitfinex hack. However, Lichtenstein later admitted to being behind the hack and money laundering.

Lichtenstein was handed a five-year sentence for conspiracy to commit laundering in May 2024, which he will serve in federal prison.

Government prosecutors said that Morgan was "initially unaware" of how Lichtenstein had obtained the 120,000 BTC, but by early 2020, Lichtenstein told her he was responsible for the hack, and she aided him in laundering the funds and conspired to conceal his involvement.

"[Morgan] made a conscious decision to engage in specific criminal activity, helping her husband launder millions in stolen funds for their personal gain," said the prosecutors in the filing.

"It was not a momentary lapse or impulsive decision: The defendant consciously participated in the money laundering conspiracy and conspiracy to defraud over the course of years," prosecutors added.

*Related: Bitfinex hacker Heather Morgan spotted at Bitcoin Conference 2024*

Prosecutors said that both Morgan and Lichtenstein used a "variety of technologically sophisticated means" to launder the stolen Bitcoin, including the use of non-compliant crypto exchanges, darknet markets and crypto mixers to obfuscate their trail.

The government also said Morgan used some of the stolen funds to purchase physical gold coins, which she buried at a "secret location" that has since been disclosed to the authorities.

On top of Morgan's 18-month sentence, prosecutors have asked that the court order her to return the crypto assets seized by the government from the "Bitfinex Hack Wallet" as an in-kind restitution to Bitfinex.

The wallet contains about 95,000 BTC, 117,400 Bitcoin Cash (BCH), 117,400 Bitcoin Satoshi Vision (BSV) and 118,100 Bitcoin Gold (BTG) — valued at more than $6 billion.

Morgan's sentencing hearing is scheduled for Nov. 15, the day after Lichtenstein is set to be sentenced on Nov. 14.

*Magazine: 10 crypto theories that missed as badly as 'Peter Todd is Satoshi'*



Explore more articles like this
**Subscribe to our Crypto Biz newsletter**
Weekly snapshot of key business trends in blockchain and crypto, from startup buzz to regulatory shifts. Gain valuable insights to navigate the market and spot financial opportunities. Delivered every Thursday

Email Address

**Subscribe**

By subscribing, you agree to our
Terms of Services and Privacy Policy

#Bitcoin    #Law    #Bitfinex    #Hackers    #United States    #Court

#Crimes    #Hacks    #Regulation

 👍 2

## READ MORE

 SEC lists crypto as an examination priority in 2025

 Small language models' impact on AI and blockchain — Interview with Assisterr

 'Being this wrong should be illegal' — Crypto pundits slam Fed's Kashkari



 MARTIN YOUNG                                              OCT 11, 2024

### Bitnomial sues SEC over claim that XRP is a security

The XRP token is already regulated as a commodity and the SEC "duplicates and compounds the regulatory burden" by saying it's a security, Bitnomial said in a lawsuit.

6923            15                                          2:41

    

10/22/24, 1:22 PM    Feds want Bitfinex hacker Razzlekhan jailed for 18 months



**COINTELEGRAPH IN YOUR SOCIAL FEED**

Follow our    Subscribe on        

Crypto exchange Bitnomial sued the United States Securities and Exchange Commission and its five commissioners, accusing the agency of "overextending its jurisdiction over digital assets" by claiming that XRP is a security.

Bitnomial claimed in an Oct. 10 suit filed in an Illinois federal court that XRP ( XRP ▼ $0.5336 ) is already regulated as a commodity, and the SEC "asserts jurisdiction over a product that is already regulated by and subject to the exclusive jurisdiction of the Commodity Futures Trading Commission."

The exchange added; "In doing so, the SEC inappropriately duplicates and compounds the regulatory burden on Bitnomial."

In August, Bitnomial — which the CFTC approved in 2020 to trade crypto futures — filed a self-certification with the CFTC to list XRP futures contracts on its exchange.

The exchange said the SEC contacted it and asserted that XRP futures are securities and required Bitnomial to register as a securities exchange before listing the products.

Bitnomial said it "cannot possibly comply" with the legal requirements to list XRP futures because the token's issuer, Ripple Labs, must register it as a security, which it hasn't.

"The SEC has effectively blocked Bitnomial from listing XRP futures," it claimed.



*An excerpt from Bitnomial's filing claims the SEC "overextended" its authority. Source: PACER*

Bitnomial also argued that a ruling in the SEC's lawsuit against Ripple Labs rejected the regulator's view that XRP traded on secondary markets is a security.

On Oct. 2, the SEC said it would appeal that decision, looking to overturn Judge Analisa Torres' ruling.

**Related: Ripple Labs escalates dispute with SEC, files notice of cross-appeal**

Bitnomial is seeking a declaratory judgment that XRP futures are not securities and an injunction preventing the SEC from asserting jurisdiction over the derivatives products or pursuing enforcement action against the company for listing them.

Earlier in October, a Texan crypto startup filed a brief in an ongoing lawsuit with the regulator seeking a preliminary injunction to prevent the SEC from taking enforcement action should it list crypto on its planned exchange.

On Oct. 8, global digital asset exchange Crypto.com also sued the SEC after receiving a Wells notice stating that the SEC could bring enforcement action against the firm.

Bitnomial's suit comes as investment firm Canary Capital filed with the SEC on Oct. 8 to launch a spot XRP exchange-traded fund (ETF), days after a similar bid from Bitwise.

**Magazine: Plus Token's $1.3B ETH could be sold, 'Crypto King' arrested: Asia Express**

Explore more articles like this
Subscribe to the Law Decoded newsletter
Arm yourself with the latest on crypto laws and guidelines to make smart choices for your crypto ventures. Delivered every Monday

Email Address

