

EXHIBIT X

# Bitfinex hacker Razzlekhan was job hunting at Bitcoin 2024

6:04 PM • Jul 29, 2024 — Bitcoin 2024, Bitfinex, Heather Morgan, Razzlekhan — by Protos Staff



In 2016, Heather Morgan, a.k.a 'Razzlekhan' hacked Bitfinex and stole over 120,000 bitcoin. Morgan and her husband Ilya Lichtenstein subsequently pleaded guilty to money laundering conspiracies related to the theft, and to conspiring to defraud the United States.

Case 1:23-cr-00239-CKK     Document 161-24     Filed 10/31/24     Page 2 of 5

Despite these two federal crimes and a loss that exceeded $4 billion by 2022, a judge has allowed Razzlekhan to remain out of prison. In fact, she attended this year's Bitcoin 2024 conference in Nashville.

Some attendees spotted her and took selfies, she passed out stickers with her character logo, the Crocodile of Wall Street, and told attendees she was searching for work as a crypto consultant.



A felon who conspired to defraud the US was looking for a job in 2022.

Jameson Lopp called her "a known social engineer who is **likely to be working for the State**" and pinned a warning to future crypto event organizers against granting her entrance.

Read more: Crypto rapper Razzlekhan seeks a job — her TikToks are here to help

## Razzlekhan seeking new career opportunities

This wasn't her first crypto conference appearance since admitting to two federal crimes that might have (but didn't) earned her a maximum prison

sentence of 10 years. Sources who spoke to Protos who asked not to be identified have seen her attending various crypto events in New York City.

In 2022, a judge released Razzlekhan from custody to house arrest on a **$3 million bond**. She posted her availability for work, claiming on August 23, 2022, that she was "not involved in any crypto project."

Suspicions that she is a State asset stem from Lichtenstein's admission to US authorities that he was the mastermind behind the Bitfinex hack. According to his admission, he informed his wife only after the initial hack that their theft was successful to the tune of over 120,000 bitcoin.



Jameson Lopp doesn't think Razzlekhan should attend Bitcoin conferences.

In any case, Razzlekhan is apparently free to attend crypto conferences, including this year's largest event in Nashville. She's also seemingly

sticking with her infamous moniker, despite its ties to crime and an unsuccessful artistry career.

*Got a tip? Send us an email or ProtonMail. For more informed news, follow us on X, Instagram, Bluesky, and Google News, or subscribe to our YouTube channel.*

Tags

Bitfinex    Heather Morgan    Razzlekhan    Bitcoin 2024

Was this article interesting? Share it

Advertisement

