IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | |
| v. | ) | 23CR239-CKK |
| | ) | |
| | ) | |
| HEATHER MORGAN. | ) | |
| _____ | ) | |

**NOTICE OF FILING AS TO SUPPLEMENTAL EXHIBIT**

Heather Morgan, through counsel, hereby provides notice of filing the attached exhibit, Exhibit 1, as an additional exhibit to her Sentencing Memorandum.

Respectfully submitted,

By: /s/ Eugene Gorokhov
Eugene Gorokhov (D.C. Bar No. 979785)
BURNHAM & GOROKHOV, PLLC
1634 K Street NW, Suite 575
Washington, DC 20006
Telephone: (202) 386-6920
eugene@burnhamgorokhov.com