**EXHIBIT 1**

The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Kollar-Kotelly,

I met Heather Morgan more than 10 years ago, when I was speaking at a tech startup event. She impressed me immediately with the thoughtful questions she asked, and then dazzled me more with her stories of couch-surfing through Asia and the Middle East. She has never stopped impressing and surprising me since.

Over the years, I have gotten to know Heather very well, so I think I can say this with some authority: Heather is one of the kindest, most selfless people I have ever known. I have seen Heather's empathy and concern for others emerge over and over, in many different areas of her life.

Heather has never been motivated by greed or money. I have never seen her show any interest in luxury or excess. After graduating from the University of California with a degree in economics, Heather could have gone to work for any bank or hedge fund and made a ton of money. But she didn't. Instead, she moved to Cairo, Egypt to work with the United Nations on food security issues and assist in that country's economic development.

Heather grew her consulting business, Salesfolk, from nothing to a successful company with more than 1,000 clients with no external funding, just hard work and determination. I have seen many examples of Heather's generosity with her time and money with customers, employees, and partners. Many times, I have seen Heather working past midnight to perfect a deliverable for a client, even if she wasn't getting paid anything extra for her time. During periods when her business was struggling financially, Heather always made sure her employees got paid first, even if it meant she had to forgo her own paycheck.

Heather has been a mentor to many young entrepreneurs and has created dozens of jobs. Many leading technology executives turn to Heather as an informal advisor, because they know they can trust her and rely on her for her honest counsel.

When her friends are in need, Heather is always there for them. Heather has regularly opened up our home as a place to stay for friends and family, even when we lived in a tiny one bedroom apartment in San Francisco. When she found out a close friend had been diagnosed with terminal lung cancer, she dropped everything and flew to Los Angeles to take her to chemotherapy treatments.

I know that family is very important to Heather. I have seen what a caring daughter she is to her elderly parents. When one of them has to go to a medical appointment, Heather is always there with them, no matter how busy she is. I have noticed how lovingly Heather takes care of our Bengal cat Clarissa. She is going to be such a great mom! Heather and I talk often about our dream of

starting a family together and our future children. We discuss how we will raise them to be better than ourselves, to avoid making the same mistakes we did, and to always do the right thing. Heather brings out the best in me. She makes me a better person in a million different ways. Heather has been so sweet and supportive throughout the past three years of this case. Our daily phone call is the absolute highlight of my day. I could not have done this without her, and I feel so lucky to be her husband.

I feel terrible about everything Heather has had to go through. She only got involved in this case because of me. I'm the one who bears ultimate responsibility for everything that happened, not her. I know that Heather, like me, has undergone profound personal growth and change throughout her detention, and is committed to living a law-abiding and productive life.

Respectfully,

Ilya Lichtenstein