

**From:** Ben Eenhoorn <​███████████████​>
**Sent:** Thursday, October 24, 2024 2:48 AM
**To:** Zimmerman, Jolie (USADC) <​███████████████████​>; Brown, Christopher (NSD)
<​███████████████​>
**Subject:** [EXTERNAL] "Bitfinex Hack" Case 1:23-cr-00239-CKK Document 141 Filed 10/08/24

Hi,

Under Case 1:23-cr-00239-CKK Document 141 Filed 10/08/24

https://docs.dbnews.com/u/Bitfinex-Victim-Rights-Notification.pdf

I was an individual accountholder whom lost a sum of BTC to the so called BitFinex "hack" and was then given the
BitFinex tokens, and such, consider myself a victim to this so called "hack".

I am not sure if emailing you is the proper introduction, however I could find no alternative.

I am hoping you can point me in the right direction to lodge claim as a victim of this case. I cannot find any link on USDOJ
the "large cases" site.

Thanks for your help

--
Regards,

Ben Eenhoorn

**Zimmerman, Jolie (USADC)**

| | |
|---|---|
| **From:** | Erik Gavin < ███████████ > |
| **Sent:** | Monday, November 11, 2024 2:28 PM |
| **To:** | USADC-BitfinexHack2016 |
| **Subject:** | [EXTERNAL] Bitfinex Hack Victim |

To Whom it may concern,

My name is Erik Gavin and I was part of the many that was hacked back in 2016 and received a "haircut" on my account of over 1 bitcoin. I have the transaction detail to prove that I was a victim and I was never properly compensated. If there is a chance at compensation I would be more than happy to comply with an additional details needed.

Please feel free to reach out.

Regards,

Erik Gavin

**Zimmerman, Jolie (USADC)**

| | |
|---|---|
| **From:** | Louis en Eya Zuijderwijk ███████████ |
| **Sent:** | Friday, November 8, 2024 4:11 PM |
| **To:** | USADC-BitfinexHack2016 |
| **Subject:** | [EXTERNAL] Victim Bitfinex hack 2016 |

Dear reader,
I am writing this mail because I as a victim in the Bitfinex hack in 2016. I lost about 1.3 bitcoin. Bitfinex took efforts to make clients whole but it never returned the actual assets I had.

Now that the stolen funds are mostly recovered, Bitfinex is the only party that may profit here.

Bitfinex must return the stolen coins to its customers.

Yours sincerely,
Louis Zuijderwijk

**Zimmerman, Jolie (USADC)**

| | |
|---|---|
| **From:** | Natasha Rayley < ██████████████ > |
| **Sent:** | Saturday, November 9, 2024 10:00 PM |
| **To:** | USADC-BitfinexHack2016 |
| **Subject:** | [EXTERNAL] I was a victim at Bitfinex hack |

I was affected by the Bitfinex hack in 2016. I was currently employed by the United States Navy. I had bought and traded Bitcoin on Bitfinex during that time when the system all of a sudden halted withdrawals. My heart dropped when that occurred and had instilled fear inside my mind. Hours went by and the system restored with my coins missing. I was horrified and had fear of what happened.  It still affects me in 2024 and wished I had every single Bitcoin lost at that time.

**Zimmerman, Jolie (USADC)**

| | |
|---|---|
| **From:** | Nick Chisiu < ███████████ > |
| **Sent:** | Sunday, November 10, 2024 3:52 AM |
| **To:** | USADC-BitfinexHack2016 |
| **Subject:** | [EXTERNAL] Re: Request for Recovery of Bitcoin Following the Bitfinex Hack |

I am writing to provide clarification regarding my previous message. After a more thorough re-evaluation of my transaction records, I realized there was an oversight. Contrary to my initial statement, I have confirmed that Bitfinex did, in fact, fully refund my holdings.

I apologize for any confusion this may have caused and appreciate your understanding.

Thank you for your attention and consideration.

Sincerely,
Nick Chisiu

> On 10 Nov 2024, at 10:15, Nick Chisiu < ███████████ > wrote:
>
> I'll provide further context on the personal impact of this incident:
>
> At the time of the incident, Bitfinex issued a BFX token as compensation to affected users. Upon gaining access to the notification of the hack, I sold my BFX tokens, managing to recover only about 20% of my original Bitcoin value. Specifically, I held 14.27 BTC before the hack, but selling the BFX tokens allowed me to reclaim only approximately 2.91 BTC. This partial recovery left me unable to repurchase the remaining BTC, resulting in a loss of 11.36 BTC—an amount valued today at approximately $900,000. From what I know, other victims are in the same situation.
>
> Sincerely,
> Nick Chisiu

> On 8 Nov 2024, at 14:32, Nick Chisiu < ███████████ > wrote:
>
> Dear Department of Justice,
>
> I am writing to respectfully seek your assistance in recovering my Bitcoin lost in the 2016 Bitfinex hack. As a victim of this incident, I have endured substantial financial and emotional hardship, which remains unresolved by Bitfinex.
>
> Bitfinex publicly announced plans to distribute tokens to compensate affected users. However, I did not receive any significant restitution. I was informed of the hack via a brief notification, which I only discovered approximately one month after it was sent. By that time, the value of the tokens distributed covered, at best, only 50% of the original value of my Bitcoin holdings. Since then, Bitfinex has not provided any further agreements or meaningful compensation for the stolen Bitcoin.

The purchase of my Bitcoin was a considerable financial investment, achieved through great effort as I am the sole provider for my household and the primary supporter of my two children. My intent was to hold this investment long-term to improve financial stability for my family. Furthermore, the impact of the hack dissuaded me from reinvesting in Bitcoin, which has significantly appreciated in value since that time, compounding my financial losses.

I have full confidence that the Department of Justice will act in the best interest of the victims to ensure that justice is served. I strongly urge that the stolen Bitcoin be returned to the original victims, in alignment with standard practices for restitution of stolen personal assets.

Thank you for your attention to this matter. I have proof of my Bitfinex transactions prior to the hack and am happy to provide any supporting documentation needed. I appreciate any assistance or guidance you can provide to help facilitate the recovery of my lost Bitcoin.

Sincerly,
Nick Chisiu

**Zimmerman, Jolie (USADC)**

**From:**
**Sent:** Tuesday, November 12, 2024 8:53 AM
**To:** USADC-BitfinexHack2016
**Subject:** [EXTERNAL] Hack victim from UK


I was using bitcoin and the exploring its possibilities when I was hacked of 25BTC from  my bitfinex account.

I was put off of using BTC after that and sadly missed out on life changing amount of money and also was haircut by bitfinex.

These facts are true

Phillip Williams
Solihull
United Kingdom

**Zimmerman, Jolie (USADC)**

| | |
|---|---|
| **From:** | Rob <███████████████> |
| **Sent:** | Monday, November 11, 2024 12:19 PM |
| **To:** | USADC-BitfinexHack2016 |
| **Subject:** | [EXTERNAL] 24 Bitcoins Stolen From Me |

To whom it may concern,

I wanted to buy a car to get to work and put these coins on Bitfinex which were promptly stolen. It today's dollars, I'm out 1 million dollars which is a significant part of my net worth. The impact has been financial distress.

Robert Baltzer
███████████████

**Zimmerman, Jolie (USADC)**

| | |
|---|---|
| **From:** | Robert O'Leary <​████████████​> |
| **Sent:** | Monday, November 11, 2024 11:45 PM |
| **To:** | USADC-BitfinexHack2016 |
| **Subject:** | [EXTERNAL] Victim of 2016 Bitfinex Hack |

Hi,

I believe I was victimized by the hack of Bitfinex and subsequently the handling of the hack by Bitfinex by coercion into accepting an outcome that resulted in the loss of a large amount of cryptocurrency. I had hundreds of Ether deposited onto the platform at the time. While my Ether is on the platform, they are my custodian but I have the right to my property. When they were hacked, only Bitcoin was stolen. I had no Bitcoin on the exchange. Yet, they took a large cut of my Ether and gave me tokens worth far less than my Ether originally. They did this to repatriate all of the people who had lost Bitcoin, so that the losses were evened out across all clients of the exchange. This however seems patently unfair as none of my tokens had been stolen and yet they were not allowing me to access them anymore. They promoted me to sign an agreement that by claiming these new tokens, I would no longer be eligible to claim my ETH and that if I refuse it's unlikely I'd ever get anything back in the future.

They went on to pay anyone back using the new token that they issued to everyone that they took a haircut from, unless like me you had sold the token when it came out immediately in order to garner any money back that I could. However, their definition of "paying back" is dubious. They paid people back the USD amount that was lost in the initial hack, not the USD amount that the token that was taken from their users would have been worth had they been able to continue holding onto it.

It seems to me that it is unfair to claim that Bitfinex is the only victim of this situation. There is no clear reason to me as to why Bitfinex would be entitled to the some 80% of the Bitcoin that has been recovered and not the people who had it taken from them forcefully. Bitfinex paid me in some new token they created with a promise that they'd buy back that token at $1 per token to fully make right the dollar value amount you had in your account at the time of the hack. However, Bitfinex did not owe me USD, they owed me ETH and they did not return ETH to me. They also did not return any other token that they took as part of their haircut to anyone else. The right thing would be for them to have made the effort to return the property that they forced users to forfeit as part of balancing the losses between all clients, not return a USD valuation of the properties they had lost at the time of the hack.

I ask that you consider this.

Regards,
Robert

| | |
|---|---|
| **From:** | Alexis Wengraf |
| **To:** | USADC-BitfinexHack2016 |
| **Subject:** | [EXTERNAL] United States v. Ilya Lichtenstein and Heather Morgan |
| **Date:** | Tuesday, November 12, 2024 9:01:21 PM |

Dear Sir/Madam,

I am letting you know I was a Bitfinex account holder at the time of the Bitfinex hack in August 2016, and would like to make a statement following this statement made on your website,

"As authorized by the U.S. District Court, the United States provides this notice to the public out of an abundance of caution to solicit and receive information from all persons potentially harmed by the defendants' conduct, including affected account holders at the Bitfinex virtual currency exchange."

