**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 23-cr-239 (CKK)** |
| | **:** | |
| **ILYA LICHTENSTEIN, *et al.*,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**GOVERNMENT'S SUPPLEMENTAL NOTICE REGARDING STATEMENTS FROM**
**SELF-IDENTIFIED PERSONS IMPACTED BY THE DEFENDANTS' CONDUCT**

The United States of America, by and though the United States Attorney for the District of Columbia, hereby provides notice to the Court of additional statements submitted by individuals who self-identified as impacted by the defendants' conduct in the above-captioned matter, including Bitfinex.

Pursuant to the Court's Order Authorizing Alternative Notification Procedures, ECF No. 145, the government established a website with case-specific information and a process for members of the public to submit statements regarding how they may have been impacted by the defendants' conduct. Individuals were instructed to provide statements by email by November 12, 2024, and were advised that the information would be relayed to the Court. After the deadline, the government received additional submissions.[1] Those submissions are attached hereto as an exhibit, with personal contact details redacted.

---

[1] As detailed in prior filings, *see* ECF No. 141, because the defendants' offenses of conviction are 18 U.S.C. § 1956(h) (Money Laundering Conspiracy) and 18 U.S.C. § 371 (Conspiracy to Defraud the United States), the government maintains that there are no individual "victims" under the Crime Victims' Rights Act (CVRA), 18 U.S.C. § 3771. However, the Court may still elect to consider statements from those who do not meet the statutory definition of "victim" in the CVRA.

Respectfully submitted,
MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:   */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Special Assistant United States Attorney
Jolie F. Zimmerman, D.C. Bar No. 465110
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
(202) 353-0018 (Brown)
(202) 252-7220 (Zimmerman)
Christopher.Brown8@usdoj.gov
Jolie.Zimmerman@usdoj.gov

*/s/ Jessica Peck*
Jessica Peck, N.Y. Bar Number 5188248
C. Alden Pelker, Maryland Bar
Trial Attorneys, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 353-9455 (Peck)
(202) 616-5007 (Pelker)
Jessica.Peck@usdoj.gov
Catherine.Pelker@usdoj.gov