**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. 1:23-cr-00239 (CKK)** |
| | § | |
| **ILYA LICHTENSTEIN, and** | § | |
| **HEATHER RHIANNON MORGAN** | § | |
| | § | |
| **Defendants.** | § | |

<u>**NOTICE OF APPEARANCE**</u>

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Rick Blaylock Jr., at telephone number 202-252-6765, hereby informs the Court that he is entering his appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Rick Blaylock Jr.*
RICK BLAYLOCK JR.
Assistant United States Attorney
Asset Forfeiture Coordinator
Texas Bar Number 24103294
United States Attorney's Office
601 D Street NW
Washington, D.C.  20530
Telephone: 202-252-6765
Email: rick.blaylock.jr@usdoj.gov