**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 23-cr-239 (CKK)** |
| | **:** | |
| **ILYA LICHTENSTEIN**, *et al.*, | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## ORDER

Upon consideration of the Consent Motion To Schedule Restitution Hearing, it is hereby

ORDERED, that a Restitution Hearing in this case shall be scheduled on February 21, 2025, at _____ a.m./p.m.; and it is further

ORDERED, that the Government shall file its Supplemental Restitution Memorandum on or before January 14, 2025; Any third parties shall file any Motions To Intervene or Objections on or before January 28, 2025; the Defendants shall file any Response on or before February 7, 2025; and the Government shall file its Reply on or before February 14, 2025.

Dated this ____ day of _____, 2024.

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE