UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 23-cr-239 (CKK) |
| ILYA LICHTENSTEIN, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the Consent Motion To Schedule Restitution Hearing, it is hereby

ORDERED, that a Restitution Hearing in this case shall be scheduled on February 21, 2025, at 1:００ a.m./p.m.; and it is further

ORDERED, that the Government shall file its Supplemental Restitution Memorandum on or before January 14, 2025; Any third parties shall file any Motions To Intervene or Objections on or before January 28, 2025; the Defendants shall file any Response on or before February 7, 2025; and the Government shall file its Reply on or before February 14, 2025.

Dated this 21 day of Nov., 2024.

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE