LEAVE TO FILE GRANTED
Judge C Kollar-Kotelly
12/3/24

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.

**ILYA LICHTENSTEIN and HEATHER MORGAN, et al.,**

**CRIMINAL NO. 23-cr-239 (CKK)**

**Defendants.**

## MOTION TO BE GRANTED ELECTRONIC FILING (eFiling) STATUS

COMES NOW Francisco Cavazos, a pro se litigant in the above-captioned matter, and respectfully requests this Honorable Court to grant permission to file electronically through the Court's Case Management/Electronic Case Files (CM/ECF) system for purposes of submitting documents related to his **Motion to Intervene and Assert Victim Status** and any subsequent filings.:

---

In support of this motion, Movant states as follows:

1. **Pro Se Status**: Movant is representing himself in this matter and does not have legal representation.
2. **Efficiency in Filing**: Access to the CM/ECF system will facilitate timely submission of documents, reduce reliance on physical filings, and ensure adherence to deadlines.
3. **Ease of Access**: eFiling will allow Movant to effectively track and access court filings and updates in real-time, ensuring compliance with procedural requirements and enabling meaningful participation in the restitution proceedings.
4. **Technical Capability**: Movant has access to the required technology, including a computer and reliable internet connection, and is familiar with the use of electronic filing systems.

WHEREFORE, Movant respectfully requests that this Honorable Court:

1. Grant this Motion for electronic filing privileges;
2. Provide Movant with access to the CM/ECF system for this case; and