UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEING and HEATHER MORGAN,<br><br>Defendants. | Criminal No. 23-239 (CKK) |

**ORDER**
(December 11, 2024)

Pending before this Court are two motions by movant Francisco Cavazos: (1) a motion to be granted electronic filing status, ECF No. 189; and (2) a motion to intervene and assert victim status, ECF No. 190. The Court notes that motions to intervene/assert victim status filed in this case will be addressed by this Court after the Defendant and the Government file their responses thereto, on February 7, 2025, and February 14, 2025, respectively. Furthermore, a restitution hearing is set for February 21, 2025.

This Order addresses Mr. Cavazos's motion to be granted electronic filing status. Pursuant to Local Rule of Civil Procedure 5.4 (b), a "pro se party may obtain a CM/ECF user name and password from the Clerk with leave of Court." The decision whether to grant the motion "is within the discretion of the judge to whom the case is assigned." The Motion must describe the party's access to the internet and certify that he "either has successfully completed the entire Clerk's Office on-line tutorial or has been permitted to file electronically in other federal courts." LCvR 5.4(b)(2). Mr. Cavazos affirms that he has the "required technology, including a computer and reliable internet connection," and he indicates – but does not explain – his "familiar[ity] with the use of

1

electronic filing systems." Motion for Electronic Filing Status, ECF No. 189, at 1.

Mr. Cavazos asserts that he is *pro se* and that use of electronic filing will "facilitate timely submission of documents." Motion for Electronic Filing Status, ECF No. 189, at 1. However, the Court's briefing schedule regarding third party motions to intervene does not contemplate that such third parties will file any additional documents after their motions have been filed. In the instant case, Mr. Cavazos has demonstrated sufficient ability to file pleadings on the docket. Furthermore, each of the Court's Orders and Minute Orders in this case regarding intervention and/or restitution will specify that the Clerk shall mail a copy of the order to those persons asserting a claim, at their addresses of record. Moreover, the parties similarly must ensure that their responses to the motions to intervene are mailed to those persons. Accordingly, it is this 11th day of December, 2024, hereby

ORDERED that Mr. Cavazos's [189] Motion to be Granted Electronic Filing (eFiling) Status be and hereby is DENIED. The Clerk's Office shall mail a copy of this Order to Mr. Cavazos.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE