# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>Defendants. | Case No. 23-cr-239 (CKK) |

## NOTICE OF APPEARANCE OF COUNSEL
## FOR THIRD PARTIES HJALMAR PETERS AND ALLAN NEWMAN

To:  The clerk of the court and all parties and counsel of record.

PLEASE TAKE NOTICE of the appearance of James D. Sadowski, Esq., an attorney with the law firm of Greenstein DeLorme & Luchs, P.C.  I am admitted or otherwise authorized to practice in this court, and I appear in this case as local counsel for third parties Hjalmar Peters and Allan Newman, who have each filed a petition related to forfeited property.

Respectfully submitted

Date:  January 16, 2025

/s/ James D. Sadowski
James D. Sadowski (#446635)
Greenstein DeLorme & Luchs, P.C.
801 17th Street, NW, Suite 1000
Washington, DC  20006
Phone:  (202) 452-1400; Fax: (202) 452-1410
Email:  jds@gdllaw.com
*Counsel for Third Parties Hjalmar Peters and Allan Newman*

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of January, 2025, I filed the foregoing Notice of Appearance, and a copy should be served by Notice of Electronic Filing on all persons designated to receive electronic notice in this case.

/s/ James D. Sadowski
James D. Sadowski

9999\0001\4915-8126-2864.v1