LEAVE TO FILE GRANTED
Judge CKolla-Kotelly
Jan 22, 2025

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants*. | No. 1:23-CR-239 (CKK) |

### NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record

I, Stephanie L. Brooker, am admitted to practice in this Court and I appear as counsel in the above-captioned matter on behalf of third-party petitioners iFinex Inc. and BFXNA Inc.

Dated: January 16, 2025                Respectfully submitted,

*/s/ Stephanie Brooker*

Stephanie L. Brooker
D.C. Bar No. 475321
SBrooker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for Third-Party Petitioners iFinex Inc. and BFXNA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be filed with the Clerk of Court via email on January 16, 2025, and the Clerk's office will send a notice of the electronic filing to all counsel of record in this case who have registered for the receipt of documents filed in this manner. *Pro se* intervenor Francisco Cavazos was not served a paper copy pursuant to Criminal Local Rule 40(d) because his address is not available.

Stephanie L. Brooker