**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants.* | No. 1:23-CR-239 (CKK) |

**DECLARATION OF DANIEL M. KETANI**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Daniel M. Ketani, declare as follows:

1. I am counsel for third-party petitioners iFinex Inc. and BFXNA Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Daniel Michael Ketani.

3. I am Of Counsel with the law firm of Gibson, Dunn & Crutcher LLP. My office address is 200 Park Avenue, New York, NY 10166. My telephone number is (212) 351-2685.

4. I am admitted, practicing, and a member in good standing of the Bar of the State of New York (Bar No. 5321013), and am admitted to practice in the following courts:

   - U.S. District Court for the Southern District of New York.
   - U.S. District Court for the Eastern District of New York.
   - U.S. Court of Appeals for the Second Circuit.
   - U.S. Court of Appeals for the Ninth Circuit.
   - U.S. Court of Appeals for the Eleventh Circuit.

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of January 2025 in New York, NY.

_____
Daniel M. Ketani