Case 1:23-cr-00239-CKK   Document 215   Filed 01/17/25   Page 1 of 2
LEAVE TO FILE GRANTED
Judge C. Kollar-Kotelly
Jan 17, 2025
seal personal info

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Criminal No. 23-CR-239 (CKK)

ILYA LICHTENSTEIN, *et al.*

# ANCILLARY PETITION

### INTRODUCTION AND ASSET DESCRIPTION

- Louis Maria Andrea Zuijderwijk is a victim of cryptocurrency theft resulting from the Bitfinex hack.
- On August 2, 2016, Zuijderwijk lost **3.2743 BTC** due to the illicit actions of the defendant I. Lichtenstein.
- The government has since recovered the stolen cryptocurrencies related to the Bitfinex hack.
- Zuijderwijk formally requests the return of his stolen 3.2743 BTC (Bitcoin).

### INTEREST IN PROPERTY

Louis M. A. Zuijderwijk is a victim directly affected by the crimes committed by defendants I. Lichtenstein and H. Morgan. Under the Mandatory Victims Restitution Act, Zuijderwijk is entitled to restitution for his stolen Bitcoins. As the rightful owner of the stolen assets, Zuijderwijk has provided substantial evidence to support this claim, including:

1. A statement from the victim
2. Records of Bitcoin purchases 2013 - 2015
3. Deposits into Bitfinex account and Blockchain tracking
4. Information regarding the 2016 hack and BFX Token Issuance


RECEIVED
Mail Room
JAN 13 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**DECLARATION**

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

Signature: *[signed]*

Name: Louis M. A. Zuijderwijk

Date: 29 DECEMBER 2024

Respectfully submitted,

**Pro Se**

Louis (Maria Andrea) Zuijderwijk
Van Steenwijckplaats 33
2627CR Delft, The Netherlands
Phone: 0031 630022852
le.zuijderwijk@gmail.com
louissls@xs4all.nl