UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants*. | No. 1:23-CR-239 (CKK) |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

I, Trevor Gopnik, am admitted or otherwise authorized to practice in this court. *See* Minute Order, dated February 3, 2025 (granting motion to appear *pro hac vice*). I appear in this case as counsel for iFinex Inc. and BFXNA Inc.

Dated: February 5, 2025

Respectfully submitted,

*/s/ Trevor Gopnik*
Trevor Gopnik
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-6356
Facsimile: (212) 817-9456
TGopnik@gibsondunn.com

*Counsel for iFinex Inc. and BFXNA Inc.*