LEAVE TO FILE GRANTED

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– v –<br><br>ILYA LICHTENSTEIN AND HEATHER MORGAN,<br><br>Defendants. | No. 23-CR-239 (CKK) |

Including the Restitution Brief, and Exhibits A–G
Judge CKollar-Kotelly
Jan 29, 2025

### iFINEX INC. MOTION TO INTERVENE AND REQUEST FOR LEAVE TO APPEAR AS AN INTERESTED PARTY UNDER THE CRIME VICTIM'S RIGHTS ACT AND THE MANDATORY VICTIM RESTITUTION ACT

iFinex Inc. ("Bitfinex" or "iFinex"), through its attorneys Gibson Dunn & Crutcher LLP, hereby moves, pursuant to Fed. R. Crim. P. 60, the Crime Victims' Rights Act, ("CVRA"), 18 U.S.C. § 3771, and the Mandatory Victim Restitution Act ("MVRA"), 18 U.S.C. § 3663A, to intervene in this matter and to request leave to appear as an interested party in this matter, so that Bitfinex may invoke its participatory rights afforded under Fed. R. Crim. P. 60, the CVRA, and the MVRA. On January 16, 2025, Bitfinex filed via email a Notice of Appearance and three Motions to appear Pro Hac Vice. On January 17, 2025, Bitfinex filed via email an Ancillary Petition, pursuant to 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2.

On November 21, 2024, the Court ordered that "[a]ny third parties shall file any Motions to Intervene or Objections on or before January 28, 2025." Order, ECF No. 185. On January 14, 2025, the Government filed its Supplemental Motion Regarding Restitution, ECF No. 202, reiterating its request that the Court grant in-kind restitution of 94,643 Bitcoins to Bitfinex, consistent with Defendants' obligation to pay Bitfinex restitution pursuant to their plea agreements. *See* ECF No. 96 at 9–10. Bitfinex supports the Government's request and seeks to provide the Court with supplemental information regarding Bitfinex's right to restitution and

additional assets that should be subject to in-kind restitution, as requested by the Court in its November 21, 2024 Order. As the direct victim of Defendants' offenses, Bitfinex has a right to be heard under Fed. R. Civ. P. 60, the CVRA, and the MVRA.

Bitfinex respectfully requests that the Court grant its motion to intervene and its request for leave to appear as an interested party pursuant to the Court's November 21, 2024 Order, consistent with Bitfinex's statutory right to be heard during the restitution portion of Defendants' sentencing proceedings. Bitfinex further requests that the Court: (i) enter Bitfinex on the record as an intervenor; and (ii) permit Bitfinex to file on the docket this Motion and accompanying papers in support of and supplemental to the Government's request that the Court order Defendants to provide in-kind restitution to Bitfinex (ECF No. 202).

Dated:  January 28, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: _____
Barry H. Berke (*pro hac vice pending*)
Daniel M. Ketani (*pro hac vice pending*)
Trevor Gopnik (*pro hac vice pending*)
200 Park Avenue
New York, NY 10166-0193
Telephone:   212.351.4000
Facsimile:    212.351.4035
bberke@gibsondunn.com
dketani@gibsondunn.com
tgopnik@gibsondunn.com

Stephanie L. Brooker
D.C. Bar No. 475321
1700 M Street N.W.
Washington, DC 20036
Telephone: (202) 955-8500
sbrooker@gibsondunn.com

*Attorneys for Bitfinex.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion to be filed with the Clerk of Court via email on January 28, 2025, with notice to be made to all counsel of record in this case who have registered for the receipt of documents upon electronic filing. *Pro se* intervenor Francisco Cavazos was not served a paper copy pursuant to Criminal Local Rule 40(d) because his address is not available.

Stephanie L. Brooker