# EXHIBIT C

# Requirements for BFX Token Transfers
As of 8/31/16

---

Tokens have been issued in connection with certain property that was stolen from iFinex Inc. ("**iFinex**") and from BFXNA Inc. (collectively, the "**Bitfinex Group"**) on August 2, 2016 (the "**Losses**"). You can read more about the tokens [here](). A token may be transferred only on notice to, and with the prior consent of, the Bitfinex Group. The Bitfinex Group has determined that a token may be transferred on the following terms with prior notice to the Bitfinex Group:

- A U.S. person may only transfer the token to another iFinex customer, but may not purchase tokens.
- A customer who is not a U.S. person may purchase and transfer tokens without restriction if, in connection with each trade, the customer verifies to the Bitfinex Group's satisfaction that the customer is not a U.S. person.
- To transfer a token to another person, a transferor must assign to the transferee any claims that the transferor has against the Bitfinex Group on account of the Losses.

By transferring a token to another person, all transferors thereby assign to the respective transferees any claims that the transferor has against the Bitfinex Group on account of the Losses.