# EXHIBIT E

# Bitfinex Announces Return of Seized Property to RRT Holders

POSTED ON 06 JUL 2023 IN MEDIA RELEASES

**Road Town, British Virgin Islands, July 6, 2023** Bitfinex, (https://www.bitfinex.com/), a state-of-the-art digital asset trading platform, is pleased to announce that it has received $312,219.71 in cash and 6.917 BCH from the United States Department of Homeland Security (DHS). This is part of Bitfinex's ongoing efforts, working with law enforcement and other investigation agencies, to recover assets stolen from the exchange in August 2016. The U.S. government continues to make progress in prosecuting individuals involved in the Bitfinex security breach and in seizing funds associated with the theft.

The seizure was carried out by U.S. Customs and Border Protection, a law enforcement agency of the DHS. We thank the DHS for their ongoing commitment to recover assets stolen from Bitfinex and returning them to the exchange.

"We are extremely pleased to be able to reach another successful milestone in the recovery of assets stolen from Bitfinex in 2016," **said Paolo Ardoino, Chief Technology Officer, Bitfinex.**

"This specific seizure demonstrates the commitment of law enforcement officials to diligently track all the proceeds of the crime committed against Bitfinex almost seven years ago. We look forward to recovering as much of the stolen bitcoin as we possibly can and redistributing that to holders of the tokens that were issued in

response to the hack in 2016."

Under the terms of Bitfinex's contractual obligations to token holders, these amounts will be used to redeem Recovery Right Tokens (RRTs) issued by Bitfinex following the 2016 security breach. As there are currently 30 million RRTs in circulation, the amount recovered is not sufficient to redeem all RRT tokens. Pursuant to Bitfinex's contractual commitments, all RRT holders must be redeemed at $1, following which up to 80 percent of any remaining recovered assets will be paid to UNUS SED LEO token holders.

RRT holders will have their tokens redeemed pro rata by today, based on the size of their RRT holdings on July 6, 2023 at 12:00.01 am UTC

Bitfinex continues to work with relevant law enforcement agencies and through the judicial system to recover property stolen from the exchange during the security breach.

## About Bitfinex

Founded in 2012, Bitfinex is a digital token trading platform offering state-of-the-art services for traders and global liquidity providers. In addition to a suite of advanced trading features and charting tools, Bitfinex provides access to peer-to-peer financing, an OTC market and margin trading for a wide selection of digital tokens. Bitfinex's strategy focuses on providing unparalleled support, tools, and innovation for experienced traders and liquidity providers around the world. Visit www.bitfinex.com to learn more.

For Press inquiries

press@bitfinex.com



Share    Print page    8 Likes