# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>Defendants. | Case No. 23-cr-239 (CKK) |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

Upon consideration of the Motion to Intervene submitted by five interested third-parties on January 28, 2025 (Hjalmar Peters, Allan Newman, Dolan Harrington, Christian Dressler, and Juergen Lankat) ("Movants"), it is hereby:

ORDERED, that the Movants' Motion to Intervene is GRANTED for purposes of allowing them to intervene as third parties, submit verified ancillary petitions, object to the Government's Supplemental Memorandum Regarding Restitution, and otherwise participate in this case to protect their interests.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE