LEAVE TO FILE GRANTED
Judge CKollar-Kotelly
Jan 29, 2025

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants.*<br><br>\*\*\*\*\*\*\*\*\*\*\*\*<br><br>XYZ INC.<br><br>*Intervenor, Claimant, and Third-Party Petitioner.* | Case No. 23-cr-239 (CKK) |

## APPEARANCE OF AITAN D. GOELMAN FOR THIRD-PARTY INTERVENOR/PETITIONER/CLAIMANT XYZ INC.

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Intervenor, Claimant, and Third-Party Petitioner XYZ Inc.

XYZ Inc. is an entity identified to the Court and the parties that has sought leave to proceed by pseudonym.

Date: January 28, 2025

/s/ Aitan D. Goelman
Aitan D. Goelman (DC Bar 446636)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
AGoelman@zuckerman.com