LEAVE TO FILE GRANTED
Judge Kollar-Kotelly
Jan 29, 2025

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants*.<br><br>*************<br><br>XYZ INC.<br><br>*Intervenor, Claimant, and Third-Party Petitioner*. | Case No. 23-cr-239 (CKK) |

## CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for XYZ Inc.—which has been identified to the Court and parties but is requesting leave to proceed by pseudonym—certify that to the best of my knowledge and belief, there are **no** parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of XYZ Inc. which have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Date: January 28, 2024

Respectfully submitted,

/s/ Christopher R. MacColl
Christopher R. MacColl (DC Bar 1049153)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
CMacColl@zuckerman.com

*Attorney for* XYZ Inc.