# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL AMATO | SAMSON A. ENZER | TELEPHONE: (212) 701-3000 | ALIZA R. LEVINE | NIKOLAS X. RODRIGUEZ |
| DANIEL R. ANDERSON | JAMES Z. FANG | WWW.CAHILL.COM | JOEL H. LEVITIN | PETER J. ROONEY |
| PETER J. ARMENIO | GERALD J. FLATTMANN JR. | _____ | MARK LOFTUS | MATTHEW E. ROSENTHAL |
| HELENE R. BANKS | KIERSTEN A. FLETCHER | | JOHN MacGREGOR | THORN ROSENTHAL |
| ANIRUDH BANSAL | HELENA S. FRANCESCHI | 1990 K STREET, N.W. | MICHAEL MAKHOTIN | TAMMY L. ROY |
| LANDIS C. BEST | JONATHAN J. FRANKEL | WASHINGTON, DC 20006-1181 | TRISTAN E. MANLEY | ANDREW SCHWARTZ |
| CHRISTOPHER BEVAN | SESI GARIMELLA | (202) 862-8900 | BRIAN T. MARKLEY | DARREN SILVER |
| BROCKTON B. BOSSON | ARIEL GOLDMAN | | MEGHAN N. McDERMOTT | JOSIAH M. SLOTNICK |
| DONNA M. BRYAN | PATRICK GORDON | 221 W. 10th STREET, 3rd FLOOR | EDWARD N. MOSS | RICHARD A. STIEGLITZ JR. |
| SARAH W. CHEN | JASON M. HALL | WILMINGTON, DE 19801 | JOEL MOSS | GREGORY STRONG |
| EMEKA C. CHINWUBA | STEPHEN HARPER | (302) 884-0000 | NOAH B. NEWITZ | SEAN R. TIERNEY |
| JAMES J. CLARK | CRAIG M. HOROWITZ | | EDWARD C. O'CALLAGHAN | AMIT TREHAN |
| CHRISTOPHER W. CLEMENT | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | JULIANA OBREGON | HERBERT S. WASHER |
| ANDREW COCHRAN | COLLEEN TRACY JAMES | 20 FENCHURCH STREET | JAVIER ORTIZ | FRANK WEIGAND |
| LEWIS RINAUDO COHEN | DAVID G. JANUSZEWSKI | LONDON EC3M 3BY | DAVID R. OWEN | MILES C. WILEY |
| AYANO K. CREED | BRIAN S. KELLEHER | +44 (0) 20 7920 9800 | JOHN PAPACHRISTOS | PETER G. WILLIAMS |
| SEAN M. DAVIS | ANDREW R. KELLY | | LUIS R. PENALVER | DAVID WISHENGRAD |
| STUART G. DOWNING | RICHARD KELLY | _____ | SHEILA C. RAMESH | C. ANTHONY WOLFE |
| MICHAEL A. DVORAK | JOEL KURTZBERG | WRITER'S DIRECT NUMBER | MICHAEL W. REDDY | ELIZABETH M. YAHL |
| ADAM M. DWORKIN | TED B. LACEY | | OLEG REZZY | |
| ANASTASIA EFIMOVA | ANDREW E. LEE | (212) 701-3125 | THOMAS ROCHER * | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |

February 7, 2025

**VIA ECF**

The Honorable Colleen Kollar-Kotelly
United States District Court
District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001

    Re:  ***Case No. 1:23-cr-00239 – Defendants' Response to Government's Proposal as to Forfeiture & Restitution***

Dear Judge Kollar-Kotelly:

  As Your Honor is aware, we are counsel to Ilya Lichtenstein and Heather Morgan in the above-referenced matter. We write in response to the Government's Supplemental Motion Regarding Restitution (ECF No. 202) and Response to the Court's January 28, 2025 Order (ECF No. 220), which seek an order (1) returning to Bitfinex as in-kind restitution the approximately 95,000 Bitcoin recovered by the government from the Bitfinex Hack Wallet, as well as the Bitcoin Cash, Bitcoin Satoshi Vision, and Bitcoin Gold amounts generated from several hard forks, and (2) forfeiting all other assets contained in the Corrected Second Amended Attachment A (ECF No. 195), on the understanding that third-party claimants may assert claims to such property in an ancillary forfeiture proceeding. We have conferred with the government and understand that under its proposal, the defendants will not be subject to any additional restitution obligations, and instead restitution will be satisfied by the assets already forfeited from the defendants. On that understanding, the defendants do not object to the government's proposal. In the event the Court grants the government's request, the defendants further respectfully request that they be excused from further proceedings in this matter, including the restitution hearing scheduled for February 21, 2025.

  We remain available to address any additional questions the Court may have.

-2-

                                                Respectfully submitted,

                                                */s/ Samson A. Enzer*

                                                **CAHILL GORDON & REINDEL LLP**
Samson A. Enzer
Kiersten A. Fletcher
Jason M. Ecker
32 Old Slip
New York, NY 10005
(212) 701-3125

*Attorneys for Ilya Lichtenstein*

*/s/ Eugene Gorokhov*

**BURNHAM & GOROKHOV, PLLC**
Eugene Gorokhov (D.C. Bar No.979785)
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920
eugene@burnhamgorokhov.com

*Attorney for Heather Morgan*