**LEAVE TO FILE GRANTED**
*Judge Kollar-Kotelly 2/14/25*

This is to be docketed as a public version of ECF [200] redacting Account Information.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ILYA LICHTENSTEIN and HEATHER MORGAN, et al.,

Defendants.

CRIMINAL NO. 23-cr-239 (CKK)

# ANCILLARY PETITION OF FRANCISCO CAVAZOS PURSUANT TO 21 U.S.C. § 853(n)(2) and (3)

**Francisco Cavazos** ("Petitioner"), proceeding pro se, hereby submits this ancillary petition pursuant to 21 U.S.C. § 853(n)(2) and Federal Rule of Criminal Procedure 32.2(c), asserting a superior legal interest in specific property subject to forfeiture in this action.

## I. INTRODUCTION AND PRELIMINARY STATEMENT

1. Petitioner is a victim of the Bitfinex cryptocurrency exchange hack on August 2, 2016, in which criminals stole **14.994 Bitcoin ("BTC")** from his account.

2. The stolen BTC has been recovered by the government and is currently subject to forfeiture, as evidenced by transaction hash ▓▓▓▓▓▓▓▓▓▓ in the Corrected Second Amended Attachment A.

3. Petitioner files this timely petition to assert his superior interest in the 14.994 BTC, pursuant to his rights under the **Crime Victims' Rights Act ("CVRA")**, 18 U.S.C. § 3771, and the **Mandatory Victims Restitution Act ("MVRA")**, 18 U.S.C. § 3663A.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction over this ancillary proceeding pursuant to **21 U.S.C. § 853(n)(2)** and **28 U.S.C. § 1331**.

5. Venue is proper under **21 U.S.C. § 853(l)** as the forfeiture proceedings are pending in this district.

6. This petition is timely filed within thirty (30) days of receiving notice of the forfeiture, as required by **21 U.S.C. § 853(n)(2)**.

## III. STANDING

7. Petitioner has standing to contest the forfeiture as:
   a) An **owner** with a superior legal interest under **21 U.S.C. § 853(n)(6)(A)**; and

   b) A **victim** entitled to mandatory restitution under **18 U.S.C. § 3663A**.

## IV. STATEMENT OF FACTS

### A. Original Ownership and Loss

8. On **June 13, 2016**, Petitioner deposited **20.9 BTC** into his Bitfinex account.

9. Petitioner's ownership is documented through:
   a) Coinbase transaction receipts;

   b) Bitfinex account records;

   c) Blockchain records;

   d) IRS Form 3949-A filed in 2016; and

   e) Bitcoin flow visual showing movements from Mr. Cavazos's Bitcoin wallet to the government

10. On **August 2, 2016**, criminals hacked Bitfinex and stole **14.994 BTC** from Petitioner's account and Bitcoin wallet, valued at approximately **$10,000** at the time.

## B. Government Recovery and Current Status

11. In **February 2022**, the Federal Bureau of Investigation seized approximately **94,643 BTC** from defendants' online storage accounts.

12. The seizure included Petitioner's stolen **14.994 BTC**, as verified by transaction hash and court documents.

13. The stolen BTC remained identifiable, dormant, and traceable through **blockchain analysis** from the time of theft until recovery.

14. The current value of Petitioner's **14.994 BTC** is approximately **$1.7 million**

---

## V. EVIDENCE AND EXHIBITS

15. Petitioner has submitted the following:

    - **EXHIBIT 1:** Blockchain Analysis Report;
        - Gives Blockchain analysis report confirming continuous chain of custody
        - FBI Seizure Transaction hash verification

    - **EXHIBIT 2:** Bitfinex Account Documentation
        - June 13, 2016 deposit of **20.9 BTC** six weeks before hack
    - **EXHIBIT 3:** Coinbase Tax and Regulatory Compliance Records showing deposits to Bitfinex weeks before the hack
    - **EXHIBIT 4:** Victim Impact Statement
    - **EXHIBIT 5:** Evidence that BFX tokens are not sufficient compensation under U.S. law.

## VI. LEGAL ARGUMENT

### A. Superior Interest Under 21 U.S.C. § 853(n)(6)(A)

16. Petitioner's ownership interest in the 14.994 BTC is superior because:

    a) His ownership **predates** the theft (June 13, 2016);

    b) The BTC remained **specifically identifiable** through blockchain analysis; and

    c) Government records confirm the BTC was **seized directly** from defendants.

### B. Statutory Rights Under CVRA

17. Under the **Crime Victims' Rights Act (18 U.S.C. § 3771)**, Petitioner is entitled to:
    a) **Full restitution** (§ 3771(a)(6));

    b) The right to be **heard** (§ 3771(a)(4));

    c) Proceedings **free from delay** (§ 3771(a)(7)); and

    d) **Fair treatment** throughout the process (§ 3771(a)(8)).

### C. Mandatory Restitution Under MVRA

18. The **Mandatory Victims Restitution Act** requires restitution to victims in the full amount of their loss.

19. The BFX tokens issued by Bitfinex do not negate Petitioner's restitution rights because:
    a) The MVRA prohibits consideration of **alternative compensation** including token issuance when analysing restitution for victims (§ 3664(f)(1)(B));

    b) BFX tokens were issued **without victim consent**; and

    c) The tokens were **inadequate** compensation under federal law and having been issued unilaterally.

---

## VII. PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Court:

A. **Recognize** Petitioner's superior interest in the **14.994 BTC**;

B. **Amend** the forfeiture order to exclude Petitioner's property;

C. **Order the return** of the 14.994 BTC to Petitioner; and

D. Grant such other relief as the Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

**Respectfully submitted,**

Date 12/30/2024

*Francisco Cavazos*

Francisco Cavazos
Pro Se Victim-Movant
Frankiecavazos@outlook.com
Denton, Texas
(817) 689-3183

**CERTIFICATE OF SERVICE**

I hereby certify that on 12/17/2024, I electronically filed the foregoing with the Clerk of Court and

**Rick Blaylock Jr.** Assistant United States Attorney

**Christopher B. Brown** Special Assistant United States Attorney

**Jessica Peck** Trial Attorney, DOJ

## Appendix of Evidence

1. **Bitcoin Flow Visualizations** (*Exhibit-1.pdf*): Traces the flow of stolen funds to verify ownership of **14.994 BTC**.

2. **Bitfinex Deposit History** (*Exhibit-2.pdf*): Provides transaction logs tied to the stolen BTC.

3. **Coinbase Tax Document** (*Exhibit-3.pdf*): Confirms tax compliance and ownership of

stolen BTC.
4. **Victim Impact Statement** (*Exhibit-4.pdf*): Outlines the financial and emotional toll of the crime.
5. **Bitfinex U.S Investor Discrimination** (*Exhibit-5.pdf*): Screenshot of Bitfinex actions against U.S investors and customers.

---