LEAVE TO FILE GRANTED
Judge CKollar-Kotelly 2/14/25

*[Handwritten annotations: "Judge C Kollar-Kotelly Jan 29, 2025. This is to be docketed as public redacted version of [238] protecting confidential account information"]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ILYA LICHTENSTEIN, et al.,

Defendants.

CRIMINAL NO. 23-cr-239 (CKK)

# MOTION TO INTERVENE

COMES NOW Rafal Bielenia, proceeding Pro Se, ("Movant"), filing this Motion to Intervene in objection to the Department of Justice's ("DOJ") suggestion that Bitfinex should receive 94,643.29837084 Bitcoin in voluntary restitution, as proposed in the "GOVERNMENT'S SUPPLEMENTAL MOTION REGARDING RESTITUTION" filed on January 14, 2025.

## BACKGROUND

1. On August 2, 2016, I was the victim of the Bitfinex hack. As a Bitfinex accountholder, 91.67763972 Bitcoin were unlawfully taken from my own segregated wallet (address:
2. The unauthorized transfer occurred when the hacker transferred all Bitcoin from my wallet to their wallet (address: through transaction
3. On August 7, 2016, Bitfinex's official representative, Zane Tackett, published a list of affected wallets on Reddit, which included my wallet address.

## SEIZURE AND CUSTODY

4. On February 1, 2022, the Internal Revenue Service ("IRS") seized the stolen Bitcoin from the hacker's wallet and transferred them to a DOJ-controlled wallet (address: transaction
5. This transaction is documented in the "Corrected Second Amended Attachment A_23cr239," received from the DOJ with the "Notice of Criminal Forfeiture Action regarding U.S. v. Ilya Lichtenstein, et al., 1:23-CR-00239-CKK" on December 17, 2024, under Seizure Number 22-IRS-000070.

## PARTIAL COMPENSATION AND OUTSTANDING CLAIM

6. On August 10, 2016, Bitfinex provided partial compensation of 58.61226540 Bitcoin and $4,869.53. However, I remain uncompensated for 33.06537432 Bitcoin of my original holdings.

## PROCEDURAL HISTORY

7. In response to the notice published on the DOJ's Large Cases website on October 31, 2024, I submitted a "Statement about the impact of the offense Case No. 23-CR-239," identifying myself as a victim and detailing the impact. This statement was presented to the Court on November 14, 2024.
8. Following receipt of the criminal forfeiture action notice on December 17, 2024, I filed a Petition for Remission on January 3, 2025, signed under penalty of perjury, providing conclusive evidence of my rightful ownership of the uncompensated 33.06537432 Bitcoin and my status as an innocent victim of the hack.

## LEGAL POSITION

9. Having determined that I am not a victim of money laundering under the Mandatory Victim Restitution Act and that the forfeiture process was lawful, I elected not to file an Ancillary Petition contesting the forfeiture. Instead, I chose to assert my rights through the Petition for Remission, for which confirmation is attached.

## CONCLUSION

WHEREFORE, I respectfully request that this Court deny the proposed voluntary restitution of 94,643.29837084 Bitcoin to Bitfinex, as this would constitute unjust enrichment at my expense. The seized Bitcoin includes assets for which Bitfinex is not the rightful owner, including my uncompensated portion of 33.06537432 Bitcoin.

## ATTACHMENTS

The following documents are attached in support of this Motion:

1. Confirmation of Petition for Remission filing (Tracking Number: 249Y-F05-2A7-D1C, dated January 3, 2025)
    - All supporting evidence for the claims made in this Motion, including blockchain transaction records, wallet ownership verification, and compensation documentation, has been submitted as attachments to the Petition for Remission
    - The Petition was signed under penalty of perjury pursuant to 28 U.S.C. § 1746
2. Notice of Criminal Forfeiture Action regarding U.S. v. Ilya Lichtenstein, et al., 1:23-CR-00239-CKK (dated December 17, 2024)
3. Statement about the Impact of the offense Case No. 23-CR-239 (filed November 2, 2024)

## CERTIFICATE OF SERVICE

I, Rafal Bielenia, hereby certify that on January 17, 2025, a true and correct copy of the foregoing document was served upon the following individuals by the methods indicated below:

**CAHILL GORDON & REINDEL LLP**
- **Anirudh Bansal**
  32 Old Slip, New York, NY 10005
  Email: abansal@cahill.com
- **Angela F. Collins**
  1990 K Street, N.W., Suite 950, Washington, DC 20006
  Email: acollins@cahill.com
- **Jason Michael Ecker**
  32 Old Slip, New York, NY 10005
  Email: jecker@cahill.com
- **Samson Enzer**
  32 Old Slip, New York, NY 10005
  Email: SEnzer@cahill.com
- **Kiersten A. Fletcher**
  32 Old Slip, New York, NY 10005
  Email: kfletcher@cahill.com

**U.S. DEPARTMENT OF JUSTICE**
- **Rick E. Blaylock, Jr.**
  601 D Street, NW, Washington, DC 20004
  Email: rick.blaylock.jr@usdoj.gov

- **Christopher Brodie Brown**
  DOJ-Nsd, 950 Pennsylvania Avenue NW, Ste 6744a, Washington, DC 20530
  Email: Christopher.Brown8@usdoj.gov
- **Jessica Peck**
  1301 New York Ave NW, Suite 655, Washington, DC 20005
  Email: jessica.peck@usdoj.gov
- **Catherine Pelker**
  950 Pennsylvania Ave NW, Washington, DC 20530
  Email: catherine.pelker@usdoj.gov
- **Jolie Zimmerman**
  U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
  555 Fourth Street, NW, Washington, DC 20530
  Email: jolie.zimmerman@usdoj.gov

**METHOD OF SERVICE**

The foregoing document was served via email to the parties listed above.
Executed: January 17, 2025.

**Respectfully submitted,**

*Rafał Bielenia*

*Signature*
Rafał Bielenia
Pro Se Movant
Armii Krajowej 4/32
15-661 Białystok, Poland
Email: rafal@bielenia.pl
Dated: January 17, 2025