UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*LEAVE TO FILE GRANTED*
*Judge CKolla- [initials] 2/14/25*

UNITED STATES OF AMERICA

v.                                            Criminal No. 23-CR-239 (CKK)

ILYA LICHTENSTEIN, et al.

MOTION TO PARTICIPATE IN HEARING

Jonas Paasch, an interested party and [pending] petitioner, respectfully requests the Court for permission and guidance to participate in the hearing scheduled for February 21, 2025 via Zoom. I seek to assist the Court and to assert the victims' rights, including mine.

Thank you for your valuable time and consideration.
Respectfully submitted,

*[signature]*

Pro Se Victims' Representative
Jonas Paasch
jonas-paasch@proton.me
Phone: 0017735414671
700 Dovercourt Dr Unit 31 #163
Winnipeg, MB R3Y 1X5 Canada

**CERTIFICATE OF SERVICE**

I, Jonas Paasch, hereby certify that on this 11th day of February, 2025, a true and correct copy of the foregoing document was served upon the following individuals by the methods indicated:

**MOVANTS:**
    **Hjalmar Peters, Allan Newman, Dolan Harrington,**
    **Christian Dressler, Juergen Lankat**
    **James Donald Sadowski** (Designation Retained)    jds@gdllaw.com

**INTERVENORS**
    **JOHN DOE**
    1. **David Bitkower**    (Designation Retained)    dbitkower@jenner.com
    **XYZ INC,**
    1. **Aitan D. Goelman**    (Designation Retained)    agoelman@zuckerman.com
    2. **Christopher R MacColl**  (Designation Retained)    cmaccoll@zuckerman.com

    **Louis (Maria Andrea) Zuijderwijk**
        louissls@xs4all.nl, le.zuijderwijk@gmail.com

    **Francisco Cavazos**
        FrankieCavazos@outlook.com

    **Rafal Bielenia**    rafal@bielenia.pl

**U.S. DEPARTMENT OF JUSTICE**
    1. **Rick E. Blaylock, Jr.**    rick.blaylock.jr@usdoj.gov
    2. **Christopher Brodie Brown**  Christopher.Brown8@usdoj.gov
    3. **Jessica Peck**    jessica.peck@usdoj.gov
    4. **Catherine Pelker**    catherine.pelker@usdoj.gov
    5. **Jolie Zimmerman**    jolie.zimmerman@usdoj.gov

**CAHILL GORDON & REINDEL LLP**
    1. **Anirudh Bansa**    abansal@cahill.com
    2. **Angela F. Collins**    acollins@cahill.com
    3. **Jason Michael Ecker**    jecker@cahill.com
    4. **Samson Enzer**    SEnzer@cahill.com
    5. **Kiersten A. Fletcher**    kfletcher@cahill.com

METHOD OF SERVICE
The foregoing document was served via email.