IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v.                                                               )<br>)<br>)<br>HEATHER MORGAN.                        )<br>_____) | 23cr239-CKK |

### CONSENT MOTION TO DISCHARGE BOND OBLIGATIONS
### AND RELEASE SECURITY

    Defendant Heather Morgan, through counsel, respectfully asks this Court to discharge Ms. Morgan's bond obligations and release the appearance bond entered on February 16, 2022. In support of this motion, Ms. Morgan states as follows:

    On February 16, 2022, the Honorable Beryl A. Howell entered conditions of release. Ms. Morgan reported to serve her sentence on February 4, 2025. The Court required Ms. Morgan to abide by certain conditions of pretrial release, and post an appearance bond of $3,000,000, secured by property located in Tehama, California. *US v. Morgan*, 22MJ22-RMM, ECF 24-1. The order states that "the bond will be satisfied and the security released when . . . the defendant reports to serve a sentence." *Id*. at 2. Accordingly, we respectfully ask the Court to release the security.

WHEREFORE, for all of these reasons, Ms. Morgan respectfully asks this Court to discharge her bond obligations and release the security set forth in the foregoing order.

Respectfully submitted,

By: /s/ Eugene Gorokhov
Eugene Gorokhov (D.C. Bar No. 979785)
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
Telephone: (202) 386-6920
eugene@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused this motion to be served upon counsel for the government by email.

/s/ Eugene V. Gorokhov
Counsel for Ms. Morgan