IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | |
| v. | ) | 23cr239-CKK |
| | ) | |
| | ) | |
| HEATHER MORGAN. | ) | |
| | ) | |

**ORDER**

This matter comes before the Court on Ms. Morgan's consent motion to bond obligations and release the appearance bond entered on February 16, 2022.

Ms. Morgan reported to the Bureau of Prisons on February 4, 2025 to serve her sentence. Accordingly, it is hereby ORDERED that Ms. Morgan bond obligations should be discharged.

It is further ORDERED that the property located in Tehama, California, which has been posted as a security for her appearance bond, is should be and hereby is released.

So Ordered on _____.

_____
United States District Court
Washington, DC