# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 23-cr-239 (CKK)** |
| : | |
| **ILYA LICHTENSTEIN,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME

The United States of America, by and though the United States Attorney for the District of Columbia, respectfully moves for a further extension of time to consolidated response to the Court's February 10, 2025 Order and to the motions to intervene in the restitution proceeding filed by third-party petitioners from Friday, February 21, 2025 until 9:00 a.m. on Monday, February 24, 2025. The government has continued to communicate with third-party petitioners regarding restitution throughout this week. In order to facilitate the government's review and consultation with supervisors, the government respectfully asks for an extension until the morning of the next business day, February 24, 2025, to submit its consolidated response.

                Respectfully submitted,
                EDWARD MARTIN JR.
                UNITED STATES ATTORNEY
                D.C. Bar No. 481866

BY:    */s/ Christopher B. Brown*
                Christopher B. Brown, D.C. Bar No. 1008763
                Special Assistant United States Attorney
                Rick Blaylock Jr., Texas Bar No. 24103294
                Assistant United States Attorney
                U.S. Attorney's Office for the District of Columbia
                601 D Street, N.W.
                Washington, DC 20530
                (202) 353-0018 (Brown)
                (202) 252-6765 (Blaylock)
                Christopher.Brown8@usdoj.gov
                Rick.Blaylock.Jr@usdoj.gov

                */s/ Jessica Peck*
                Jessica Peck, N.Y. Bar Number 5188248
                C. Alden Pelker, Maryland Bar
                Trial Attorneys, U.S. Department of Justice
                Computer Crime & Intellectual Property Section
                1301 New York Ave., N.W., Suite 600
                Washington, D.C. 20005
                (202) 353-9455 (Peck)
                (202) 616-5007 (Pelker)
                Jessica.Peck@usdoj.gov
                Catherine.Pelker@usdoj.gov