UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 23-cr-239 (CKK)** |
| | : | |
| **ILYA LICHTENSTEIN**, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the Government's Second Motion for Extension of Time, it is hereby

ORDERED, that the deadline for the government's consolidated response to the Court's February 10, 2025 Order and to the motions to intervene in the restitution proceeding filed by third-party petitioners is continued from Friday, February 21, 2025 until 9:00 a.m. on Monday, February 24, 2025.

Dated this _____ day of _____, 2025.

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE