UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEAVE TO FILE GRANTED
Judge CKolla-Kotelly 2/21/25

UNITED STATES OF AMERICA,

v.

ILYA LICHTENSTEIN, et al.,

Defendants.

Case No. 23-cr-00239 (CKK)

## MOTION TO INTERVENE OF CHARLES REED VENTURELLA

Movant Charles Reed Venturella ("Movant"), by and through his undersigned counsel, respectfully submit this motion to intervene pursuant to Fed. R. Civ. P. 24(a)(2) and Local Criminal Rule 57.6.

1. On or about August 2, 2016, as a result of the hacking of Bitfinex and money laundering scheme perpetrated by Defendants Ilya Lichtenstein and Heather Morgan, Movant lost Bitcoin, among other assets.

2. On November 21, 2024, the Court issued an order (the "November 21 Order") scheduling a Restitution Hearing for February 21, 2025, ordering the Government to file its Supplemental Memorandum Regarding Restitution on January 14, 2025 (the "DOJ Memorandum"; ECF No. 202), and ordering any third-parties to file motions to intervene and/or objections to the DOJ Memorandum on or before January 28, 2025. *See* ECF No. 185.

3. On February 10, 2025, the Court issued a Memorandum Opinion and Order requesting additional briefing by the Government (the "Supplemental Government Briefing") on issues relating to restitution and ancillary forfeiture proceedings in this case.

4. On February 11, 2025, the Court issued a minute order adjourning the Restitution Hearing and setting a deadline of February 21, 2025, for the Government to file its Supplemental Government Briefing.

5. On February 14, 2025, the Court issued an order setting the final deadline of February 19, 2025, for the filing of any ancillary petition by third parties, like Movant, who have not previously filed with the Court.

6. Movant requests leave to file the verified ancillary petition annexed hereto as **Exhibit 1** pursuant to 21 U.S.C. § 853(n) for an order determining his interest in property that is subject to forfeiture under the Second Amended Preliminary Order of Forfeiture, entered by this Court on November 14, 2024, ECF. No. 178 (the "Preliminary Forfeiture Order").

7. As further set forth in Movant's verified ancillary petition, Movant has interests in property that is subject to forfeiture under the Preliminary Forfeiture Order and the disposition of this case may as a practical matter impair his ability to protect those interests.

8. Movant hereby joins in the arguments made by other present and former Bitfinex accountholders in their respective motions to intervene and objections (collectively, the "Objections") filed in response to the DOJ Memorandum, including the arguments set forth in ECF No. 230 and the memorandum of law attached as an exhibit thereto.

9. Accordingly, Movant respectfully requests that the Court permit him to intervene in this case, to submit an ancillary petition, and to join the Objections, together with such other and further relief as the Court deems just and proper. A proposed order is annexed hereto as **Exhibit 2**.

Dated: February 19, 2025

GREENSTEIN DELORME & LUCHS, P.C.

By: /s/ *James D. Sadowski*
James D. Sadowski, DC Bar #446635
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: 202.452.1400
Fax: 202.452.1410
Email: JDS@gdllaw.com

*Local Counsel for Charles Reed Venturella*

DAVIS+GILBERT LLP
Joseph Cioffi
H. Seiji Newman
Joel Melendez
Adam Levy
1675 Broadway
New York, NY 10019
212-468-4800
jcioffi@dglaw.com
hnewman@dglaw.com
jmelendez@dglaw.com
alevy@dglaw.com

*Counsel for Charles Reed Venturella*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2025, I sent the foregoing Motion to Intervene and Exhibits by email to dcd_cmecf_cr@dcd.uscourts.gov and that I am sending a copy by email to all persons listed on the docket sheet for the receipt of a Notice of Electronic Filing. I am also emailing a copy to the persons designated as intervenors in the ECF system. *See* email service list below.

Eugene V. Gorokhov: eugene@burnhamgorokhov.com, michael@burnhamgorokhov.com
Angela F. Collins: acollins@cahill.com, MA@cahill.com
Charles Burnham: charles@burnhamgorokhov.com
Christopher Brodie Brown: Christopher.Brown8@usdoj.gov, Angela.De.Falco@usdoj.gov, USADC.CriminalDocket@usdoj.gov, USADC.ECF.Cyber@usdoj.gov, USADC.ECF.Fraud2@usdoj.gov
Kiersten A. Fletcher: kfletcher@cahill.com
Jolie Zimmerman: jolie.zimmerman@usdoj.gov, usadc.docketing@usdoj.gov, usadc.ecfnatsec@usdoj.gov
Catherine Pelker: catherine.pelker@usdoj.gov
Jessica Peck: jessica.peck@usdoj.gov
Anirudh Bansal: abansal@cahill.com
Samson Enzer: SEnzer@cahill.com, MA@cahill.com
Rick E. Blaylock, Jr.: rick.blaylock.jr@usdoj.gov, USADC.CriminalDocket@usdoj.gov, caseview.ecf@usdoj.gov, gtorrestrujillo@usa.doj.gov
Jason Michael Ecker: jecker@cahill.com
Francisco Cavazos: FrankieCavazos@outlook.com
Louis (Maria Andrea) Zuijderwijk: le.zuijderwijk@gmail.com
Stephanie L. Brooker: sbrooker@gibsondunn.com
Jonas Paasch: jonas-paasch@proton.me
Rafal Bielenia: rafal@bielenia.pl
Pablo Garcia Illescas: Lmusa@dfllp.com

/s/ James D. Sadowski
James D. Sadowski