UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>Defendants. | Case No. 23-cr-239 (CKK) |

### [Proposed] ORDER

Upon consideration of the Motion to Intervene submitted on February 19, 2025 (ECF No. ____) by interested third-party Charles Reed Venturella ("Movant"), it is hereby:

ORDERED that Movant's Motion to Intervene is GRANTED for purposes of allowing Movant to intervene as a third party, to submit a verified ancillary petition, to object to the Government's Supplemental Memorandum Regarding Restitution, and to otherwise participate in this case to protect Movant's interests.

COLLEEN KOLLAR-KOTELLY<br>
UNITED STATES DISTRICT JUDGE