UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>Defendants. | Case No. 23-cr-239 (CKK) |

### [Proposed] ORDER

Upon consideration of the Motion for Leave to File Motion to Intervene and Ancillary Petition Pseudononumously and Partially Under Seal, it is hereby ORDERED that Movants motion is GRANTED and Movants' Motion to Intervene and Ancillary Petition shall be and remain SEALED; and it is

FURTHER ORDERED that Movants must file partially redacted versions of their Motion to Intervene and Ancillary Petition by _____, 2025; and it is

FURTHER ORDERED that any future filings by Movants that are publicly filed may be filed using the pseudonyms "Tom Doe" and "Company Doe"; and it is

FURTHER ORDERED that Movants may proceed with their Ancillary Petition and any other filings using the pseudonym "Tom Doe" and "Company Doe." To the extent their filings incorporate any real names or other personal identifying information or specific account and asset information, that information shall be redacted from the public filing with an unredacted copy filed under seal.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE