UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v –<br><br>ILYA LICHTENSTEIN AND HEATHER MORGAN,<br><br>          Defendants. | No. 23-CR-239 (CKK) |

**MOTION FOR LEAVE TO FILE SUR-REPLY**

Interested Party iFinex Inc. ("Bitfinex"), through its attorneys Gibson Dunn & Crutcher LLP, hereby moves for leave to file a sur-reply of no more than ten pages in response to the newly raised arguments in the Government's recently filed restitution reply brief. ECF No. 262. On November 21, 2024, the Court issued an Order setting a briefing schedule for restitution. ECF No. 185. In response, the Government filed a Supplemental Motion Regarding Restitution recommending that the Court award in-kind restitution to Bitfinex of 94,636 Bitcoins and related assets. ECF No. 202. Bitfinex then filed its response in support of the Government's position. ECF No. 229-1. It also appears that approximately fourteen third parties have recently filed or joined responses to the Government and Bitfinex's filings, some of which remain under seal. On February 10, 2025, the Court ordered the Government to submit briefing addressing three questions related to restitution. ECF No. 247. On February 23, 2025, the Government submitted its reply and also responded to the three questions identified by the Court. ECF No. 262. In that reply brief, the Government maintained that the Court could award in-kind restitution to Bitfinex alone, but it changed its position to recommend that the Court decline to award restitution at all.

*Id*. at 2-4.

Bitfinex respectfully requests that the Court permit Bitfinex to respond to the new arguments raised by the Government on reply and grant Bitfinex's Motion for Leave to File Sur-Reply. In instances like the present, where arguments are raised for the first time on reply, courts in this district routinely grant leave to file a sur-reply. *See, e.g., Health All. Hosps., Inc. v. Burwell*, 130 F. Supp. 3d 277, 283 n.1 (D.D.C. 2015) (Kollar-Kotelly, J.); *Pao Tatneft v. Ukraine*, 17-cv-582 (CKK), 2021 WL 6753455, at *2 (D.D.C. Jan. 11, 2021). Should the Court grant Bitfinex's request, Bitfinex will file its sur-reply within one day of the Court's order, or at such other time that the Court deems appropriate.

A Proposed Order is attached hereto as Exhibit A.

Dated:  March 3, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Stephanie Brooker*
Barry H. Berke (admitted *pro hac vice*)
Daniel M. Ketani (admitted *pro hac vice*)
Trevor Gopnik (admitted *pro hac vice*)
200 Park Avenue
New York, NY  10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035
bberke@gibsondunn.com
dketani@gibsondunn.com
tgopnik@gibsondunn.com

Stephanie L. Brooker
D.C. Bar No. 475321
1700 M Street N.W.
Washington, DC 20036
Telephone:  202.955.8500
sbrooker@gibsondunn.com

*Attorneys for Bitfinex*