# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v –<br><br>ILYA LICHTENSTEIN AND HEATHER MORGAN,<br><br>Defendants. | No. 23-CR-239 (CKK) |

**[PROPOSED] ORDER GRANTING BITFINEX'S MOTION FOR LEAVE TO FILE SUR-REPLY**

Upon consideration of Bitfinex's Motion for Leave to File Sur-Reply it is hereby **ORDERED** that:

Bitfinex's Motion for Leave is **GRANTED**; and that,

Bitfinex shall file any sur-reply to ECF No. 262, which shall not exceed ten pages, by no later than _____.

**SO ORDERED**, this _____ day of _____ 2025.

_____
The Honorable Judge Collen Kollar-Kotelly
United States District Court for the District of Columbia