NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                             Criminal Number  1:23-cr-239 (CKK)

ILYA LICHTENSTEIN and HEATHER RHIANNON MORGAN
               (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR INTERVENOR AND PETITIONER "AH-1" IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/s/ David W.T. Daniels
*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

David W.T. Daniels; 457524
*(Attorney & Bar ID Number)*

Perkins Coie LLP
*(Firm Name)*

700 Thirteenth Street NW, Suite 800
*(Street Address)*

Washington, DC 20005
*(City)          (State)          (Zip)*

202-654-6364
*(Telephone Number)*