## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants*.<br><br>*************<br><br>XYZ INC.<br><br>*Intervenor, Claimant, and Third-Party Petitioner.* | Case No. 23-cr-239 (CKK) |

**[PROPOSED] ORDER GRANTING XYZ'S MOTION TO WITHDRAW EXHIBIT A TO ITS MOTION TO INTERVENE AND OBJECTION**

WHEREAS XYZ, proceeding by pseudonym, has moved to withdraw Exhibit A to its Sealed Motion to Intervene and Objection to Proposed Restitution Order, ECF No. 231-2;

XYZ's Motion is **GRANTED**;

Leave and direction to file Exhibit A to XYZ Inc.'s Sealed Motion to Intervene and Objection to Proposed Restitution Order, ECF No. 231-2 is rescinded. This Order does not affect the status of other materials submitted by XYZ, or the government's right(s) or obligation(s) to retain or consider the exhibit.

**SO ORDERED.**

_____
United States District Judge