The Wayback Machine - https://web.archive.org/web/20161103084718/https://www.bitfinex.com/bfx_token_terms

**Please Confirm**

[Okay](#) [Okay](#) [Cancel](#)
[Close](#)



- [FEATURES](#)
- [SECURITY](#)
- [CAREERS](#)
- [MORE](#)
  - [HOW IT WORKS](#)
  - [MARKET STATISTICS](#)
  - [SUPPORT & FAQ](#)
  - [ANNOUNCEMENTS](#)
  - [CHANGE LOG](#)
  - [CONTACT US](#)

- [Market Statistics](#)
- [Security](#)
- [How it works](#)
- [Features](#)
- [Announcements](#)
- [Change Log](#)
- [Contact Us](#)

LOG IN [USERNAME CLEF SIGN UP](#)

# Log in

**Important!**: Please check that you are visiting https://www.bitfinex.com



[_____] Username or Email
[_____] Password

[Log in] [Cancel](#)
[No account yet? Sign up](#)
[Forgot your password?](#)

# Log In Using Clef

Loading Clef...

Clef is secure two-factor auth with no passwords or tokens. **[Learn More & Get Connected](#)**

# Two-Factor Authentication

[Need some help?](#)

# Sign up

[_____] Username

[                    ] Email address
[                    ] Password
[                    ] Confirm password
[                    ] Referrer code

Enter the code given by your referrer, and get a 10% discount on your trading fees for the first 30 days. (Optional.)

Timezone
[ (GMT+00:00) UTC        ▼ ]

**Default currency for fees**
Your default currency to deduct fees from (for margin trading, and exchange depending on Exchange fee setting)

○ Dollar

○ Bitcoin

**Terms & Conditions** By signing up on Bitfinex, you agree to our
Terms & Conditions and Anti-Spam Policy
[ Open Account ] Cancel

## What is Clef?

Clef is a new take on two-factor authentication. It makes logging in easier and more secure.

- **Secure:** Prevents key-logging and "fishing" attacks
- **Fast:** No need to type in username, password and two-factor tokens
- **Fun:** Point your phone at the waveform, and you're in.
- **Trusted:** Used by over 100,000 sites.

Learn more about Clef & Bitfinex

Ready to get started? **Log in normally** and go to **Security > Two-Factor Authentication** to configure Clef.

## BFX Token Terms

As you may know, certain property was stolen from iFinex Inc. and from BFXNA Inc. (collectively, the "**Bitfinex Group**") on August 2, 2016 (the "**Losses**"). Since then, the Bitfinex Group has been engaged in concerted efforts to stop the theft; investigate the security breach; secure all property within the Bitfinex.com platform; and co-ordinate with international law enforcement to identify the guilty parties, trace the property, and make recovery efforts for the benefit of our customers.

The Losses have been allocated ratably among Bitfinex Group customers with Bitfinex custody accounts in an effort to as closely as possible mirror what the Bitfinex Group considers would happen if it were placed into liquidation and its property distributed to its creditors. A pro rata share of the Losses is reflected in your account balance. In an effort to address your portion of the Losses, the Bitfinex Group is committing to deploy its efforts to make you whole to the extent of the full amount of your pro rata portion of the Losses.

To demonstrate this commitment, the Bitfinex Group is crediting to your account a token evidencing a limited-recourse, contingent obligation of the Bitfinex Group. The token is a notional credit, is dependent on the Bitfinex Group's recovery of Losses, and is subordinated to any claims against the Bitfinex Group not related to the Losses. Recovery may include any of the following: recovery of stolen property; funds raised in one or more financings; and available cash from ongoing operations. The token has been issued to you without reduction of or other release or waiver of any claims you may have against the Bitfinex Group. Similarly, the Bitfinex Group has not waived any claims or defences it may have under the Terms of Use or otherwise should you choose to assert any claims independent of the token. The obligation evidenced by the token bears no interest and is not entitled to dividends, distributions, or other income amounts of any kind. The token is intended to be redeemed to the extent of its ratable share of the recoveries and may in any event at any time be redeemed by the Bitfinex Group at the Bitfinex Group's sole option for its face value less the amount of any prior redemptions.

The token and your rights pursuant thereto may not be assigned except with notice to, and the prior consent of, the Bitfinex Group, on terms to be determined by the Bitfinex Group. Additional information about requirements for BFX token transfers.

Features Exchange Trading
Margin Trading

Margin Funding
Deposit
Withdraw
Manage Wallets

Support
Support & FAQ
Explore Mobile App
Features
Integrations
Market Statistics
Security
How it works
Our fees

Utility API Keys
API Documentation
Integrations
Full Order Book
Full Funding Book
Trades History
Funding Trades History

News & Discussion Announcements
Change Log
Twitter @bitfinex
Status Page
Blog

Contact
Contact Us
Careers 1 Legal Terms of Service
BFX Token Terms
Risk Disclosure Statement
Privacy Policy
Law Enforcement Request Policy
Anti-Spam Policy

Language English
русский
中文 (繁體)

Copyrights © 2013 - 2016 Bitfinex