UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>ILYA LICHTENSTEIN, *et. al.*,<br><br>    *Defendants,*<br><br>and<br><br>JOHN DOE<br><br>    *Intervenor, Claimant, and Third-Party Petitioner*. | CRIMINAL NO. 23-cr-239 (CKK) |

## [PROPOSED] ORDER

Upon consideration of John Doe's Motion To Intervene, For An Order Of Restitution to Movant, And In Objection To Government's Restitution Memorandum, it is hereby ORDERED that:

- John Doe's Motion To Intervene and For An Order Of Restitution to Movant is GRANTED;
- Restitution is Awarded to John Doe in the amount of 670.68637 BTC;
- The Government's Supplemental Motion Regarding Restitution is DENIED;
- No assets listed in the government's Corrected Second Amended Attachment A (ECF 195) shall be distributed in restitution or otherwise prior to the conclusion of Movant's ancillary proceeding in this case pursuant to Federal Rule of Criminal Procedure 32.2(c).

**IT IS SO ORDERED.**

DATED: _____

                                                            Colleen Kollar-Kotelly
                                                            United States District Judge