# EXHIBIT C



# Verification Status

 Full

With your current verification status you can do:

- Deposit and Withdraw Digital Assets
- Deposit and Withdraw Stablecoins
- Exchange Trading
- OTC Trading
- Margin Trading & Funding
- Public Pulses
- Multipliers in affiliate program
- Faster Digital Assets Deposits
- Bitfinex Pay Merchants
- SEPA Transfers*
- Derivatives Trading*
- Unus Sed LEO Trading*
- Bank Wires

## Your Information

▬▬▬▬▬▬ — Account Type: Individual

> You have been verified to Full level

**Personal Info**  View
▬▬▬▬▬▬▬▬▬

**Country of Residency**  View
▬▬▬▬

**Email Address**  View
▬▬▬▬▬▬▬▬

## Merchant - Bitfinex Pay

Bitfinex Pay allows qualifying accounts to receive payments as a merchant.

[Learn More]

[Verify]

### Bitfinex Securities El Salvador Verification

Accounts eligible to trade securities can apply for additional verification by filling out the FATCA form.

[Verify]

**SECURITIES REINVENTED**

### Bitfinex Securities AIFC Verification

Access tokenized equities, bonds and investment funds. 24/7, 365 days.

[Upgrade to Trade Securities]

## Bank Accounts

Log Out   English