# EXHIBIT E



# Verification Status

✓ Intermediate

With your current verification status you can do:

- ✓ Deposit and Withdraw Digital Assets
- ✓ Deposit and Withdraw Stablecoins
- ✓ Exchange Trading
- ✓ OTC Trading
- ✓ Margin Trading & Funding
- ✓ Public Pulses
- ✓ Multipliers in affiliate program
- ✓ Faster Digital Assets Deposits
- ✓ Bitfinex Pay Merchants
- ✓ SEPA Transfers*
- ✓ Derivatives Trading*
- ✓ Unus Sed LEO Trading*

## Your Information

▓▓▓▓▓▓▓ — Account Type: Individual

> You have been verified to Intermediate level

**Personal Info**  View
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Country of Residency**  View
▓▓▓▓

**Email Address**  View
▓▓▓▓▓▓▓▓▓▓▓

**Phone Number**

---

### Merchant - Bitfinex Pay

Bitfinex Pay allows qualifying accounts to receive payments as a merchant.

[Learn More]

[Verify]

### Bitfinex Securities El Salvador Verification

Accounts eligible to trade securities can apply for additional verification by filling out the FATCA form.

[Verify]

**SECURITIES REINVENTED**

### Bitfinex Securities AIFC Verification

Access tokenized equities, bonds and investment funds. 24/7, 365 days.

[Upgrade to Trade Securities]

### Bank Accounts