# EXHIBIT F-1

Bitfinex Account User ID ▮▮▮▮
Relevant Excerpts of Account Ledger

| # | DESCRIPTION | CURRENCY | AMOUNT | BALANCE | DATE | WALLET |
|---|---|---|---|---|---|---|
| 122956326 | Extraordinary loss adj of 1988.4643 USD for 1988.4643 BFX @ 1.0 on wallet margin | USD | -1988.464299 | 3524.786869 | 02-08-16 18:00:00 | margin |
| 122956330 | Extraordinary loss adj of 0.5197 BTC for 313.913 BFX @ 604.06 on wallet margin | BTC | -0.51967189 | 0.92117955 | 02-08-16 18:00:00 | margin |
| 122956328 | Extraordinary loss adj of 1988.4643 USD for 1988.4643 BFX @ 1.0 on wallet margin | BFX | 1988.464299 | 1988.464299 | 02-08-16 18:00:00 | margin |
| 122956332 | Extraordinary loss adj of 0.5197 BTC for 313.913 BFX @ 604.06 on wallet margin | BFX | 313.9130012 | 2302.3773 | 02-08-16 18:00:00 | margin |
| 121812112 | Trading fees for 2.4991 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -1.50528115 | 5513.251168 | 02-08-16 03:48:55 | margin |
| 121812110 | Position closed @ 602.33 on wallet margin | USD | 1016.75 | 5514.756449 | 02-08-16 03:48:55 | margin |
| 121812106 | Position funding cost on wallet margin | BTC | -0.00017421 | 1.44085144 | 02-08-16 03:48:55 | margin |
| 121812080 | Trading fees for 1.5599 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -0.93954497 | 4498.006449 | 02-08-16 03:48:54 | margin |
| 121812052 | Trading fees for 0.029 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -0.01744768 | 4498.945994 | 02-08-16 03:48:53 | margin |
| 121812024 | Trading fees for 2.1485 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -1.29408086 | 4498.963441 | 02-08-16 03:48:53 | margin |
| 121811990 | Trading fees for 0.029 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -0.01744768 | 4500.257522 | 02-08-16 03:48:52 | margin |
| 121811968 | Trading fees for 0.1 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -0.060233 | 4500.678531 | 02-08-16 03:48:52 | margin |
| 121811976 | Trading fees for 0.67 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -0.4035611 | 4500.27497 | 02-08-16 03:48:52 | margin |
| 121811804 | Trading fees for 0.029 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -0.01744768 | 4500.738764 | 02-08-16 03:48:50 | margin |
| 121811440 | Trading fees for 0.7047 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -0.42449073 | 4500.756212 | 02-08-16 03:48:47 | margin |
| 121811038 | Trading fees for 0.25 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -0.1505825 | 4507.204002 | 02-08-16 03:48:44 | margin |
| 121811090 | Trading fees for 10.0 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -6.0233 | 4501.180702 | 02-08-16 03:48:44 | margin |
| 121811034 | Trading fees for 6.9809 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -4.20483264 | 4507.354585 | 02-08-16 03:48:44 | margin |
| 121584246 | Position #36156492 funding cost on wallet margin | BTC | -0.00157646 | 1.44102565 | 02-08-16 01:00:31 | margin |
| 120656800 | Position #36156492 funding cost on wallet margin | BTC | -0.00134458 | 1.44260211 | 01-08-16 01:00:34 | margin |
| 119947914 | Position #36156492 funding cost on wallet margin | BTC | -0.00097925 | 1.44394669 | 31-07-16 01:00:41 | margin |
| 119618918 | Position #36156492 funding cost on wallet margin | BTC | -0.00105162 | 1.44492594 | 30-07-16 01:00:43 | margin |
| 119023310 | Position #36156492 funding cost on wallet margin | BTC | -0.00119572 | 1.44597756 | 29-07-16 01:00:39 | margin |
| 118137620 | Position #36156492 funding cost on wallet margin | BTC | -0.002479 | 1.44717328 | 28-07-16 01:00:25 | margin |
| 116633394 | Position #36156492 funding cost on wallet margin | BTC | -0.0012844 | 1.44965228 | 26-07-16 01:00:20 | margin |
| 116277676 | Position #36156492 funding cost on wallet margin | BTC | -0.00128852 | 1.45093668 | 25-07-16 01:00:30 | margin |
| 115618678 | Position #36156492 funding cost on wallet margin | BTC | -0.0012861 | 1.4522252 | 24-07-16 01:00:30 | margin |
