# EXHIBIT F-2

BITFINEX ACCOUNT USER ID ▮
Excerpts of Relevant Trades

| # | PAIR | AMOUNT | PRICE | FEE | FEE PERC | FEE CURRENCY | DATE | ORDER ID |
|---|---|---|---|---|---|---|---|---|
| 22918716 | BTC/USD | 2.49909709 | 602.33 | -1.50528115 | 0.10% | USD | 02-08-16 03:48:55 | 904673330 |
| 22918714 | BTC/USD | 1.55985086 | 602.33 | -0.93954497 | 0.10% | USD | 02-08-16 03:48:54 | 904673330 |
| 22918710 | BTC/USD | 0.02896698 | 602.33 | -0.01744768 | 0.10% | USD | 02-08-16 03:48:53 | 904673330 |
| 22918706 | BTC/USD | 0.02896698 | 602.33 | -0.01744768 | 0.10% | USD | 02-08-16 03:48:52 | 904673330 |
| 22918704 | BTC/USD | 0.67 | 602.33 | -0.4035611 | 0.10% | USD | 02-08-16 03:48:52 | 904673330 |
| 22918702 | BTC/USD | 0.1 | 602.33 | -0.060233 | 0.10% | USD | 02-08-16 03:48:52 | 904673330 |
| 22918708 | BTC/USD | 2.14845826 | 602.33 | -1.29408086 | 0.10% | USD | 02-08-16 03:48:52 | 904673330 |
| 22918688 | BTC/USD | 0.02896698 | 602.33 | -0.01744768 | 0.10% | USD | 02-08-16 03:48:50 | 904673330 |
| 22918656 | BTC/USD | 0.70474778 | 602.33 | -0.42449073 | 0.10% | USD | 02-08-16 03:48:46 | 904673330 |
| 22918614 | BTC/USD | 10 | 602.33 | -6.0233 | 0.10% | USD | 02-08-16 03:48:44 | 904673330 |
| 22918612 | BTC/USD | 6.98094507 | 602.33 | -4.20483264 | 0.10% | USD | 02-08-16 03:48:43 | 904673330 |
| 22918610 | BTC/USD | 0.25 | 602.33 | -0.1505825 | 0.10% | USD | 02-08-16 03:48:43 | 904673330 |