# EXHIBIT A

[WITHDRAWN PENDING MOTION TO WITHDRAW FILED ON MARCH 17, 2025]