## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants.*<br><br>*************<br><br>XYZ INC.<br><br>*Intervenor, Claimant, and Third-Party Petitioner.* | Case No. 23-cr-239 (CKK) |

### [PROPOSED] ORDER GRANTING XYZ INC'S MOTION FOR LEAVE TO PROCEED BY PSEUDONYM AND FILE ITS MOTION TO INTERVENE AND OBJECTION TO PROPOSED RESTITUTION ORDER AND VERIFIED PETITION UNDER SEAL

WHEREAS XYZ Inc. has moved for leave to file its Motion to Intervene and Objection to the Proposed Restitution Order and its Verified Petition under seal and to proceed by pseudonym;

AND WHEREAS the court has considered the Motion, the exhibits thereto, and the record;

XYZ Inc.'s Motion is **GRANTED**;

XYZ Inc. may proceed by pseudonym and is granted leave to file Exhibits A and B to its Motion and the subexhibits thereto **UNDER SEAL**;

The clerk is directed to accept and record as filed under seal XYZ Inc.'s Motion to Intervene and Objection to Proposed Restitution Order and the exhibits thereto (Exhibit A to its motion) and its Verified Ancillary Petition and the exhibits thereto (Exhibit B to its motion). **SO ORDERED.**

_____
United States District Judge