UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 23-cr-239 (CKK)** |
| | : | |
| **ILYA LICHTENSTEIN,** *et al.*, | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The United States of America, by and though the United States Attorney for the District of Columbia, informs the Court that Special Assistant United States Attorney Christopher Brown, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,
EDWARD MARTIN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

BY:       */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Special Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
(202) 353-0018
Christopher.Brown8@usdoj.gov