UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>ILYA LICHTENSTEIN, *et. al.*,<br><br>    *Defendants,*<br><br>    and<br><br>JOHN DOE<br>    *Petitioner and Third-Party Claimant.* | CRIMINAL NO. 23-cr-239 (CKK) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2(c)(2), I, David Bitkower, hereby move this Court for an Order for admission to practice *pro hac vice* on behalf of Sara Cervantes to appear as co-counsel for the Petitioner, John Doe, in the above-captioned case. I, David Bitkower, a member in good standing of the Bar of this Court, sign this Motion as the sponsor for the admission *pro hac vice* of Sara Cervantes.

Sara Cervantes is a member in good standing with the Bar of the State of New York (where Sara Cervantes regularly practices), and a Certificate of Good Standing from that court as well as a Declaration for Admission *Pro Hac Vice,* are attached hereto.

Dated:  March 21, 2025							Respectfully submitted,

								COUNSEL FOR PETITIONER



								By:   */s/ David Bitkower*_____
								David Bitkower
								JENNER & BLOCK LLP
								1155 Avenue of the Americas
								New York, New York 10036
								Tel.: 202-639-6048
								dbitkower@jenner.com


								*/s/ Sara E. Cervantes*_____
								Sara E. Cervantes
								JENNER & BLOCK LLP
								1155 Avenue of the Americas
								New York, NY 10036-2711
								Telephone: 212-407-1740
								scervantes@jenner.com