UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>ILYA LICHTENSTEIN, *et. al.*,<br><br>   *Defendants,*<br><br>   and<br><br>JOHN DOE<br>   *Petitioner and Third-Party Claimant.* | CRIMINAL NO. 23-cr-239 (CKK) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2(c)(2), I, David Bitkower, hereby move this Court for an Order for admission to practice *pro hac vice* on behalf of Lawrence McMahon to appear as co-counsel for the Petitioner, John Doe, in the above-captioned case. I, David Bitkower, a member in good standing of the Bar of this Court, sign this Motion as the sponsor for the admission *pro hac vice* of Lawrence McMahon.

Lawrence McMahon is a member in good standing with the Bar of the State of Illinois, and a Certificate of Good Standing from that court as well as a Declaration for Admission *Pro Hac Vice,* are attached hereto.

Dated:  March 21, 2025                                        Respectfully submitted,

                                                              COUNSEL FOR PETITIONER


                                                              By: */s/ David Bitkower*_____
                                                              David Bitkower
                                                              JENNER & BLOCK LLP
                                                              1099 New York Ave. NW, Ste. 900
                                                              Washington, DC 20001
                                                              Tel.: 202-639-6048
                                                              dbitkower@jenner.com


                                                              */s/ Lawrence W. McMahon*_____
                                                              Lawrence W. McMahon
                                                              JENNER & BLOCK LLP
                                                              1099 New York Ave. NW, Ste. 900
                                                              Washington, DC 20001
                                                              Tel.: 202-637-6379
                                                              lmcmahon@jenner.com