UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>    *Defendants.*<br><br>and<br><br>JOHN DOE<br><br>    *Petitioner and Third-Party Claimant.* | CRIMINAL NO. 23-cr-239 (CKK) |

## MOTION FOR ADMISSION PRO HAC VICE

    I, David Bitkower, hereby move this Court for an Order for admission to practice *pro hac vice* on behalf of Kayvan B. Sadeghi to appear as co-counsel for the Petitioner, John Doe, in the above-captioned case. I, David Bitkower, a member in good standing of the Bar of this Court, sign this Motion as the sponsor for the admission *pro hac vice* for Kayvan B. Sadeghi.

    Kayvan B. Sadeghi is a member in good standing with the Bar of the State of New York (where Kayvan B. Sadeghi regularly practices), and a Certificate of Good Standing from that court as well as a Declaration for Admission *Pro Hac Vice,* are attached hereto.

Dated:  March 21, 2025                                          Respectfully submitted,

                                                        COUNSEL FOR PETITIONER


By:   */s/ David Bitkower*_____
David Bitkower
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, New York 10036
Tel.: 202-639-6048
dbitkower@jenner.com


*/s/ Kayvan B. Sadeghi*_____
Kayvan B. Sadeghi
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: 212-891-1652
ksadeghi@jenner.com