**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>ILYA LICHTENSTEIN, *et. al.*,<br><br>    *Defendants,*<br><br>    and<br><br>JOHN DOE<br>    *Petitioner and Third-Party Claimant.* | CRIMINAL NO. 23-cr-239 (CKK) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2(c)(2), I, David Bitkower, hereby move this Court for an Order for admission to practice *pro hac vice* on behalf of Shailee Diwanji Sharma to appear as co-counsel for the Petitioner, John Doe, in the above-captioned case. I, David Bitkower, a member in good standing of the Bar of this Court, sign this Motion as the sponsor for the admission *pro hac vice* of Shailee Diwanji Sharma.

Shailee Diwanji Sharma is a member in good standing with the Bar of the State of New York (where Shailee Diwanji Sharma regularly practices), as well as the Bar of the Commonwealth of Massachusetts, and a Certificate of Good Standing from both courts as well as a Declaration for Admission *Pro Hac Vice,* are attached hereto.

Dated: March 21, 2025                                     Respectfully submitted,

                                                                           COUNSEL FOR PETITIONER

By:   */s/ David Bitkower*
David Bitkower
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, New York 10036
Tel.: 202-639-6048
dbitkower@jenner.com

*/s/ Shailee Diwanji Sharma*
Shailee Diwanji Sharma
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone: 212-407-1758
ssharma@jenner.com