UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, *et. al.*,<br><br>   *Defendants,*<br><br>and<br><br>JOHN DOE<br>   *Petitioner and Third-Party Claimant.* | CRIMINAL NO. 23-cr-239 (CKK) |

**DECLARATION OF KAYVAN B. SADEGHI PURSUANT TO
MINUTE ORDER DATED MARCH 25, 2025**

I, Kayvan B. Sadeghi, hereby declare under penalty of perjury as follows:

1. I am a partner at Jenner & Block, LLP.

2. On March 25, 2025, the Court granted my motion for *pro hac vice* admission and appearance in the above-captioned matter contingent upon my filing a declaration certifying familiarity with this Court's Local Rules.

3. Pursuant to the Court's March 25, 2025 Minute Order, I certify that I am familiar with and agree to be bound by this Court's Local Rules.

Dated: April 3, 2025                                        Respectfully submitted,

By: */s/ Kayvan B. Sadeghi*
Kayvan B. Sadeghi
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel.: 212-891-1652
ksadeghi@jenner.com
