# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, *et. al.*,<br><br>　　*Defendants,*<br><br>and<br><br>JOHN DOE<br>　　*Petitioner and Third-Party Claimant.* | CRIMINAL NO. 23-cr-239 (CKK) |

### DECLARATION OF SHAILEE DIWANJI SHARMA PURSUANT TO MINUTE ORDER DATED MARCH 25, 2025

I, Shailee Diwanji Sharma, hereby declare under penalty of perjury as follows:

1.　I am an associate attorney employed by Jenner & Block, LLP.

2.　On March 25, 2025, the Court granted my motion for *pro hac vice* admission and appearance in the above-captioned matter contingent upon my filing a declaration certifying familiarity with this Court's Local Rules.

3.　Pursuant to the Court's March 25, 2025 Minute Order, I certify that I am familiar with and agree to be bound by this Court's Local Rules.

Dated: April 3, 2025　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Shailee Diwanji Sharma*
　　　　　　　　　　　　　　　　　　　　　　　Shailee Diwanji Sharma
　　　　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　　　　　1155 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　　　Tel.: 212-407-1758
　　　　　　　　　　　　　　　　　　　　　　　ssharma@jenner.com