## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, *et. al.*,<br><br>　*Defendants,*<br><br>and<br><br>JOHN DOE<br>　*Petitioner and Third-Party Claimant.* | CRIMINAL NO. 23-cr-239 (CKK) |

## DECLARATION OF LAWRENCE W. MCMAHON PURSUANT TO MINUTE ORDER DATED MARCH 25, 2025

I, Lawrence W. McMahon, hereby declare under penalty of perjury as follows:

1.　I am an associate attorney employed by Jenner & Block, LLP.

2.　On March 25, 2025, the Court granted my motion for *pro hac vice* admission and appearance in the above-captioned matter contingent upon my filing a declaration certifying familiarity with this Court's Local Rules.

3.　Pursuant to the Court's March 25, 2025 Minute Order, I certify that I am familiar with and agree to be bound by this Court's Local Rules.

Dated: April 3, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Lawrence W. McMahon*
　　　　　　　　　　　　　　　　　　　　　　Lawrence W. McMahon
　　　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　　　　1099 New York Ave. NW, Ste. 900
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　　Tel.: 202-637-6379
　　　　　　　　　　　　　　　　　　　　　　lmcmahon@jenner.com