IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ILYA LICHTENSTEIN and<br>HEATHER RHIANNON MORGAN,<br><br>Defendants. | No. 1:23-CR-239 (CKK) |

**MOTION FOR ADMISSION OF KEVIN R. FELDIS *PRO HAC VICE***

Pursuant to LCrR 44.1(c), David W.T. Daniels ("Movant"), an active member of the bar of this Court and counsel for Petitioner "AH-1," hereby moves that Kevin R. Feldis be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of Petitioner AH-1. In support of this motion, Movant states as follows:

1. Kevin Richard Feldis is a licensed attorney practicing at the law firm Perkins Coie LLP. His business address is 3150 Porter Drive, Palo Alto, California 94304; his telephone number is (650) 838-4837; and his email address is kfeldis@perkinscoie.com.

2. Attorney Feldis is a member in good standing of the state bars of Alaska, California, Illinois, and the District of Columbia.

3. Attorney Feldis has never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee, or administrative body, nor have any proceedings which could lead to such actions described above been initiated against him.

4. Attorney Feldis has not applied for *pro hac vice* admission in any other case before the U.S. District Court for the District of Columbia in the past two years.

5. A declaration signed by Attorney Feldis certifying the foregoing information is attached hereto.

6. Movant will continue to participate in this action in association with Attorney Feldis.

WHEREFORE, Movant requests that Kevin R. Feldis be granted leave to appear and practice *pro hac vice* as counsel for Petitioner AH-1 in the above-captioned matter.

Dated: April 14, 2025.    Respectfully submitted,

*/s/ David W.T. Daniels*
David W.T. Daniels, Bar No. 457524
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
DDaniels@perkinscoie.com

*Attorney for Petitioner AH-1*