# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 4/8/2025

**LICENSEE NAME:** Kevin Richard Feldis

**LICENSEE BAR NUMBER:** 337541

**LICENSEE STATUS:** Active

**ADMIT DATE:** 6/9/2021

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Kevin Richard Feldis's current standing with the State Bar of California as of the issue date.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record