UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants*. | No. 1:23-CR-239 (CKK) |

## NOTICE OF APPEARANCE

To the clerk of court and all parties of record:

I, Mark C. Holscher, am admitted or otherwise authorized to practice in this court. *See* Minute Order, dated April 17, 2025 (granting motion to appear *pro hac vice*). I appear in this case as co-counsel for iFinex Inc. and BFXNA Inc.

Dated: April 17, 2025                                       Respectfully submitted,

*/s/ Mark C. Holscher*
Mark C. Holscher
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8190
mark.holscher@kirkland.com

*Co-counsel for iFinex Inc. and BFXNA Inc.*