# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>       *Defendants*. | No. 1:23-CR-239 (CKK) |

## <u>NOTICE OF APPEARANCE</u>

To the clerk of court and all parties of record:

I, Laura E. Vartain, am admitted or otherwise authorized to practice in this court.  *See* Minute Order, dated April 17, 2025 (granting motion to appear *pro hac vice*).  I appear in this case as co-counsel for iFinex Inc. and BFXNA Inc.

Dated: April 17, 2025                    Respectfully submitted,

                                           */s/ Laura E. Vartain*
                                           Laura E. Vartain
                                           KIRKLAND & ELLIS LLP
                                           555 California Street
                                           San Francisco, CA 94104
                                           Telephone: (415) 439-1400
                                           laura.vartain@kirkland.com

                                           *Co-counsel for iFinex Inc. and BFXNA Inc.*