UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEIN, *et al.*,<br><br>Defendants. | Case No. 23-CR-239 (CKK) |

**THIRD-PARTY PETITIONERS IFINEX INC. AND BFXNA INC.'S MOTION TO DISMISS**

Petitioners, iFinex Inc. and BFXNA Inc. (together, "**Bitfinex**"), through its attorneys at Gibson, Dunn & Crutcher LLP and Kirkland & Ellis LLP, respectfully move this Court to dismiss the Ancillary Petitions of certain Petitioners pursuant to Federal Rule of Criminal Procedure 32.2(c)(1)(A). As more fully set forth in the accompanying Memorandum filed herewith, Bitfinex respectfully requests that the Court dismiss the petitions of XYZ Inc. and John Doe for lack of standing and failure to state a claim. Bitfinex also requests that the Court dismiss Pablo Garcia Illescas's petition, in part, for lack of standing and failure to state a claim, and grant such other relief that the Court deems appropriate.

WHEREFORE, Bitfinex respectfully requests that the Court grant the present motion to dismiss.

Dated: New York, New York
April 21, 2025

GIBSON DUNN & CRUTCHER LLP

*/s/ Barry H. Berke*
Barry H. Berke (admitted *pro hac vice*)
Daniel M. Ketani (admitted *pro hac vice*)
Trevor Gopnik (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
bberke@gibsondunn.com
dketani@gibsondunn.com
tgopnik@gibsondunn.com

Stephanie L. Brooker
(D.C. Bar No. 475321)
1700 M Street N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
sbrooker@gibsondunn.com


KIRKLAND & ELLIS LLP

Mark C. Holscher (admitted *pro hac vice*)
Laura Vartain (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Tel: (415) 439-1400
laura.vartain@kirkland.com
mark.holscher@kirkland.com

*Attorneys for Bitfinex*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2025, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the District of Columbia on all parties registered for CM/ECF in the above-captioned matter.

I further certify that on April 21, 2025, I caused a service copy of the foregoing to be sent via email and mail to the persons listed below who may not be included on the CM/ECF service list.  *Pro se* petitioner Francisco Cavazos was not served by mail because his physical address has not been provided.  *Pro se* petitioner "A.B." was not served by email or mail because neither his email address nor physical address has been provided.

Louis Zuijderwijk

Jonas Paasch

Rafal Bielenia

Pablo Garcia Illescas

Francisco Cavazos

*/s/ Barry H. Berke*
Barry H. Berke