UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants*.<br><br>*************<br><br>XYZ INC.<br><br>*Intervenor, Claimant, and Third-Party Petitioner.* | Case No. 23-cr-239 (CKK) |

**[PROPOSED] ORDER GRANTING XYZ'S MOTION TO DISMISS THIRD-PARTY CLAIMANTS IFINEX AND BITFINEX'S PETITION FOR ANCILLAR PROCEEDINGS**

WHEREAS XYZ, proceeding by pseudonym, has moved to dismiss the third-party claim filed by iFinex Inc. and BFXNA Inc., ECF No. 219; for the reasons stated in XYZ's motion,

XYZ's Motion is **GRANTED**;

iFinex Inc. and BFXNA Inc.'s Petition is **DISMISSED**.

**SO ORDERED.**

_____
United States District Judge