NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.

ILYA LICHTENSTEIN and
HEATHER RHIANNON MORGAN
    (Defendant)

Criminal Number  1:23-cr-239 (CKK)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR NON-PARTY "AH-1" IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*/s/ Kevin R. Feldis*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Kevin R. Feldis (admitted *pro hac vice*)
(Attorney & Bar ID Number)

Perkins Coie LLP
(Firm Name)

3150 Porter Drive
(Street Address)

Palo Alto          CA          94304
(City)          (State)          (Zip)

(650) 838-4837
(Telephone Number)