IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ILYA LICHTENSTEIN and<br>HEATHER RHIANNON MORGAN,<br><br>Defendants. | No. 1:23-CR-239 (CKK) |

### DECLARATION OF KEVIN R. FELDIS
### PURSUANT TO MINUTE ORDER DATED APRIL 15, 2025

I, Kevin R. Feldis, hereby declare under penalty of perjury as follows:

1. I am a partner at Perkins Coie LLP and have been retained to represent Petitioner AH-1 in the above-captioned matter.

2. On April 15, 2025, the Court granted the motion for my *pro hac vice* admission and appearance in this matter contingent upon my filing a declaration certifying familiarity with this Court's Local Rules.

3. Pursuant to the Court's Minute Order dated April 15, 2025, I certify that I am familiar with and agree to be bound by this Court's Local Rules.

Dated: April 22, 2025.

Respectfully submitted,

*/s/ Kevin R. Feldis*
Kevin R. Feldis (admitted *pro hac vice*)
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4837
KFeldis@perkinscoie.com

*Attorney for Petitioner AH-1*