UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>ILYA LICHTENSTEIN, *et al.*,<br><br>       Defendants. | Case No. 23-CR-239 (CKK) |

**PETITIONERS IFINEX INC. AND BFXNA INC.'S NOTICE OF INTENT TO FILE OPPOSITION TO RICHARD ROE'S MOTION TO FILE OUT OF TIME MOTION TO INTERVENE AND VERIFIED ANCILLARY PETITION**

Petitioners, iFinex Inc. and BFXNA Inc. (together, "**Bitfinex**"), through its attorneys at Gibson, Dunn & Crutcher LLP and Kirkland & Ellis LLP, respectfully provide the Court notice that Bitfinex intends to file an opposition to Richard Roe's Motion to File Out of Time Motion to Intervene and Verified Ancillary Petition, ECF No. 311 (the "**Motion**"), within 14 days of the date of service of the Motion, or at such other time as the Court may direct pursuant to Local Civil Rule 7(b) and Local Criminal Rule 47(b) of the Rules of the United States District Court for the District of Columbia.[1]

Roe seeks leave to file an ancillary petition months after both the statutory deadline and this court's "final deadline" for ancillary petitions. ECF No. 250 at 2. Roe claims that his delinquency should be excused and despite this delay, that the filing of his untimely ancillary

---

[1] Richard Roe is the pseudonym the movant seeks to proceed under in the ancillary proceeding. *See* ECF No. 310.

petition will not prejudice any party in this ancillary proceeding. ECF No. 311 at 3-5. Bitfinex disagrees and will file an opposition to the Motion.

Roe, through his counsel at Davis+Gilbert LLP, served Bitfinex with the Motion on April 22, 2025. Accordingly, unless the Court prefers an earlier date, Bitfinex will file its opposition to the Motion by no later than May 6, 2025.

Dated: New York, New York
April 23, 2025

                                        GIBSON DUNN & CRUTCHER LLP

                                        */s/ Barry Berke*
                                        Barry H. Berke (admitted *pro hac vice*)
                                        Daniel M. Ketani (admitted *pro hac vice*)
                                        Trevor Gopnik (admitted *pro hac vice*)
                                        200 Park Avenue
                                        New York, New York 10166
                                        Tel: (212) 351-4000
                                        bberke@gibsondunn.com
                                        dketani@gibsondunn.com
                                        tgopnik@gibsondunn.com

                                        Stephanie L. Brooker
                                        (D.C. Bar No. 475321)
                                        1700 M Street N.W.
                                        Washington, D.C. 20036
                                        Tel: (202) 955-8500
                                        sbooker@gibsondunn.com


                                        KIRKLAND & ELLIS LLP

                                        Mark C. Holscher (admitted *pro hac vice*)
                                        Laura Vartain (admitted *pro hac vice*)
                                        555 California Street
                                        San Francisco, California 94104
                                        Tel: (415) 439-1400
                                        Laura.vartain@kirkland.com
                                        mark.holscher@kirkland.com

                                        *Attorneys for Bitfinex*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2025, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the District of Columbia on all parties registered for CM/ECF in the above-captioned matter.

I further certify that on April 23, 2025, I caused a service copy of the foregoing to be sent via mail to the persons listed below who may not be included on the CM/ECF service list. *Pro se* petitioners Francisco Cavazos and A.B. were not served a paper copy pursuant to Criminal Local Rule 49(d) because their addresses are not available.

Louis Zuijderwijk

Jonas Paasch

Rafal Bielenia

Pablo Garcia Illescas

*/s/ Barry Berke*
Barry H. Berke