UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 23-cr-239 (CKK) |
| : | |
| ILYA LICHTENSTEIN, *et al.*, : | |
| : | |
| Defendants. : | |

**GOVERNMENT'S NOTICE REGARDING THE COURT'S APRIL 4, 2025 ORDER**

The United States of America respectfully submits this notice in response to the Court's April 4, 2025 Minute Order (the "April 4th Order"). The April 4th Order required that motions to dismiss pursuant to Fed. R. Crim. Proc. 32(c)(1)(A) be filed by April 21, 2025. *See* April 4th Order.

For clarity: The government has not filed any motions in response to the April 4th Order—and does not intend to—for the following reasons. First, the third-party petitioners have raised complex issues of fact and law. Second, the government asserts that, although these motions are threshold motions (not merits determinations), it lacks the necessary evidence to distinguish between rival factual theories of Bitfinex accountholders in this case. As a result, the government is not in a position to file any motions to dismiss and does not take a position regarding any motions to dismiss filed by petitioners in response to the April 4th Order.

        Respectfully submitted,

        EDWARD MARTIN JR.
        UNITED STATES ATTORNEY
        D.C. Bar No. 481866

BY:   */s/ Rick Blaylock, Jr.*
        Rick Blaylock Jr., Texas Bar No. 24103294
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, DC 20530
        (202) 252-6765 (Blaylock)
        Rick.Blaylock.Jr@usdoj.gov

        */s/ Jessica Peck*
        Jessica Peck, N.Y. Bar Number 5188248
        C. Alden Pelker, Maryland Bar
        Trial Attorneys, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 353-9455 (Peck)
        (202) 616-5007 (Pelker)
        Jessica.Peck@usdoj.gov
        Catherine.Pelker@usdoj.gov