AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cr-239 (CKK) |
| ILYA LICHTENSTEIN, et. al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Doe.

Date: 05/02/2025

/s/ Kayvan B. Sadeghi
*Attorney's signature*

Kayvan B. Sadeghi 4250163 (NY)
*Printed name and bar number*

Jenner & Block, LLP
1155 Avenue of the Americas
New York, NY 10036-2711
*Address*

KSadeghi@jenner.com
*E-mail address*

(212) 891-1652
*Telephone number*

(212) 891-1699
*FAX number*