AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

UNITED STATES OF AMERICA,
*Plaintiff*
v.
ILYA LICHTENSTEIN, et. al.,
*Defendant*

Case No. 23-cr-239 (CKK)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Doe .

Date: 05/02/2025

/s/ Shailee Diwanji Sharma
*Attorney's signature*

Shailee Diwanji Sharma 687705 (MA) 5292206 (NY)
*Printed name and bar number*

Jenner & Block, LLP
1155 Avenue of the Americas
New York, NY 10036-2711
*Address*

SSharma@jenner.com
*E-mail address*

(212) 407-1758
*Telephone number*

(212) 891-1699
*FAX number*