AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cr-239 (CKK) |
| ILYA LICHTENSTEIN, et. al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Doe                                                                                                        .

Date:   05/02/2025                                                       /s/ Lawrence William McMahon
                                                                                      *Attorney's signature*

                                                                       Lawrence William McMahon 6339378 (IL)
                                                                                *Printed name and bar number*

                                                                                       Jenner & Block, LLP
                                                                              1099 New York Avenue, NW, Suite 900
                                                                                        Washington, DC 20001
                                                                                               *Address*

                                                                                     LMcMahon@jenner.com
                                                                                          *E-mail address*

                                                                                         (202) 637-6379
                                                                                       *Telephone number*

                                                                                         (202) 639-6066
                                                                                           *FAX number*