AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cr-239 (CKK) |
| ILYA LICHTENSTEIN, et. al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Doe        .

Date:   05/02/2025

/s/ Sara Elizabeth Cervantes
*Attorney's signature*

Sara Elizabeth Cervantes 5834106 (NY)
*Printed name and bar number*

Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036

*Address*

SCervantes@jenner.com
*E-mail address*

(212) 407-1740
*Telephone number*

(212) 891-1699
*FAX number*