**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>        *Defendants*. | No. 1:23-CR-239 (CKK) |

**<u>NOTICE OF APPEARANCE</u>**

To:    The Clerk of Court and all parties of record

        I, Nick Harper, am admitted to practice in this Court and I appear as counsel in the above-captioned matter on behalf of third-party petitioners iFinex Inc. and BFXNA Inc.


Dated: May 7, 2025                    Respectfully submitted,

                                    /s/ *Nick Harper*
                                    Nick Harper
                                    D.C. Bar No. 144707
                                    NHarper@gibsondunn.com
                                    GIBSON, DUNN & CRUTCHER LLP
                                    1700 M Street, N.W.
                                    Washington, D.C. 20036-4504
                                    Telephone: (202) 831-8065
                                    Facsimile: (202) 467-0539

                                    *Counsel for Third-Party Petitioners iFinex Inc. and BFXNA Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 7, 2025, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the District of Columbia on all parties registered for CM/ECF in the above-captioned matter.  I further certify that I caused a service copy of the foregoing to be sent via email and/or mail to the persons listed below who may not be included on the CM/ECF service list.  *Pro se* petitioner "A.B." was not served by email or mail because neither his email address nor physical address has been provided.

Louis Zuijderwijk

Jonas Paasch

Rafal Bielenia

Pablo Garcia Illescas

Francisco Cavazos

*/s/ Nick Harper*

Nick Harper