UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants*.<br><br>*************<br><br>XYZ INC.<br><br>*Intervenor, Claimant, and Third-Party Petitioner.* | Case No. 23-cr-239 (CKK) |

**[PROPOSED] ORDER DENRYING BITFINEX'S MOTION**

WHEREAS iFinex Inc. and BFXNA Inc. have moved to dismiss the third-party claim filed by XYZ Inc. (proceeding by pseudonym); for the reasons stated in XYZ's opposition,

iFinex Inc. and BFXNA Inc.'s Motion is **DENIED**;

**SO ORDERED.**

_____
United States District Judge