UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>ILYA LICHTENSTEIN, *et. al.*,<br><br>   *Defendants,*<br><br>and<br><br>JOHN DOE<br><br>   *Intervenor, Claimant, and Third-Party Petitioner*. | CRIMINAL NO. 23-cr-239 (CKK) |

**[PROPOSED] ORDER**

Upon consideration of Third-Party Petitioner John Doe's Opposition To Third-Party Petitioners iFinex Inc. and BFXNA Inc.'s Motion To Dismiss Certain Claimants' Ancillary Petitions, it is hereby ORDERED that Third-Party Petitioners iFinex Inc. and BFXNA Inc.'s Motion To Dismiss Certain Claimants' Ancillary Petitions is DENIED.

**IT IS SO ORDERED.**

DATED: _____

_____
Colleen Kollar-Kotelly
United States District Judge