# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>Defendants. | Case No. 23-cr-239 (CKK) |

## [Proposed] ORDER

Upon consideration of the Motion for Leave to File Out of Time Motion to Intervene and Ancillary Petition Pseudonymously and Partially Under Seal by Richard Roe, it is hereby ORDERED that Movant's motion is GRANTED and Movant's Motion to File Out of Time Motion to Intervene and Ancillary Petition shall be and remain SEALED; and it is

FURTHER ORDERED that Movant must file partially redacted versions of its Motion to Intervene and Ancillary Petition by _____, 2025; and it is

FURTHER ORDERED that any future filings by Movant that are publicly filed may be filed using the pseudonym "Richard Roe"; and it is

FURTHER ORDERED that Movant may proceed with its Ancillary Petition and any other filings using the pseudonym "Richard Roe." To the extent filings incorporate any real names or other personal identifying information or specific account and asset information, that information shall be redacted from the public filing with an unredacted copy filed under seal.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE