**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

v.                                                              **Criminal No. 23-CR-239 (CKK)**

**ILYA LICHTENSTEIN,** *et al.*

# AMENDED ANCILLARY PETITION

### INTRODUCTION AND ASSET DESCRIPTION

1. Louis Maria Andrea Zuijderwijk is a victim of cryptocurrency theft resulting from the Bitfinex hack. On August 2, 2016, defendant I. Lichtenstein stole 9.07868043 Bitcoin directly from Zuijderwijk's account at Bitfinex.

2. The Government has since recovered the stolen cryptocurrencies related to the Bitfinex hack. Petitioner's Bitcoin are clearly traceable to the Bitcoin now in a wallet controlled by the Government (Paragraph e. of the Corrected Second Amended Attachment, ECF 198-1).

3. Zuijderwijk formally requests the return of his stolen 9.07868043 Bitcoin.

### INTEREST IN PROPERTY

With leave of the Court granted by minute order dated May 12, 2025, Petitioner Zuijderwijk, proceeding *pro se*, respectfully submits this Amended Ancillary Petition pursuant to 21 U.S.C. § 853(n) to assert a superior interest in specific property subject to forfeiture. As the rightful owner of the stolen Bitcoin, Zuijderwijk has provided substantial evidence to support this claim, including:

1. A statement from the victim

2. Records of Bitcoin purchases 2013 - 2015

3. Deposits into Bitfinex account and Blockchain tracking

4. Information regarding the 2016 hack and BFX Token Issuance

5. Supplemental evidence in support of Petition

**AMENDMENTS TO ORIGINAL PETITION**

1. Amount of Bitcoin claimed has been updated to 9.07868043 Bitcoin.
2. Subchapter 5 *'Supplemental evidence in support of petition'* has been added.
3. Appendix 5 and 6 have been added.


No further amendments have been made to this petition.


**DECLARATION**

I attest and declare under penalty of perjury under the laws of the United States of America that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.


Respectfully submitted,


Louis (Maria Andrea) Zuijderwijk
**Pro Se** Intervenor