UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>Defendants. | Case No. 23-CR-239 (CKK) |

**MOTION TO SUBSTITUTE PREVOUSLY-FILED DOCUMENTS**

Pursuant to a request from the Court, Petitioners iFinex Inc. and BFXNA Inc. (together, "Bitfinex"), through their attorneys at Gibson, Dunn & Crutcher LLP and Kirkland & Ellis LLP, respectfully move for leave to file substitutes for two previously filed documents (ECF Nos. 308-1 & 327) whose access is restricted to the public. The proposed substitute filings, attached hereto, are substantively identical to the originally filed documents; they are merely meant to ensure that versions of these documents are available to the public in an appropriate format.

Dated: May 29, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

/s/ *Barry H. Berke*

Barry H. Berke (admitted *pro hac vice*)
Daniel M. Ketani (admitted *pro hac vice*)
Trevor Gopnik (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
bberke@gibsondunn.com
dketani@gibsondunn.com
tgopnik@gibsondunn.com

Stephanie L. Brooker (D.C. Bar No. 475321)
Nick Harper (D.C. Bar No. 144707)
1700 M Street N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
sbrooker@gibsondunn.com
nharper@gibsondunn.com

KIRKLAND & ELLIS LLP

Mark C. Holscher (admitted *pro hac vice*)
555 S. Flower Street
Los Angeles, California 90071
Tel: (213) 680-8190
mark.holscher@kirkland.com

Laura Vartain (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Tel: (415) 439-1400
Laura.vartain@kirkland.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2025, I filed and therefore caused the foregoing document to be served on all parties in accordance with the Court's May 20, 2025 Order.

                                       */s/ Barry H. Berke*
                                       Barry H. Berke