UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants.* | Case No.  23-cr-239 (CKK) |

**THIRD-PARTY PETITIONERS HJALMAR PETERS, ALLAN NEWMAN, DOLAN HARRINGTON, CHRISTIAN DRESSLER, JUERGEN LANKAT, CHARLES REED VENTURELLA, COMPANY DOE, TOM DOE, AND RICHARD ROE'S MOTION FOR JOSEPH CIOFFI ADMISSION PRO HAC VICE**

Pursuant to Criminal Local Rule 44.1(c), third-party petitioners Hjalmar Peters, Allan Newman, Dolan Harrington, Christian Dressler, Juergen Lankat, Charles Reed Venturella, Company Doe, Tom Doe, and Richard Roe respectfully moves for the admission and appearance of attorney Joseph Cioffi's *pro hac vice* in the above-captioned matter.

This Motion is supported by the Declaration of Joseph Cioffi, filed herewith.  As set forth in the accompanying declaration, Joseph Cioffi is admitted, practicing, and a member in good standing of the State Bar of New York, the State Bar of Massachusetts, the State Bar of New Jersey, and the State Bar of Texas.  This Motion is supported and signed by Alexandria J. Smith, an active and sponsoring member of the Bar of this Court.

| | |
|---|---|
| Date:  May 30, 2025 | /s/ Alexandria J. Smith |
| | Alexandria J. Smith (#1481067) |
| | Greenstein DeLorme & Luchs, P.C. |
| | 801 17th Street, NW, Suite 1000 |
| | Washington, DC  20006 |
| | Phone:  (202) 452-1400; Fax: (202) 452-1410 |
| | Email:  ajs@gdllaw.com |
| | *Counsel for Hjalmar Peters, Allan Newman, Dolan Harrington, Christian Dressler, Juergen Lankat, Charles Reed Venturella, Company Doe, Tom Doe, and Richard Roe* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2025, I filed the foregoing *pro hac vice* application using the Court's electronic filing system and a copy should be served by a notice of electronic filing on all counsel of record in the case. In addition, in accordance with ECF #347, I have also served a copy of this application on all *pro se* Petitioners by email using the email addresses sent to me by the Clerk's office.

/s/ Alexandria J. Smith
Alexandria J. Smith

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants.* | Case No. 23-cr-239 (CKK) |

**DECLARATION OF JOSEPH CIOFFI
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Joseph Cioffi, declare as follows:

1. I am co-counsel for third party petitioners Hjalmar Peters, Allan Newman, Dolan Harrington, Christian Dressler, Juergen Lankat, Charles Reed Venturella, Company Doe, Tom Doe, and Richard Roe in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Joseph Cioffi.

3. I am associated with the law firm of Davis+Gilbert LLP. My office address is 1675 Broadway, 35th floor, New York, NY 10019. My telephone number is (212) 468-4875.

4. I am admitted, practicing, and a member in good standing of the Bar of the State of New York (New York State Bar No. 2909828), the Bar of the State of Massachusetts (Massachusetts Bar No. 635661), the Bar of the State of New Jersey (New Jersey Bar No. 046621995), and the Bar of the State of Texas (Texas Bar No. 796359), and am admitted to practice before the following courts:

- United States District Court for the Southern District of New York

- United States Bankruptcy Court for the Southern District of New York
- United States District Court for the District of Massachusetts
- United States District Court for the District of New Jersey
- United States District Court for the Northern District of Texas

    5. I have never been disciplined by any bar.

    6. In the last two years, I have not been admitted *pro hac vice* in this Court.

    7. I do not engage in the practice of law from an office located in the District of
Columbia.

    8. I am familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of May 2025 in New York, New York.

_____
Joseph Cioffi



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Joseph Cioffi

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **November 4, 1998**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on May 22, 2025.

*Clerk of the Court*

CertID-00233058