Following the August 2016 Bitfinex hack carried out by the defendants, the Bitfinex account holders all took a socialised loss of around 36% of our account balance, but we were all eventually made whole by Bitfinex.

The defendants should face the harshest sentence that can be given, as they impacted the likelihood of many thousands of Bitfinex account holders, and caused undue stress on myself and many others. They undermined the laws of the United States and flaunted their I'll gotten gains in online videos.

I also, strongly believe the Bitcoins and other stolen funds should be returned to their rightful owner which is Bitfinex.


Yours sincerely,
Alexis Benjamin Wengraf

| | |
|---|---|
| **From:** | jonas-paasch |
| **To:** | USADC-BitfinexHack2016 |
| **Subject:** | [EXTERNAL] Victim statement [100BTC major impact]    Case No. 23-CR-239 |
| **Date:** | Wednesday, November 13, 2024 3:24:36 AM |

Dear Honorable Judge Colleen Kollar-Kotelly,

I hope this message finds you very well and thank you for the opportunity to
provide a Victim Impact Statement regarding the "Bitfinex hack".
I respectfully request that the Court considers all victims for restitution.  While the concept of a
single victim or custodian does not fully apply to this case and decentralized finance. And the
supposed custodian as turned against the victim and is not offering to make them whole.
Moreover the incident has damaged trust in finance and society.

Introduction:   My expertise is in mathematics, especially probability. And informatics.
However this isn't my only interest. Ever since completing school, i feel dedicated to address issues
like hunger, malnutrition and pollution. It was my goal to contribute to the smartest solutions using
my talents and all savings i would make. I have worked as a backend developer and a trader.
Because of all of the above, I was most aware of Bitcoin's meaning and potential. And deeply knew
the significance.  Though born poor, I eventually became a high-volume Bitcoin trader.
(Still, to accumulate my first 100 BTC, I had to earn several times as many in exchange fees, too,
before actually reaching their "market-maker"-fee-tiers.)
Because I always expected the price to reach five figures,
I already felt the same responsibility as if it would have already reached there,
and the same guilt, whenever i lost a bit.
I worked almost too hard for several years to accumulate as many Bitcoins as possible, as
immutable possesion.
My plan included making one of the first significant crypto donations to UNICEF.  (As crypto
transations are public visible by design, they automatically inspire and can lift the community's
purpose.)
(And i planned that no later than once the exponential growth of Bitcoin would finally slow down,
my financial investing would expire and be exceeded and replaced by non-profit purpose.)

By 2016, I was ranked as one of the top 4 traders on Bitmex (the leading platform for derivatives)
I had found a growing responsibility in this role and began sharing insights and warnings, aiming to
protect others from losses triggered by market manipulation. And I tried to counter-balance these,
which could regularily be observed harming new innovations and people joining the space.
("Putting the money where my mouth was") - That was my most meaningful occupation and makes
me cry to remember.  A good currency is a well-distributed one.
While a 'Crypto-Utopia' free of crime, would have been elusive,
working to limit harm was great.

Impact: On August 2, 2016, this world changed significantly for the worst.
This theft tragically set back the once-in-a-lifetime mission for me.
Early adopters were left robbed.
The timing of the theft was perfectly devastating.
occurring just before the only year-long sustainable price surge,
that many of us had eagerly awaited for several years.

More so it damaged my trust lastingly and hindered the burning motivations.
Personally I had to endure another theft which had an emotionally and financially compounding
effect.
Still hopeful, i eventually had to stop financially.
For many years by now I suffered from weight loss and stomach pain.

I remain believing that justice will prevail.

Proof:
on August 1, 2016 I deposited 65 BTC into Bitfinex for the first,
finalizing my most profitable trading-season. (Screenshot1, total ~ 100 BTC)
(So my situation is unique,  since before i even deposited the thief was already underway, .)

I required security and otherwise wasn't trusting Bitfinex in 2015 (Screenshot1, bottom)

Now they were the only one to offer absolute security (Secreenshot2&3)
"Segregated multisig wallet" (with a trusted third party).
(A Multi signature wallet is not a custodian wallet
 and requires a group-consensus. Usually the owner can also veto every transactions)

However Bitfinex lied!
This Misrepresentation of absolute security was more than cynical negligence, since this deceiption
enabled the heist.
If Bitfinex demands all of the Bitcoins, this represents a profound betrayal
turning around actual owneship.
(Bitfinex keeps raising serious concerns about their continued viability.  Not only in the light of their
pending cases for their USDt market-manipulative-manuvers.
but through:
 Failure to first hold a vote among the victims;
 Originally exacerbating fear through Complification and suspicious PR communication;
Denying Transparency until now;
Complification through extra tokens, with mixed purpose (Such as Fundraising and Debt
redemption. Designed hard to trust with room for conflict of interest.)

Bitfinex actions were not justified and the victims did not agree in them.
The partial relief didn't replace my Bitcoins nor their price,
which referred to the unnaturally low price at the crash due to to the heist (table-1)
Unlike a big company, i couldn't borrow more USD to stick to my investment
since I was maximizing debts already and managing that 24-7,
(Additionally there was a family emergency,
 so i needed to pause and cash taking further harm)
Meanwhile Bitfinex didn't want to own Bitcoin and wasn't going to.
(according to their balance sheets about the heist. Etc.)
So that their expenditures were in USD.)

I believe justice would be served accpeting every victim for restitution.

Since Bitfinex redistributed the loss to the uninvolved customers too,
these other customers, who had other Crypto currencies,
should also be able to apply.

Had the theft not happened, the total savings of the victims would likely be even higher than the
confiscated amount. (Even if not all of them were knocked out of it fully, like me)

I remain available to provide any additional information the Court may requires.
Please let me know what if i can take any other intiative.
I trust that the Court will take these factors into consideration and ensure that justice is served for
the victims of this crime.
Thank you so much for your time and attention.
Jonas Paasch
████████████████

| | |
|---|---|
| **From:** | jonas-paasch |
| **To:** | USADC-BitfinexHack2016 |
| **Subject:** | [EXTERNAL] Victim statement [100BTC major impact]    Case No. 23-CR-239 |
| **Date:** | Wednesday, November 13, 2024 3:10:54 AM |

Dear Honorable Judge Colleen Kollar-Kotelly,
I hope this message finds you very well and thank you for the opportunity to
provide a Victim Impact Statement regarding the "Bitfinex hack".
I respectfully request that the Court considers all victims for restitution. While the concept of a
single victim or custodian does not fully apply to this case and decentralized finance. And the
supposed custodian as turned against the victim and is not offering to make them whole.
Moreover the incident has damaged public trust in finance and society.
Introduction:
My expertise is in mathematics, especially probability. And informatics.
However this isn't my only interest. Ever since completing school, i feel dedicated to address issues
like hunger, malnutrition and pollution. It was my goal to contribute to the smartest solutions using
my talents and all savings i would make. I have worked as a backend developer and a trader.
Because of all of the above, I was most aware of Bitcoin's meaning and potential. And deeply knew
the significance.  Though born poor, I eventually became a high-volume Bitcoin trader.
(Still, to accumulate my first 100 BTC, I had to earn several times as many in exchange fees, too,
before actually reaching their "market-maker"-fee-tiers.)
Because I always expected the price to reach five figures,
I already felt the same responsibility as if it would have already reached there,
and the same guilt, whenever i lost a bit.
I worked almost too hard for several years to accumulate as many Bitcoins as possible as
immutable possesion. My plan included making one of the first significant crypto donations to
UNICEF.
(Since crypto transations are publicly visible by design, they automatically inspire the public and
can improve the community's purpose.)
(And i planned that no later than once the exponential growth of Bitcoin would finally slow down,
my financial investing would expire and be exceeded and replaced by non-profit purpose.)
By 2016, I was ranked as one of the top 4 traders on Bitmex (the leading platform for derivatives)
I had found a growing responsibility in this role and began sharing insights and warnings, aiming to
protect others from losses triggered by market manipulation.
And I tried to counter-balance these. Which could regularily be observed harming new innovations
and people joining the space.
("Putting the money where my mouth was") - That was my most meaningful occupation and makes
me cry to remember.  A good currency is a fairly distributed one.
While a 'Crypto-Utopia' free of crime, would have been elusive,
at least i was working to limit harm.
Impact:
On August 2, 2016, this world changed significantly for the worst.
This theft tragically set back the once-in-a-lifetime mission for me.
Early adopters were left robbed.
The timing of the theft was perfectly devastating.
occurring just before the only year-long sustainable price surge,
that many of us had eagerly awaited for several years.
More so it damaged my trust lastingly and hindered the burning motivations.
Personally I had to endure another thefts which had an emotionally and financially compounding
effect. Still hopeful, i eventually had to stop financially.
For many years by now I suffered from weight loss and stomach pain.
I remain believing that justice will prevail.
Proof:
on August 1, 2016 I deposited 65 BTC into Bitfinex for the first,
finalizing my most profitable trading-season. (Screenshot1, total ~ 100 BTC)
(So my situation is unique,  since before i even deposited the thief was already underway, .)
I required security and otherwise wasn't trusting Bitfinex in 2015 (Screenshot1, bottom)
Now they were the only one to offer absolute security (Secreenshot2&3)
"Segregated multisig wallet" (with a trusted third party).
(A Multi signature wallet is not a custodian wallet
 and requires a group-consensus. Usually the owner can also veto every transactions)

However Bitfinex lied!