| 115314524 | Position #36156492 funding cost on wallet margin | BTC | -0.0012708 | 1.4535113 | 23-07-16 01:00:29 | margin |
| 114713748 | Position #36156492 funding cost on wallet margin | BTC | -0.0012776 | 1.4547821 | 22-07-16 01:00:29 | margin |
| 114426474 | Position #36156492 funding cost on wallet margin | BTC | -0.0012674 | 1.4560597 | 21-07-16 01:00:36 | margin |
| 113915640 | Position #36156492 funding cost on wallet margin | BTC | -0.00125341 | 1.4573271 | 20-07-16 01:00:34 | margin |
| 113646014 | Position #36156492 funding cost on wallet margin | BTC | -0.00134343 | 1.45858051 | 19-07-16 01:01:47 | margin |
| 113379374 | Position #36156492 funding cost on wallet margin | BTC | -0.00143952 | 1.45992394 | 18-07-16 01:00:53 | margin |
| 113027120 | Position #36156492 funding cost on wallet margin | BTC | -0.0014307 | 1.46136346 | 17-07-16 01:00:47 | margin |
| 112888842 | Position #36156492 funding cost on wallet margin | BTC | -0.00144752 | 1.46279416 | 16-07-16 01:00:49 | margin |
| 112590064 | Position #36156492 funding cost on wallet margin | BTC | -0.00150338 | 1.46424168 | 15-07-16 01:00:46 | margin |
| 112292856 | Position #36156492 funding cost on wallet margin | BTC | -0.00156268 | 1.46574506 | 14-07-16 01:00:34 | margin |
| 112083900 | Position #36156492 funding cost on wallet margin | BTC | -0.00160491 | 1.46730774 | 13-07-16 01:00:28 | margin |
| 111812244 | Position #36156492 funding cost on wallet margin | BTC | -0.00168691 | 1.46891265 | 12-07-16 01:00:40 | margin |
| 111565850 | Position #36156492 funding cost on wallet margin | BTC | -0.00194191 | 1.47059956 | 11-07-16 01:00:42 | margin |
| 111410522 | Position #36156492 funding cost on wallet margin | BTC | -0.00261649 | 1.47254147 | 10-07-16 01:00:57 | margin |
| 111030558 | Position #36156492 funding cost on wallet margin | BTC | -0.00402173 | 1.47515796 | 09-07-16 01:00:49 | margin |
| 110540752 | Trading fees for 25.0 BTC @ 643.0 on BFX (0.2%) on wallet margin | USD | -32.15 | 4511.559418 | 08-07-16 00:06:24 | margin |
| 110108480 | Trading fees for 7.7427 BTC @ 642.01 on BFX (0.2%) on wallet margin | USD | -9.94178165 | 4565.225911 | 07-07-16 04:35:57 | margin |

Bitfinex Account User ID
Relevant Excerpts of Account Ledger

| ID | Description | Currency | Amount | Balance | Date | Wallet |
|---|---|---|---|---|---|---|
| 110108484 | Trading fees for 0.5 BTC @ 642.02 on BFX (0.2%) on wallet margin | USD | -0.64202 | 4575.167692 | 07-07-16 04:35:57 | margin |
| 110108496 | Trading fees for 13.7573 BTC @ 642.0 on BFX (0.2%) on wallet margin | USD | -17.6643732 | 4543.709418 | 07-07-16 04:35:57 | margin |
| 110108486 | Trading fees for 3.0 BTC @ 642.02 on BFX (0.2%) on wallet margin | USD | -3.85212 | 4561.373791 | 07-07-16 04:35:57 | margin |
| 110108478 | Position closed @ 642.0 on wallet margin | USD | -108.1025728 | 4575.809712 | 07-07-16 04:35:57 | margin |
| 110093618 | Trading fees for 25.0 BTC @ 646.33 on BFX (0.1%) on wallet margin | USD | -16.15825 | 4683.912285 | 07-07-16 04:27:57 | margin |
| 108630778 | Trading fees for 6.6533 BTC @ 679.63 on BFX (0.2%) on wallet margin | USD | -9.04356456 | 4708.231375 | 03-07-16 10:44:37 | margin |
| 108630770 | Trading fees for 3.8267 BTC @ 680.13 on BFX (0.2%) on wallet margin | USD | -5.20530694 | 4728.176205 | 03-07-16 10:44:37 | margin |
| 108630768 | Trading fees for 0.5 BTC @ 680.14 on BFX (0.2%) on wallet margin | USD | -0.68014 | 4733.381512 | 03-07-16 10:44:37 | margin |
| 108630776 | Trading fees for 6.0 BTC @ 680.07 on BFX (0.2%) on wallet margin | USD | -8.16084 | 4700.070535 | 03-07-16 10:44:37 | margin |
| 108630774 | Trading fees for 8.02 BTC @ 679.63 on BFX (0.2%) on wallet margin | USD | -10.9012652 | 4717.27494 | 03-07-16 10:44:37 | margin |
| 108630764 | Position funding cost on wallet margin | USD | -0.68354034 | 4396.753302 | 03-07-16 10:44:37 | margin |