This Misrepresentation of absolute security was more than cynical negligence, since this deception enabled the heist.
If Bitfinex demands all of the Bitcoins, this represents a profound betrayal
turning around actual owneship.
(Bitfinex keeps raising serious concerns about their continued viability.  Not only in the light of their pending cases for their USDt market-manipulative-manuvers.
but through:
 Failure to first hold a vote among the victims;
 Originally exacerbating fear through Complification and suspicious PR communication;
Denying Transparency until now;
Complification through extra tokens, with mixed purpose (Such as Fundraising and Debt redemption. Designed hard to trust with room for conflict of interest.)
Bitfinex actions were not justified and the victims did not agree in them.
The partial relief didn't replace my Bitcoins nor their price,
which referred to the unnaturally low price at the crash due to to the heist (table-1)
Unlike a big company, i couldn't borrow more USD to stick to my investment
since I was maximizing debts already and managing that 24-7,
(Additionally there was a family emergency,
 so i needed to pause and cash taking further harm)
Meanwhile Bitfinex didn't want to own Bitcoin and wasn't going to.
(according to their balance sheets about the heist. Etc.)
So that their expenditures were in USD.)
I believe justice would be served accpeting every victim for restitution.

Since Bitfinex redistributed the loss to the uninvolved customers too,
these other customers, who had other Crypto currencies,
should also be able to apply.
Had the theft not happened, the total savings of the victims would likely be even higher than the confiscated amount. (Even if not all of them were knocked out of it fully, like me)
I remain available to provide any additional Bitcoin information the Court may requires.
Please let me know what if i can take any other intiative.
I trust that the Court will take these factors into consideration and ensure that justice is served for the victims of this crime.
Thank you so much for your time and attention.

# Movements

| | Date | Symbol | | | | Columns | | |
|---|---|---|---|---|---|---|---|---|
| | Jun 30 2014 - Aug 03 2016 | Select | ⌄ | | | None | + | Filter |

| More Details | Date (+00:00) | Cur... | Status | Amo... | Fees | Destination | |
|---|---|---|---|---|---|---|---|
| Show | 01-08-16 17:19:30 | BTC | COMPLE… | 3.1999 | 0 B… | 34W PrpoTaKcc7fVjrWxQRyqEMrbH2BAgip | http… |
| Show | 01-08-16 13:34:33 | BTC | COMPLE… | 58.000 | 0 B… | 34W PrpoTaKcc7fVjrWxQRyqEMrbH2BAgip | http… |
| Show | 01-08-16 05:19:36 | BTC | COMPLE… | 0.4990 | 0 B… | 34W PrpoTaKcc7fVjrWxQRyqEMrbH2BAgip | http… |
| Show | 01-08-16 04:49:27 | BTC | COMPLE… | 3.1999 | 0 B… | 34W PrpoTaKcc7fVjrWxQRyqEMrbH2BAgip | http… |
| Show | 26-07-16 17:41:08 | BTC | CANCEL… | -29.99 | 0 B… | 3BMEX8m24LW6JBj65DwHJAekQ5T4DeGTTh | … |
| Show | 23-07-16 23:47:09 | BTC | COMPLE… | 29.999 | 0 B… | 34W PrpoTaKcc7fVjrWxQRyqEMrbH2BAgip | http… |
| Show | 22-09-15 09:36:47 | BTC | COMPLE… | -4.400 | 0 B… | https://blockstream.info | |
| Show | 18-09-15 12:30:45 | BTC | COMPLE… | -10.00 | 0 B… | https://blockstream.info | |
| Show | 18-09-15 12:02:45 | BTC | COMPLE… | -0.100 | 0 B… | https://blockstream.info | |
| Show | 10-09-15 01:24:51 | BTC | COMPLE… | -0.500 | 0 B… | https://blockstream.info | |
| Show | 21-08-15 10:15:28 | BTC | COMPLE… | 15.000 | 0 B… | 3FXWteeqm6jnzgn2xs6F2PvNmRrovuKmxS | htt… |

 

## Segregated Wallets

Bitfinex has teamed up with BitGo to offer each user their own independent multi-signature wallet allowing for independent verification of bitcoin on the Blockchain. This provides near-real-time proof-of-reserves for all the bitcoin stored in users' multi-signature wallets.

For more information on our multi-signature storage please go to Security.



# 🔒 Security

**Security of user information and funds is our first priority.**

Every detail is analyzed to avoid security holes. We pride ourselves on being the most secure Bitcoin exchange.

Here is why:

- **Industry leading multi-sig**
  - Enhanced security policies provided by BitGo (BitGo FAQ)
  - Segregated customer wallets
  - Verifiable on the Blockchain

- **Multi-sig Hot wallet**
  - Provided by BitGo (BitGo FAQ)
  - Only holds minimal amounts (~0.5% of customer funds)

- **Always up-to-date Linux systems to host the platform**
  Our servers network is protected using always up-to-date software and the best possible practices.

| "BFX Redemptions" | Date | $ Price to buy back stolen bitcoins | Value |
|---|---|---|---|
| | 30.07.2016 | 657 | |
| | **02.08.2016** | **604** | |
| 1.5% | 02.11.2016 | 740 | 1.2% |
| 1.7% | 05.12.2016 | 760 | 1.4% |
| 1.9% | 10.01.2017 | 905 | 1.3% |
| 4.4% | 03.02.2017 | 1,010 | 2.6% |
| 4.5% | 06.03.2017 | 1,279 | 2.1% |
| 86% | 04.04.2017 | 1,150 | 45.1% |

**53.8%**

only 50% of the 36% were returned, considering interest rate and that buying back costs 0.2%

| | |
|---|---|
| **From:** | Alejandro Chacon |
| **To:** | USADC-BitfinexHack2016 |
| **Subject:** | [EXTERNAL] 2016 Bitfinex Hack |
| **Date:** | Thursday, November 7, 2024 11:38:12 AM |
| **Attachments:** | image.png |

Good morning, gentlemen of the U.S. District Court for the District of Columbia.

My name is Edgardo Chacon and I was a victim of the Bitfinex Hack of 2016.

In my Wallet in August 2016 I had around 16.44 BTC of which I was only able to recover around 67% of my funds.



I have lost around 5.42 Bitcoin due to this Hack.

Please I would be very grateful if you could refund my money from the recovered funds

My BTC Wallet from my Bitfinex account is: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thank you very much in advance

Regards

------------------------------------------------------------
Consultant Edgardo Alejandro Chacón Arias| SAP ABAP HCM

**From:** Frankie Cavazos
**Sent:** Friday, November 1, 2024 1:19 AM
**To:** USADC-BitfinexHack2016
**Subject:** [EXTERNAL] United States v. Lichtenstein (1:23-cr-00239) Victim Impact Statement and Evidence of Ownership

Dear Criminal Division Team,

I am reaching out to submit my Victim Impact Statement related to *United States v. Lichtenstein (1:23-cr-00239)*. While no specific file format was indicated for the statement, I have provided it in PDF format for accessibility and clarity.

Should you require further information or additional documentation, please feel free to contact me directly. I am available for any questions or verification steps needed to support my claim.

Thank you for your attention to this matter, and I look forward to any follow-up needed to facilitate the processing of my statement.

Best regards,

Francisco Cavazos

**U.S. Department of Justice**

Criminal Division

10/31/2024

**Re:** *United States v. Lichtenstein (1:23-cr-00239)* **Victim Impact Statement and Evidence of Ownership**

**Dear Madam:**

I am writing to formally declare myself a victim of the Bitfinex hack of 2016 and to provide evidence substantiating my claim. I am requesting that the recovered funds, which include assets stolen from my account, be returned to their rightful owners.

**Proof of Ownership and Loss:**

1. **Direct Ownership of Wallet Address:** I can provide Coinbase transaction receipts confirming my ownership of wallet address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

2. **Quantifiable Loss:** A precise amount of 14.99415235 BTC was stolen from my wallet.

3. **Public Acknowledgment:** My account was listed on the official list of compromised accounts published by Bitfinex's community manager, Zane Tackett.

4. **Blockchain Evidence:** Blockchain records indicate that the stolen funds remained dormant until their seizure by the FBI in 2022. These funds were transferred to an FBI-controlled wallet (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮).

5. **Prior Reporting:** I reported the theft and subsequent mishandling by Bitfinex to the IRS in 2016 through their Low Income Taxpayer Clinic using Form 3949-A (Information Referral).

**Bitfinex's Mishandling of the Situation:**

Following the hack, Bitfinex exhibited several concerning behaviors:

- **Failed Audit:** The promised audit of the hack and customer fund losses was never completed.

- **Misleading "Socialization" of Losses:** Bitfinex misrepresented how losses would be "socialized" among customers. Following the hack, Bitfinex unlawfully seized an additional $2000 in other crypto that remained in my Bitfinex account. They subjected the remaining balance to the 36% haircut and issued 757 unregistered BFX tokens.

- **Breach of Terms of Service:** The company failed to honor its stated terms of service regarding customer funds. The terms state "bitcoins in your multi-signature wallets belong to and are owned by you". Indicating Bitfinex is obligated to return, on demand, the same monetary objects deposited.

- **Deceptive Repayment Claims:** Bitfinex made misleading statements about customer repayment. Bitfinex never repaid the stolen Bitcoins in either BFX tokens, U.S dollars, or with

replacement Bitcoin while claiming that they did.

- **Discriminatory Termination of U.S. Customers:** All U.S. customers were terminated from the Bitfinex platform, with false promises of repayment less than 8 months after the hack via a notification popup telling U.S customers to liquidate or face liquidation. Bitfinex would often cite over regulation by the U.S for its policy changes, instead of taking responsibility and actively trying to become U.S compliant. Infact Bitfinex always presented itself as a U.S compliant crypto exchange, that welcomed U.S investors. It was also this false guise of compliance to investors that would help Bitfinex become the largest exchange during the relevant time period. Behind the scenes Bitfinex was actively curtailing compliance and hiding this from investors, customers, and clients.