| 108630766 | Position closed @ 679.63 on wallet margin | USD | 337.30835 | 4734.061652 | 03-07-16 10:44:37 | margin |
| 108598520 | Trading fees for 25.0 BTC @ 666.33 on BFX (0.1%) on wallet margin | USD | -16.65825 | 4397.436842 | 03-07-16 08:36:31 | margin |
| 105117866 | Trading fees for 7.667 BTC @ 651.55 on BFX (0.2%) on wallet margin | USD | -9.9908677 | 4433.09354 | 24-06-16 06:49:21 | margin |
| 105117846 | Trading fees for 2.4024 BTC @ 651.54 on BFX (0.2%) on wallet margin | USD | -3.13055123 | 4429.962988 | 24-06-16 06:49:21 | margin |
| 105117860 | Trading fees for 0.3016 BTC @ 651.55 on BFX (0.2%) on wallet margin | USD | -0.3929498 | 4414.295101 | 24-06-16 06:49:21 | margin |
| 105117854 | Trading fees for 0.2229 BTC @ 651.54 on BFX (0.2%) on wallet margin | USD | -0.29040741 | 4427.067501 | 24-06-16 06:49:21 | margin |
| 105117868 | Trading fees for 0.1536 BTC @ 651.0 on BFX (0.2%) on wallet margin | USD | -0.20000896 | 4414.095092 | 24-06-16 06:49:21 | margin |
| 105117838 | Trading fees for 2.0 BTC @ 651.27 on BFX (0.2%) on wallet margin | USD | -2.60508 | 4427.357908 | 24-06-16 06:49:21 | margin |
| 105117858 | Trading fees for 9.5 BTC @ 651.55 on BFX (0.2%) on wallet margin | USD | -12.37945 | 4414.688051 | 24-06-16 06:49:21 | margin |
| 105117826 | Position funding cost on wallet margin | USD | -2.22035651 | 3348.735491 | 24-06-16 06:49:21 | margin |
| 105117830 | Position closed @ 651.0 on wallet margin | USD | 1094.348916 | 4443.084407 | 24-06-16 06:49:21 | margin |
| 104759740 | Position #36107622 funding cost on wallet margin | USD | -8.99336931 | 3350.955848 | 24-06-16 01:00:54 | margin |
| 103968882 | Position #36107622 funding cost on wallet margin | USD | -0.77329158 | 3359.949217 | 23-06-16 01:01:00 | margin |
| 103819270 | Trading fees for 3.0 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -1.80699 | 3361.127528 | 22-06-16 22:39:19 | margin |
| 103819282 | Trading fees for 0.6724 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -0.40501933 | 3360.722509 | 22-06-16 22:39:19 | margin |
| 103819258 | Trading fees for 10.0 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -6.0233 | 3362.934518 | 22-06-16 22:39:18 | margin |
| 103819266 | Trading fees for 3.575 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -2.1533493 | 3368.957818 | 22-06-16 22:39:18 | margin |
| 103819250 | Trading fees for 5.0 BTC @ 602.33 on BFX (0.1%) on wallet margin | USD | -3.01165 | 3371.111167 | 22-06-16 22:39:18 | margin |
| 91389188 | Trading fees for 10.0 BTC @ 582.0 on BFX (0.2%) on wallet margin | USD | -11.64 | 3397.339388 | 04-06-16 06:41:24 | margin |
| 91389178 | Trading fees for 6.2244 BTC @ 582.61 on BFX (0.2%) on wallet margin | USD | -7.25279537 | 3374.122817 | 04-06-16 06:41:24 | margin |
| 91389172 | Trading fees for 13.7014 BTC @ 582.56 on BFX (0.2%) on wallet margin | USD | -15.96377517 | 3381.375613 | 04-06-16 06:41:24 | margin |
| 91389160 | Trading fees for 1.49 BTC @ 582.56 on BFX (0.2%) on wallet margin | USD | -1.7360288 | 3430.535216 | 04-06-16 06:41:24 | margin |
| 91389170 | Trading fees for 12.3246 BTC @ 582.22 on BFX (0.2%) on wallet margin | USD | -14.35125722 | 3408.979388 | 04-06-16 06:41:24 | margin |
| 91389158 | Trading fees for 0.07 BTC @ 582.22 on BFX (0.2%) on wallet margin | USD | -0.0815108 | 3432.271244 | 04-06-16 06:41:24 | margin |
| 91389162 | Trading fees for 6.1896 BTC @ 581.99 on BFX (0.2%) on wallet margin | USD | -7.20457061 | 3423.330645 | 04-06-16 06:41:24 | margin |
| 91389154 | Position closed @ 582.61 on wallet margin | USD | -7678.468984 | 3432.352755 | 04-06-16 06:41:24 | margin |
| 91389156 | Position funding cost on wallet margin | BTC | -0.35220528 | 1.47917969 | 04-06-16 06:41:24 | margin |
| 72541019 | Deposit (BITCOIN) #849351 on wallet margin | BTC | 1.82633867 | 1.83138497 | 06-03-16 15:08:36 | margin |