- **Operational Challenges:** In the months following the hack Bitfinex operated and hid that it was operating without proper banking partners while in litigation with Wells Fargo, who had suspended operations with the company. Bitfinex never announced the dissolvement of its banking partners with investors or victims. Once again showing the depths Bitfinex was willing to go to cover its losses,leaving little doubt they were acting in bad faith.

- **Unlawful Token Issuance:** Bitfinex created and issued BFX tokens as alleged debt repayment. These tokens were not registered as securities, despite clearly qualifying as such under U.S. regulatory guidelines.

By issuing unregistered BFX tokens, Bitfinex demonstrated a flagrant disregard for both victim compensation and U.S. securities laws. This action effectively converted customer claims into unregistered securities without proper regulatory oversight or protection.

### Documentation of IRS Reporting:

I can provide a newly completed Form 3949-A, identical to the one submitted in 2016. Additionally, I can furnish government-issued ID verifying my current address and documentation confirming the location of the former IRS facility where the original form was filed.

### Request for Justice:

While the defendants are facing money laundering charges, I believe these charges may not fully address the initial theft of assets from legitimate owners. I urge the Department of Justice to consider the direct harm caused to victims like myself and to take appropriate steps to ensure the return of stolen funds.

### Supporting Documentation:

To further substantiate my claim, I am prepared to provide the following documentation:

- Coinbase transaction receipts

- Blockchain transaction records

- A current Form 3949-A

- Government-issued identification

- Bitfinex communications
- Records of unregistered BFX token issuance
- [Any additional relevant documentation]

I am committed to fully cooperating with any verification process established by the Department of Justice. I believe that by recovering the stolen funds and holding the perpetrators accountable, we can restore a sense of justice for all victims of this heinous crime.

Thank you for your attention to this matter.

**Sincerely,**

Francisco Cavazos

███████████████████

█████████



Davis+Gilbert LLP

███████ NY 10019

dglaw.com



November 12, 2024

**Joseph Cioffi**
d███████



**By Email**

Christopher B. Brown, Esq.
Special Assistant United States Attorney
United States Attorney's Office
    for the District of Columbia
███████████ DC 20530 ████



Jolie F. Zimmerman, Esq.
Assistant United States Attorney
United States Attorney's Office
    for the District of Columbia
██████████ DC 20530 ███



Re:     Statement of Hjalmar Peters regarding Bitfinex Losses

Dear AUSA Brown and AUSA Zimmerman,

We represent Hjalmar Peters, a Bitfinex accountholder (ID 44687) (the "Account"), and submit this statement on his behalf with respect to his losses caused by the actions of Ilya Lichtenstein and Heather Morgan (the "Defendants").

In connection with the generalized loss reduction to user accounts made by Bitfinex following the 2016 hack, Bitfinex deducted crypto and fiat currency worth a total of 7,121 USD (the "Assets") from the Account and credited the Account with BFX tokens having a market value of less than $.20, "without release or waiver" (according to Bitfinex), causing a loss of more than 5,697 USD to Mr. Peters.  Such loss corresponds to at least 9.43 BTC (the "Lost Assets"), which has a value as of today of approximately 829,000 USD.



AUSA Brown
AUSA Zimmerman
November 12, 2024
Page 2

As sole and exclusive owner of the Assets pursuant to Bitfinex's Terms of Service, section 5.1, Mr. Peters has a claim to any proceeds thereof, including any property recovered by the government in connection with the breach, including 94,643.298 BTC, to the extent of the Lost Assets.

We are concerned that the U.S. Attorney's proposed treatment of forfeited properties and characterization of victims under the CRVA and MRVA would create a windfall to Bitfinex, to the detriment of Mr. Peters.

We are currently evaluating Mr. Peters' rights, all of which are hereby reserved, including the right to assert a claim to any forfeited properties, in any forum or proceeding, including the Third Party Ancillary Proceeding.  See U.S. v. Ilya Lichtenstein, et al., No. 23-cr-239 (CKK), Government's Motion for Amended Preliminary Orders of Forfeiture, Doc. No. 148, at 4, 5.

We welcome the opportunity to speak with you regarding our client's position and would appreciate clarification on the procedures (and their timing) for accountholders, such as our client, to assert claims against recovered assets or to object to any restitution to Bitfinex that does not include a path for addressing the losses of accountholders as the owners of the stolen (and recovered) assets.


Respectfully,

Joseph Cioffi

JC:mm



**From:** Cioffi, Joseph ███████████
**Sent:** Tuesday, November 12, 2024 4:34 PM
**To:** USADC-BitfinexHack2016███████████████████; Brown, Christopher (NSD)
███████████████; Zimmerman, Jolie (USADC)██████████████
**Subject:** [EXTERNAL] Statement of Bitfinex Accountholder and request for clarification

Dear AUSA Brown and AUSA Zimmerman,

Please see attached the statement on behalf of Hjalmar Peters an accountholder of Bitfinex in response the U.S. Attorney's request for "impact statements."

Although the U.S. has requested impact statements which may be relevant to sentencing, it appeared in the U.S. Attorney's Consent Motion that the government had also sought to provide an opportunity for accountholders and others to assert a claim for their losses and thus, Mr. Peters is doing so here.

I'd like to request a call with you to discuss the intended restitution to Bitfinex and clarification on the scope of the assets to be covered by the Third Party Ancillary Proceeding in which claims may be asserted. Specifically, we would like to obtain clarity on the ability of an accountholder to object to such restitution prior to it becoming final and the contemplated procedure for accountholders, who were the owners of stolen assets, to share in any restitution to Bitfinex or claim restitution directly.

Thank you,


**Joseph Cioffi**



vCard | Bio | LinkedIn | Twitter

**Davis+Gilbert LLP**

███████████████████ NY 10019

dglaw.com

Visit **CreditChronometer.com** for commentary on events and
legal developments shaping the credit markets

This message contains confidential information and is intended only for █████████████████████ .
If you are not █████████████ you should not disseminate, distribute or copy this e-mail.
Please notify █████████████ immediately by e-mail if you have received this e-mail by mistake and
delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free
as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain
viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this
message, which arise as a result of e-mail transmission. If verification is required please request a hard-
copy version.

| From: | |
|---|---|
| To: | USADC-BitfinexHack2016 |
| Subject: | [EXTERNAL] Case No. 23-CR-239 / Victim Lankat |
| Date: | Monday, November 4, 2024 5:50:56 AM |

Dear Sir or Madam,

my name is Jürgen Lankat and I am a victim of the Bitfinex hack. You can find my personal data and all the information you need regarding the amount of my lost assets in the customer data of Bitfinex, the Victim Virtual Currency Exchange ("VICTIM VCE"). I had transferred a considerable amount of Bitcoin to VICTIM VCE. Document 141 of case no. 23-cr-00239-CKK describes how VICTIM VCE wanted to compensate the victims at the time. At the time, I had decided to take entrepreneurial risk as compensation and had exchanged my BFX tokens for shares of the capital stock in iFinex. VICTIM VCE had thereby initially created compensation for my claims. I received dividends for the first few years in return for taking on the entrepreneurial risk. However, VICTIM VCE later decided to release the token UNUS SED LEO ("LEO") in 2019 without involving me as a shareholder in this decision, although VICTIM VCE effectively expropriated me with this decision. My chance to participate in the company's success was almost completely taken away, while I was left with only the entrepreneurial risk. The LEO white paper states: "On a monthly basis iFinex and its affiliates will buy back an amount of LEO from the market equal to a minimum of 27% of the consolidated gross revenues of iFinex from the previous month, in perpetuity until no tokens are in commercial circulation." Since the price of LEO will theoretically rise infinitely as supply decreases, this amounts to an infinite LEO buyback program, at the expense of iFinex shareholders. And since hardly any public company on this planet can achieve much more than a 27% return on sales, this comes close to expropriating iFinex shareholders. In this respect, VICTIM VCE initially compensated me for my lost Bitcoin, but later took it back. And since this initial compensation from VICTIM VCE is now very limited, I am a victim of the Bitfinex hack and I am again entitled to at least a partial claim for my lost Bitcoin.

At this point, I would like to thank the United States of America and the District of Columbia for pursuing and arresting the hackers and for restoring justice.

Kindest regards,
Juergen Lankat

--

Jürgen Lankat
Cellphone:
| Germany



**From:** Conley, Will (Perkins Coie) ████████████████████
**Sent:** Tuesday, November 12, 2024 4:36 PM
**To:** USADC-BitfinexHack2016 ████████████████████
**Cc:** Feldis, Kevin (Perkins Coie) ████████████████
**Subject:** [EXTERNAL] Victim Statement Letter to J. Kollar-Kotelly; Case No. 23-CR-239

Hello, attached is a victim statement letter to J. Kollar-Kotelly regarding Case No. 23-CR-239, submitted in response to the November 7th solicitation for the same. Thank you,

Will Conley
ASSOCIATE

Perkins Coie
████████████████
████ WI ████████
████████████
████████████████
perkinscoie.com

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.



Perkins Coie LLP

CA 94304-1212



T.
F.
perkinscoie.com

November 12, 2024

Kevin R. Feldis
D.
F.

Judge Kollar-Kotelly
U.S. District Court for the District of Columbia

D.C. 20001

**Re:**   Sentencing in *USA v. Lichtenstein*, Criminal Case No. 23-cr-239

Dear Judge Kollar-Kotelly:

We write on behalf of our client, a former Bitfinex account holder whose account was hacked (the "Hack") and whose assets were directly stolen and laundered by the defendants in the above captioned case. To protect our client's identity as a victim, we will refer to our client as "Victim Account Holder 1" or "Victim AH 1." We ask that this Court at sentencing include an award of in-kind restitution to Victim AH 1, or in the alternative, refrain from entering any restitution order until Victim AH 1, and others who may be similarly situated, have had an equal and fair opportunity to be heard in a separate hearing for purposes of considering and calculating restitution.[1]

For the reasons discussed below, we disagree with the United States' position that there are no identifiable victims of the crimes charged in this case. That argument ignores both the purpose and plain language of the applicable victim's right statutes. It also relies on an incorrect and overly narrow understanding of what conduct falls within the scope of the money laundering conspiracy and who was directly and proximately harmed. The illogic of the government's position is evidenced by, among other things, defendants' admissions in the *Statement of the Offense* that they illegally accessed and stole "funds belonging to customers" and then laundered those customer assets to cover their tracks and prevent recovery of the stolen assets. Far from being a victimless crime, the charged conduct directly resulted in Bitfinex customer assets being stolen and never returned.

The conduct that resulted in this harm, as referenced throughout documents in the court docket, was well within the scope of the conspiracy charged. On this point, we specially note that the money laundering conspiracy (agreement to launder stolen assets) necessarily started *before* the hack and included the plan to immediately transfer assets out of customer accounts and into the spiderweb of locations carefully described in the government's initial criminal Complaint and Statement of Facts. *See* Docket 1. The suggestion that the conspiracy started *after* the Hack, as the government has now argued, runs counter to the facts as recited in the Criminal Information to which defendants pled guilty, which charges that the conspiracy began at least in August of 2016 (the same month as the Hack) and includes the overt act of setting up multiple Bitfinex accounts

---

[1] Victim AH 1 has diligently pursued this claim through counsel. Counsel for Victim AH 1 provided notice of the claim to the Department of Justice ("DOJ") in May of 2022, met with the DOJ on August 29, 2024, and November 8, 2024, and exchanged emails with the DOJ throughout this period.

November 12, 2024
Page 2

in other people's names prior to the Hack. The government's sentencing memorandum also describes that the defendants began setting up fictitious accounts as early as August 2016. Laundering the stolen assets was a necessary part of the theft. It also defies common sense to suggest that the defendants did not begin planning where they were immediately going to move/launder the stolen assets until after the Hack.

We similarly disagree with the United States' recommendation that, despite not being a victim, Bitfinex should be awarded more than seven billion dollars in restitution. Such a recommendation ignores the factual basis for the defendants' guilt – considering they stole "funds belonging to account holders" – as well as the fact that Bitfinex never held the stolen assets nor promised to return the stolen assets to its customers. Why the United States chose to advocate solely for the interest of Bitfinex, to the detriment of account holders, is unknown.

What is known, however, is that the United States did not consult with Victim AH 1, or provide an opportunity for other victims to object, before entering into plea agreements compelling defendants to agree to an award of restitution to Bitfinex but not to any of the individual account holders who were harmed. Even now, and despite being aware of Victim AH-1's claims and the fact that Bitfinex never compensated Victim AH-1 for the losses incurred, the United States appears unwilling to change course.

What follows is a discussion of (1) Victim AH 1's status as a victim and the inequity of denying Victim AH 1 that status, (2) how the harm suffered by Victim AH 1 falls squarely within the scope of the conspiracy charged, and (3) a request for an opportunity to be heard or to provide further information for the court's consideration. We recognize that the court may have questions, and this may require a presentation of additional facts. We are prepared to answer any questions and provide more evidence. In the meantime, we respectfully maintain that entering the restitution order requested by the government would be an injustice that would harm our client now and would prejudice our client's ability to file a claim and recover assets in future forfeiture proceedings.

## I.    Victim AH 1 Was a Direct Victim of the Defendants' Conspiracy.

The facts underlying the Hack demonstrate that Bitfinex held the cryptocurrency assets of each customer in individually identifiable and segregated accounts when the Hack occurred.[2] The *Statements of the Offense* explain that "LICHTENSTEIN ultimately gained access to the keys, or credentials, used to authorize transactions involving virtual currencies held by [Bitfinex], *including funds belonging to customers of [Bitfinex]*. Def. Heather Morgan's Statement of the Offense and Related Conduct at 4, ¶ 14; Def. Ilya Lichtenstein's Statement of the Offense and Related Conduct at 4, ¶ 14 (emphasis added). After breaching Bitfinex's security, Defendants started stealing crypto

---

[2] *See e.g.*, Business Wire, *Bitfinex and BitGo Partner to Create World's First Real-Time Proof of Reserve Bitcoin Exchange*, (June 3, 2015), available at: https://www.businesswire.com/news/home/20150603005462/en/Bitfinex-and-BitGo-Partner-to-Create-World%E2%80%99s-First-Real-Time-Proof-of-Reserve-Bitcoin-Exchange (stating: "Bitfinex . . . for the first time ever offers complete segregation of all customer bitcoins" and noting "[t]he era of commingling customer Bitcoin and all of the associated security exposures is over." ). *See also* Bitfinex, *Bitfinex and BitGo Partner to Create World's First Real-Time Proof of Reserve Bitcoin Exchange* (available at: https://blog.bitfinex.com/announcements/bitfinex-and-bitgo-partner-to-create-worlds-first/).

November 12, 2024
Page 3

assets from the largest accounts first. Indeed, Victim AH 1's account may have been one of the larger accounts, and upon information and belief a significant portion (if not all) of Victim AH 1's assets were stolen directly from those accounts. Thus, Victim AH 1 was directly harmed when Mr. Lichtenstein, with Ms. Morgan's help, stole assets directly from customer accounts as part of a plan/conspiracy to launder those stolen assets, as has been described in great detail by the government.

The United States appears to contend that account holders were not victims because their assets were being held within accounts over which Bitfinex had custodial control. Even if true, this does not change the fact that the defendants gained access to and stole actual customer assets (Bitcoin, Ethereum, etc.) from individually segregated accounts containing assets purchased by individual account holders. There is no reason to award restitution to Bitfinex for assets purchased and owned by Bitfinex customers.

To the extent, if any, the United States believes that Bitfinex reimbursed account holders or covered their losses, it is also mistaken. Bitfinex responded to the Hack *not* by promising to return the stolen assets or replace them with identical assets, but rather by (i) unilaterally removing customer assets from their individual accounts to spread losses across all customers; (ii) issuing and depositing newly minted BFX tokens into account holders' accounts; (iii) listing BFX tokens on the Bitfinex platform for trading; and (iv) giving account holders who had not sold BFX on the Bitfinex platform or who purchased BFX after they were listed the opportunity to redeem BFX tokens for shares of iFinex.[3] The net result was that each account holder had at least 36% percent less assets and some quantity of newly minted unregistered Bitfinex securities. Account holders were not given a choice; the BFX tokens were issued "without release or waiver."[4]

The unsolicited deposits of BFX tokens remained outstanding until redeemed by Bitfinex or exchanged by customers for shares of iFinex Inc. (Bitfinex's owner) in what appeared to be another unregistered offering of securities designed to give Bitfinex a series of cash infusions.[5] Bitfinex published "terms for the BFX token" *after* depositing BFX into Victim AH 1's account, and those terms did not waive, replace, or abrogate any claims to the assets taken from the account. Importantly, Victim AH 1 did not agree to accept (nor wanted to hold) BFX tokens – in fact, Victim AH 1 disposed of the BFX tokens on the Bitfinex platform, and thus as soon as practicable,[6] causing Victim AH 1's account to remain thereafter at a significant net deficit. Accordingly, Bitfinex's deposit of a newly created token in Victim AH 1's account did not compensate for losses in that account and has no bearing on Victim AH 1's status as victim. It certainly did not make Bitfinex the sole victim entitled to restitution for assets Bitfinex never owned in the first place.

---

[3] Consent Motion for Order Authorizing Alternative Notification Procedures Out of an Abundance of Caution (the "Alternative Notification Motion") at 3; Bitfinex, *Interim Update: Incident Report for Bitfinex*, (Aug. 6, 2016) https://bitfinex.statuspage.io/incidents/8qd35qxs01mm.

[4] Bitfinex, *Interim Update: Incident Report for Bitfinex*, (Aug. 6, 2016) https://bitfinex.statuspage.io/incidents/8qd35qxs01mm.

[5] *Id.*

[6] Besides being forced to accept the BFX token, Victim Account Holder 1 was concerned that its issuance might be illegal and that holding it could expose him and his portfolio to risks.

November 12, 2024
Page 4

In short, the facts demonstrate that Victim AH 1 and other account holders were directly harmed by defendants' conspiracy, have never been appropriately compensated, and should be deemed as the defendants' victims for purposes of awarding restitution.[7]

## II. Victim AH 1's Claim Is Based on Conduct That Falls Squarely Within the Scope of the Conspiracy Charged.

We respectfully disagree with the government's decision not to treat Victim AH 1 as a victim in the present case, including the government's assertion that account holders are not entitled to victim's rights and restitution under the CVRA and/or MVRA.

Under a plain reading of the MVRA, a "victim" means "any person directly harmed by the defendant's criminal conduct in the course of [a] scheme, conspiracy, or pattern."[8] That is what occurred here – Victim AH 1 was directly and proximately harmed by the Defendant's conduct in the course of the charged money laundering conspiracy. When the underlying offense of conviction is a conspiracy, courts look to "the defendant's criminal conduct *in the course of that conspiracy* as the basis for restitution." *United States v. Goodrich*, 12 F.4th 219, 228 (2d Cir. 2021) (emphasis added); *see also United States v. Battista*, 575 F.3d 226, 231 (2d Cir. 2009), overruled on other grounds by *Lagos v. United States*, 584 U.S. 577 (2018) (holding that in a case involving illegal wagering, a victim claimant was directly and proximately harmed even though the claimant was not defrauded by the illegal wagering directly.). "The requirement that the victim be "directly and proximately harmed" encompasses the traditional "but for" and proximate cause analyses." *In re Rendon Galvis*, 564 F.3d 170, 175 (2d Cir. 2009). Even though Defendants are not charged with the underlying Hack/theft itself, Victim AH 1 is a victim of the money laundering (and all the overt acts that went along with it), which was a "but for" cause of harm to Victim AH 1. *See also Battista*, 575 F.3d at 232 (finding NBA was "clearly harmed" although defendant did not "defraud the NBA directly"). As the charging documents, plea agreement and statement of facts establish, the conspiracy to engage in money laundering started at least as early as August of 2016, and included setting up fictitious accounts prior to the hack for the purpose of transferring and concealing the assets they planned to steal. The computer hacking and theft were of course separate crimes, but there can been little doubt that those crimes overlapped with, and were a critical component of, the conspiracy to launder assets, and moreover, that Victim AH 1 was directly harmed as a result. To suggest that the conspiracy to launder money started *after* the Hack (as the government now argues) defies the facts that have already been presented in this case.

Further, the government's position appears to rely solely on "information provided by counsel for iFinex" (Alternative Notification Motion at 3-4) without input from Victim AH 1 or others. This input from iFinex appears to have caused the government to conclude that Bitfinex was the only victim of Defendants' crimes, and the only party entitled to restitution. While we understand that the United States may have access to information to which we are not privy, we believe it is

---

[7] According to Bitfinex, the purpose of the BFX token was to approximate "what would happen in a liquidation scenario," and was not intended to compensate the accountholders of one of the largest security breaches in the history of cryptocurrency. *See* Bitfinex, *Security Breach & BFX Token FAQ* at Q6, https://blog.bitfinex.com/announcements/security-breach-faq/.

[8] 18 U.S.C. § 3663A(a)(2).

November 12, 2024
Page 5

important for this Court to obtain information from Victim AH 1 and others who were harmed by Defendants' crimes to ensure that the court has an opportunity to make determinations regarding the victims of Defendants' crimes and entitlement to restitution.

Even if there were no victims under the MVRA and CVRA, as the United States suggests, the argument that Bitfinex should be awarded over $7 billion in restitution would still be wrong. The government did not provide any notice or opportunity to be heard to Victim AH 1 before it negotiated plea agreements with the defendants and agreed that only Bitfinex was entitled to restitution. This lack of consideration for account holder victims and disregard of reasonable process raises significant concern about the government's agreement that Bitfinex is the sole victim. We ask that the Court refrain from accepting the government's agreement regarding Bitfinex's sole victim status and recognize Victim AH 1 as a victim entitled to restitution.

### III.    The Court Should Award Victim AH 1 Restitution or Hold a Separate Hearing to Determine Appropriate Restitution.

Although Victim AH 1 may have the right to make a claim to the stolen assets as part of the separate forfeiture proceedings related to this case, the award of restitution to Bitfinex under the terms of the Plea Agreements will hinder Victim AH 1's ability to recover what was stolen. The Plea Agreements state that the U.S. Department of Justice, Computer Crime & Intellectual Property Section and the Department of Justice "agree[d] to make a non-binding referral to the Money Laundering and Asset Recovery Section at the Department of Justice that any monies obtained from the defendant[s] through forfeiture be distributed to the victims of the offense in accordance with any restitution order entered in [the] case." Ilya Lichtenstein Plea Agreement, at 12, § 14(i); Heather Morgan Plea Agreement at 13, § 14(i). Because Victim AH 1 has been excluded as a victim entitled to restitution, if restitution is awarded to Bitfinex, and not Victim AH 1, the government's promised actions could adversely impact or completely foreclose any ability to recover the assets stolen from Victim AH 1. As such, Victim AH 1 respectfully requests an award of restitution—in-kind—of the assets removed from Victim AH 1's Bitfinex account or in an amount that fully compensates Victim AH 1 in-kind for the loss of those assets as a result of the Hack.

While we appreciate the dedicated efforts and good work that has gone into arresting and prosecuting Ilya Lichtenstein and Heather Morgan, and into recovering large volumes of stolen and laundered assets, we do not understand how or why the interests and rights of account holders who suffered losses have been ignored.[9] We can only assume that the government has had numerous conversations with Bitfinex, as reflected in the steps the United States has taken to agree to a single award of restitution in its favor. Victim AH 1 now requests an opportunity to be heard and present our client's losses to the court before any restitution order is entered in the *Lichtenstein* case.

---

[9] For instance, the government only provided seven days' notice to potential victims. DOJ, Press Release (Nov. 7, 2024), available at: https://www.justice.gov/usao-dc/pr/website-related-multi-billion-dollar-bitfinex-hack-established.

169948015.11

November 12, 2024
Page 6

Respectfully,

Kevin R. Feldis



**From:** Luis Musa
**Sent:** Friday, November 8, 2024 5:19 PM
**To:** USADC-BitfinexHack2016
**Cc:** Christophe L. DiFalco
**Subject:** [EXTERNAL] Victim Impact Statement - Pablo Garcia Illescas

Good evening,

Attached please find Victim Impact Statement to be delivered to The Honorable Judge Colleen Kollar-Kotelly.

Thank you.

**Luis G. Musa, Esq.**



*FL 33134*

t:          | f:
*www.DFLLLP.com*

*WARNING - FRAUDULENT FUNDING INSTRUCTIONS*

*Email hacking to fraudulently misdirect funds is on the rise. If you receive wire instructions from our office, please call our office immediately using contact information found from an independent source, such as a sales contract or Firm web page, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.*

THE INFORMATION CONTAINED IN THIS MESSAGE AND ANY ATTACHMENT MAY BE LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED FROM DISCLOSURE. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to the message and permanently delete it from your system and destroy any printout thereof. Thank you for your cooperation.

November 8, 2024

U.S. District Court, District of Columbia
Attention: Judge Colleen Kollar-Kotelly

RE:    United States v. Ilya Lichtenstein and Heather Morgan
U.S. District Court for the District of Columbia
Case No. 23-CR-239
Impact Statement of Victim in the Bitfinex Bitcoin Hack – August 2016

To the Honorable Judge Colleen Kollar-Kotelly:

I am writing this impact statement in connection with the criminal sentencing of the defendants, Ilya Lichtenstein and Heather Morgan, who are accused of hacking into the Bitfinex exchange in August 2016 and stealing approximately 119,756 bitcoins. As a victim of this hack, I have suffered both financially and psychologically, and I feel it is important to share the depth of that impact with the Court as part of the sentencing in this case.

I held an account at Bitfinex under the name "Butifarra" where I had in excess of 1,000 bitcoins stored on August 1, 2016. Bitfinex was hacked in early August of 2016. On the day following the hack, while account holders were still in a state of shock and disbelief, Bitfinex advised of the breach. In an effort to "compensate" for the stolen funds, Bitfinex unilaterally decided, absent any consent from account holders, to socialize or share the loss among all account holders, including those whose bitcoins had not been stolen, and issue BFX tokens in place of the lost bitcoins. assigning a nominal value of $1.00 per token.

Consequently, Bitfinex, in its efforts to share the loss among all account holders, took 350.56 of the more than 1,000 bitcoins I had on deposit on the date of the hack and forcefully exchanged them for 211,759 BFX tokens. In essence, Bitfinex unilaterally decided to assign a value of $604.06 to each "lost" bitcoin. In accordance with Bitfinex's calculations, my 350.56 lost bitcoins at Bitfinex's assigned value of $604.06 each would be equivalent to $211,759, which in turn, would result in the issuance of 211,759 BFX at the purported value of $1.00 each. At the time, Bitfinex's actions felt like an imposition, leaving me no option but to accept the BFX tokens in the wake of the chaos. In those days following the hack, emotions ran high. I was under intense pressure from the uncertainty of the situation and the complete lack of trust in Bitfinex's ability to recover the funds or make me whole. It was clear that the exchange had mishandled security, and it felt as though their actions were entirely self-serving, leaving customers totally lost and helpless.

Given the state of affairs, my first impulse was to sell the BFX tokens immediately. I no longer trusted Bitfinex or the value of these new tokens, which came from an exchange whose negligence had resulted in the unfortunate loss of my bitcoins. In hindsight, my sale of these tokens was driven by the overwhelming stress and uncertainty I was experiencing at the time. The BFX tokens, which Bitfinex had claimed were worth $1.00 each, were virtually worthless and could not be sold for anything over $0.33 each. I ultimately was able to sell my tokens only on the Bitfinex

platform for two reasons: first, the BFX tokens were considered worthless on any other platform and were not even being considered for purchase by any third-party buyer; and second, Bitfinex, was the only buyer of the tokens, and, as such, it was able to manipulate at its whim, and even monopolize, the price of a token it had artificially created without the authority of any of its regulatory bodies. In fact, Bitfinex's obvious intent was to quickly sell the tokens in an effort to at least partially recover its loss. In my particular case, the proceeds from the sale of my BFX tokens were only a fraction of their purported value – a total of $67,763 for 211,759 BFX.

The real loss, however, is far more staggering today. If I had today my 350.56 bitcoins I had trusted to Bitfinex, they would be worth approximately US$27 million. The value of bitcoin has increased exponentially since 2016, and the lost opportunity is immense. The financial harm is undeniable, but it is not merely a question of lost dollars; it is the loss of something far more meaningful. As a "bitcoiner", a person who values bitcoin not merely as an investment but as a way of life, this loss represents something deeply personal. Each bitcoin is more than just a number; it is unique, like an original work of art, and it holds sentimental and philosophical value that cannot be replaced by money.

To make matters worse, the mental and emotional toll of this hack has been immense. For the last eight years, I have lived with the anxiety of knowing that my property was taken through illegal means, and that I have little hope of ever recovering it. In addition, the psychological strain of living with this injustice, compounded by the realization that my bitcoins are currently held by the U.S. government, is a constant source of stress. I want "my bitcoins". I want to be made whole by recovering what was stolen from me.

Further complicating matters, I also had a second account under the name "Jupiter", which was also compromised in the hack. I lost 36.79 bitcoins in that account, which were exchanged by Bitfinex for 22,225 BFX tokens. The sales price in this case was at $0.35 per BFX token as these were sold first, at a time when the price had not yet been devalued by the high volume of sales from account holders who sold their BFX tokens out of immense fear. The overall financial harm and emotional distress still continue to compound as I reflect on what I have lost.

In closing, I want to emphasize the profound and lasting effects that this hack has had on me, both financially and psychologically. The defendants are directly responsible for the foregoing devastating events. The defendants' actions were not just an abstract theft; they impacted real people, people like me, who trusted Bitfinex with their property. My loss is not just about money - it is about the destruction of trust, the erosion of security, and the deep psychological toll of knowing that my original bitcoins were taken in an illegal act and are now in the hands of others.

As a "bitcoiner", although the only possible restitution would be in the form of cash or another asset, the only true form of restitution is the return of my lost bitcoins. In fact, a bitcoin blockchain expert has been able to track almost one hundred (100) of my lost bitcoins within those recovered by the U.S. government. I urge the Court to consider the full weight of the harm caused by the defendants' actions and to ensure that they are held accountable for the lasting damage they have caused. I would like to have my bitcoins back, as they are irreplaceable to me in a way that no amount of money ever could be.

Please note that I reside abroad and respectfully ask that all correspondence regarding this case be directed to my U.S. attorneys as follows:

DiFalco & Fernandez, LLLP
███████████ FL 33134
Attention: Luis G. Musa, Esq.
Email: ████████████
Tel: ███████████

Lastly, as a victim, I ask this Court to consider my right to full and timely restitution.

Thank you for your consideration.

Respectfully,

Pablo Garcia Illescas
Victim of Bitfinex Hack
Accounts: "Butifarra" and "Jupiter"



**From:** Luis Musa ███████████████

**Sent:** Friday, November 8, 2024 5:19 PM

**To:** USADC-BitfinexHack2016 ████████████████████████

**Cc:** Christophe L. DiFalco ████████████████

**Subject:** [EXTERNAL] Victim Impact Statement - Pablo Garcia Illescas

Good evening,

Attached please find Victim Impact Statement to be delivered to The Honorable Judge Colleen Kollar-Kotelly.

Thank you.

**Luis G. Musa, Esq.**



**FL 33134**

t: █████████████ | f: ███████████

*www.DFLLLP.com* ████████████████

*WARNING - FRAUDULENT FUNDING INSTRUCTIONS*

Email hacking to fraudulently misdirect funds is on the rise. If you receive wire instructions from our office, please call our office immediately using contact information found from an independent source, such as a sales contract or Firm web page, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.

THE INFORMATION CONTAINED IN THIS MESSAGE AND ANY ATTACHMENT MAY BE LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED FROM DISCLOSURE. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to the message and permanently delete it from your system and destroy any printout thereof. Thank you for your cooperation.

November 8, 2024

U.S. District Court, District of Columbia
Attention: Judge Colleen Kollar-Kotelly

RE:   United States v. Ilya Lichtenstein and Heather Morgan
      U.S. District Court for the District of Columbia
      Case No. 23-CR-239
      Impact Statement of Victim in the Bitfinex Bitcoin Hack – August 2016

To the Honorable Judge Colleen Kollar-Kotelly:

I am writing this impact statement in connection with the criminal sentencing of the defendants, Ilya Lichtenstein and Heather Morgan, who are accused of hacking into the Bitfinex exchange in August 2016 and stealing approximately 119,756 bitcoins. As a victim of this hack, I have suffered both financially and psychologically, and I feel it is important to share the depth of that impact with the Court as part of the sentencing in this case.

I held an account at Bitfinex under the name "Butifarra" where I had in excess of 1,000 bitcoins stored on August 1, 2016. Bitfinex was hacked in early August of 2016. On the day following the hack, while account holders were still in a state of shock and disbelief, Bitfinex advised of the breach. In an effort to "compensate" for the stolen funds, Bitfinex unilaterally decided, absent any consent from account holders, to socialize or share the loss among all account holders, including those whose bitcoins had not been stolen, and issue BFX tokens in place of the lost bitcoins. assigning a nominal value of $1.00 per token.

Consequently, Bitfinex, in its efforts to share the loss among all account holders, took 350.56 of the more than 1,000 bitcoins I had on deposit on the date of the hack and forcefully exchanged them for 211,759 BFX tokens. In essence, Bitfinex unilaterally decided to assign a value of $604.06 to each "lost" bitcoin. In accordance with Bitfinex's calculations, my 350.56 lost bitcoins at Bitfinex's assigned value of $604.06 each would be equivalent to $211,759, which in turn, would result in the issuance of 211,759 BFX at the purported value of $1.00 each. At the time, Bitfinex's actions felt like an imposition, leaving me no option but to accept the BFX tokens in the wake of the chaos. In those days following the hack, emotions ran high. I was under intense pressure from the uncertainty of the situation and the complete lack of trust in Bitfinex's ability to recover the funds or make me whole. It was clear that the exchange had mishandled security, and it felt as though their actions were entirely self-serving, leaving customers totally lost and helpless.

Given the state of affairs, my first impulse was to sell the BFX tokens immediately. I no longer trusted Bitfinex or the value of these new tokens, which came from an exchange whose negligence had resulted in the unfortunate loss of my bitcoins. In hindsight, my sale of these tokens was driven by the overwhelming stress and uncertainty I was experiencing at the time. The BFX tokens, which Bitfinex had claimed were worth $1.00 each, were virtually worthless and could not be sold for anything over $0.33 each. I ultimately was able to sell my tokens only on the Bitfinex

platform for two reasons: first, the BFX tokens were considered worthless on any other platform and were not even being considered for purchase by any third-party buyer; and second, Bitfinex, was the only buyer of the tokens, and, as such, it was able to manipulate at its whim, and even monopolize, the price of a token it had artificially created without the authority of any of its regulatory bodies. In fact, Bitfinex's obvious intent was to quickly sell the tokens in an effort to at least partially recover its loss. In my particular case, the proceeds from the sale of my BFX tokens were only a fraction of their purported value – a total of $67,763 for 211,759 BFX.

The real loss, however, is far more staggering today. If I had today my 350.56 bitcoins I had trusted to Bitfinex, they would be worth approximately US$27 million. The value of bitcoin has increased exponentially since 2016, and the lost opportunity is immense. The financial harm is undeniable, but it is not merely a question of lost dollars; it is the loss of something far more meaningful. As a "bitcoiner", a person who values bitcoin not merely as an investment but as a way of life, this loss represents something deeply personal. Each bitcoin is more than just a number; it is unique, like an original work of art, and it holds sentimental and philosophical value that cannot be replaced by money.

To make matters worse, the mental and emotional toll of this hack has been immense. For the last eight years, I have lived with the anxiety of knowing that my property was taken through illegal means, and that I have little hope of ever recovering it. In addition, the psychological strain of living with this injustice, compounded by the realization that my bitcoins are currently held by the U.S. government, is a constant source of stress. I want "my bitcoins". I want to be made whole by recovering what was stolen from me.

Further complicating matters, I also had a second account under the name "Jupiter", which was also compromised in the hack. I lost 36.79 bitcoins in that account, which were exchanged by Bitfinex for 22,225 BFX tokens. The sales price in this case was at $0.35 per BFX token as these were sold first, at a time when the price had not yet been devalued by the high volume of sales from account holders who sold their BFX tokens out of immense fear. The overall financial harm and emotional distress still continue to compound as I reflect on what I have lost.

In closing, I want to emphasize the profound and lasting effects that this hack has had on me, both financially and psychologically. The defendants are directly responsible for the foregoing devastating events. The defendants' actions were not just an abstract theft; they impacted real people, people like me, who trusted Bitfinex with their property. My loss is not just about money - it is about the destruction of trust, the erosion of security, and the deep psychological toll of knowing that my original bitcoins were taken in an illegal act and are now in the hands of others.

As a "bitcoiner", although the only possible restitution would be in the form of cash or another asset, the only true form of restitution is the return of my lost bitcoins. In fact, a bitcoin blockchain expert has been able to track almost one hundred (100) of my lost bitcoins within those recovered by the U.S. government. I urge the Court to consider the full weight of the harm caused by the defendants' actions and to ensure that they are held accountable for the lasting damage they have caused. I would like to have my bitcoins back, as they are irreplaceable to me in a way that no amount of money ever could be.

Please note that I reside abroad and respectfully ask that all correspondence regarding this case be directed to my U.S. attorneys as follows:

DiFalco & Fernandez, LLLP
█████████ FL 33134
Attention: Luis G. Musa, Esq.
Email: ████████
Tel: ████████

Lastly, as a victim, I ask this Court to consider my right to full and timely restitution.

Thank you for your consideration.

Respectfully,

Pablo Garcia Illescas
Victim of Bitfinex Hack
Accounts: "Butifarra" and "Jupiter"

**From:**      Nick Chisiu
**To:**        USADC-BitfinexHack2016
**Subject:**   [EXTERNAL] Request for Recovery of Bitcoin Following the Bitfinex Hack
**Date:**      Friday, November 8, 2024 7:33:47 AM

Dear Department of Justice,

I am writing to respectfully seek your assistance in recovering my Bitcoin lost in the 2016 Bitfinex hack. As a victim of this incident, I have endured substantial financial and emotional hardship, which remains unresolved by Bitfinex.

Bitfinex publicly announced plans to distribute tokens to compensate affected users. However, I did not receive any significant restitution. I was informed of the hack via a brief notification, which I only discovered approximately one month after it was sent. By that time, the value of the tokens distributed covered, at best, only 50% of the original value of my Bitcoin holdings. Since then, Bitfinex has not provided any further agreements or meaningful compensation for the stolen Bitcoin.

The purchase of my Bitcoin was a considerable financial investment, achieved through great effort as I am the sole provider for my household and the primary supporter of my two children. My intent was to hold this investment long-term to improve financial stability for my family. Furthermore, the impact of the hack dissuaded me from reinvesting in Bitcoin, which has significantly appreciated in value since that time, compounding my financial losses.

I have full confidence that the Department of Justice will act in the best interest of the victims to ensure that justice is served. I strongly urge that the stolen Bitcoin be returned to the original victims, in alignment with standard practices for restitution of stolen personal assets.

Thank you for your attention to this matter. I have proof of my Bitfinex transactions prior to the hack and am happy to provide any supporting documentation needed. I appreciate any assistance or guidance you can provide to help facilitate the recovery of my lost Bitcoin.

Sincerly,
Nick Chisiu



**From:** Rafał Bielenia
**Sent:** Saturday, November 2, 2024 2:12 PM
**To:** USADC-BitfinexHack2016
**Subject:** [EXTERNAL] Statement about the impact of the offense Case No. 23-CR-239

Dear Sir / Madam,
According to the announcement on https://www.justice.gov/information-victims-large-cases, specifically https://www.justice.gov/usao-dc/2016-bitfinex-hack regarding "United States v. Ilya Lichtenstein and Heather Morgan; U.S. District Court for the District of Columbia – Case No. 23-CR-239", as an accountholder at the Bitfinex virtual currency exchange harmed by the defendants' conduct I hereby submit my statement.

Please find the statement in the document attached.
Please acknowledge receipt of the attached document.


Sincerely,
Rafał Bielenia

**Rafał Bielenia**
 Poland
E-mail:
Telephone:

November 2, 2024

**U.S. Department of Justice**
Criminal Division

**Re: United States v. Ilya Lichtenstein and Heather Morgan**
   U.S. District Court for the District of Columbia – Case No. 23-CR-239

**To Whom It May Concern:**

I am writing to formally declare my status as a victim of the 2016 Bitfinex hack and to assert my claim for the return of my stolen property, specifically **33.06537432 Bitcoin**. My experience was highlighted in a CNBC documentary (https://www.cnbc.com/video/2022/10/20/crocodile-of-wall-street-and-the-battle-over-billions-in-stolen-bitcoins.html).

I am submitting evidence demonstrating that my personal Bitcoin holdings were stolen during the 2016 Bitfinex security breach. I believe these Bitcoin are now among the funds seized and forfeited from Ilya Lichtenstein and Heather Morgan and are currently held in a wallet controlled by the U.S. Department of Justice.

Additionally, I would like to clarify that I was never fully compensated by Bitfinex, and any claims to the contrary are inaccurate.

**Summary of My Claim**

On the day of the hack, I held **91.67763972 Bitcoin** in a segregated wallet at Bitfinex, all of which were subsequently transferred to a hacker's wallet. Bitfinex provided partial compensation of **58.61226540 Bitcoin**, leaving me with an uncompensated loss of **33.06537432 Bitcoin** which is now held by the DOJ. Therefore, I respectfully request the return of this uncompensated Bitcoin as my property.

**Proof of Ownership and Loss**

**Background:**

In 2015 and 2016, as a fresh out of college Software Engineer with an additional background in finance, I recognized Bitcoin's potential and invested in it using savings from my internships at Google and Microsoft. My goal was to accumulate Bitcoin through margin trading and personal investments, intending to hold until its value reached tens of thousands of USD.

At the time of the hack, I held **91.67763972 Bitcoin** in a margin trading wallet at Bitfinex, wallet address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. This wallet was segregated and only I as a customer was able to make withdrawals from and deposit to this wallet. Each user had their own segregated wallet with corresponding wallet address. I accessed my wallet through the Bitfinex platform, which held the private keys and was responsible for the security of my funds.

On the day of the hack, I received an email from Bitfinex about a security breach, which caused me extreme distress as I feared losing everything. Bitfinex remained non-operational for days, and communication was poor.

**Documented Hack and Transfer:**

<u>All funds from my wallet were transferred to the hacker's wallet, and subsequently, all funds in the hacker's wallet were transferred to the DOJ wallet. This establishes a clear path showing how my Bitcoin ended up in DOJ custody.</u>



On August 2, 2016, all my funds in my wallet ████████████████████████ (████████████████████████████████████████████) were transferred to the hacker's wallet ████████ (████████████████████████████████████████) in transaction ID ████████████████████████████ (████████████████████████████████████████████████ ████).

My wallet address was later included in the public list of affected wallets published on Reddit by a Bitfinex representative on August 7, 2016 (████████████████████████████████████.

On January 2, 2022, DOJ seized funds from the hacker's wallet and transferred them to DOJ custody in wallet ████████████████ (████████████████████████████████████████████████), transaction ID ████████████████████ (████████████████████████████████████████████ ████.

**Partial Compensation by Bitfinex**

Following the hack, Bitfinex allocated losses across all accounts and provided partial compensation. I received **58.61226540 Bitcoin**, but **33.06537432 Bitcoin** remains uncompensated. In an email from the Bitfinex CEO, I was informed: *"After much thought, analysis, and consultation, we arrived at the conclusion that losses must be allocated across all accounts and assets. This is the closest approximation to what would happen in a liquidation context. **Looking at your account, you will see that you have experienced an allocated loss percentage of 36.067%**"*.

Bitfinex issued BFX tokens to recognize the USD value of the uncompensated loss. Those tokens initially served as a mechanism to recognize the loss for accounting purposes on the platform.

**Upon reopening the platform and for a long time afterward, BFX tokens were not redeemable at the claimed value.** To avoid further loss, I sold them immediately on the platform for the highest value possible, which proved to be only a fraction of their supposed worth. **Holding those tokens involved substantial risk and was akin to gambling on a technically bankrupt company that had proven untrustworthy with deposits.**

**Depositors, by definition, assume no risk and cannot be forced to take a gamble to get their deposits back.** Full redemption of BFX tokens by Bitfinex was very unlikely at that time, and the terms were unclear. Other than general promises, Bitfinex did not specify when (other than at some point in the future) and by what means (other than they were considering various options - all of them unlikely) full redemption would be made. From a legal standpoint Bitfinex's handling of the crisis was concerning and appeared to be improvisational rather than in strict compliance with relevant legal standards.

**At no point was I able to exchange BFX tokens or their proceeds for the full amount of my uncompensated Bitcoin loss.** Even when Bitfinex eventually redeemed the tokens at 1 USD each, it was impossible to recover the full amount, as Bitcoin's value significantly appreciated.

**Lack of Full Compensation**

Thus, I was never compensated for the **33.06537432 Bitcoin** loss, as it was never possible to exchange BFX tokens or their proceeds for this amount of Bitcoin, regardless of their price.

On the day of the hack, August 2, 2016, I held **91.67763972 Bitcoin** on the platform. On the day the platform reopened, August 10, 2016, my total compensation was: **58.61226540 Bitcoin** and around **4869.78 USD** (BFX tokens proceeds at a fraction of their claimed value) which I proceeded to withdraw on the same day.

**Supporting Documentation**

I am prepared to provide all necessary documentation to support my claims, including but not limited to:

1. Evidence of the source of funds and trades confirmations to prove legal and ethical acquisition of my Bitcoin;
2. Documentation showing that my Bitfinex account was verified, passed AML / KYC checks and was fully operational at the time of the hack;
3. Evidence of my intention to accumulate and hold Bitcoin only, **with no interest in any other cryptocurrencies, especially the highly risky BFX tokens**;
4. Proof of my **91.67763972 Bitcoin** in my segregated wallet at Bitfinex before the hack as my only holdings;
5. Evidence that my wallet was segregated and evidence of my deposits and withdrawals to and from my wallet;
6. Documentation of all electronic communication with Bitfinex before and after the hack;
7. Records of the total compensation I received from Bitfinex, which was **58.61226540 Bitcoin** and around **4869.78 USD**, out of my initial **91.67763972 Bitcoin**;
8. Proof of my identity, including passport and proof of address consistent with records from the time of the hack.

**Additionally, I am willing to provide full access to my Bitfinex account whether through an API key or a login / password for further verification.**

**Closing Statement**

Given that my property, **33.06537432 Bitcoin**, was seized by the DOJ from the hacker and is now held in DOJ custody, I respectfully request that my uncompensated funds be returned to me. I am prepared to comply fully with DOJ procedures and provide any necessary documentation to assist in verification.

It is difficult to conceive of a just outcome where my property, stolen from me without any wrongdoing on my part, is not returned. Failure to return my stolen property would effectively constitute **unjust enrichment** for the party ultimately retaining the assets, at my expense.

Thank you for considering my claim.

**Sincerely,**
Rafał Bielenia

**From:** ████████████
**To:** ████████████2016
**Subject:** [EXTERNAL] Bitfinex Hack
**Date:** Thursday, November 7, 2024 5:25:20 PM

Name: Ravinder Gill
Bitfinex User id: ████

To whom it may concern, when the bitfinex hack happened in 2016. Bitfinex took 3874.999 LTC from my account (see below transaction) in return for a Bitfinex SPV Shares which I still have in my possession in a BNKtothefuture account. However I cant do anything with them as you have to be a certain Tier 4 level, for which you have to have assets over a £1million. Which most regular people like myself do not have, and they make it more or less impossible to sell the shares.

| 2848013 | 09/08/2017 09:44 | LTC  COMPLETED | ████████████████████ |

Many Thanks

Ravinder Gill

─────────────────────────────────

[?] Virus-free.www.avg.com

| | |
|---|---|
| **From:** | Werr Led |
| **To:** | USAEO-VictimOmbudsman; USADC-BitfinexHack2016 |
| **Subject:** | [EXTERNAL] Submitted victim impact statement |
| **Date:** | Friday, November 8, 2024 10:05:17 AM |

Hi

I submitted victim impact statement, but I am not getting through.. I Seem to be blocked by US DOJ on my personal email address.

What to do?

Thanks

Regards