LEAVE TO FILE GRANTED

Judge C Kollar-Kotelly
11/7/25

nunc pro tunc
1/29/25

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ILYA LICHTENSTEIN, et al.,

Defendants.

Case No. 23-cr-239 (CKK)

## NOTICE OF APPEARANCE OF COUNSEL
## FOR THIRD PARTIES CHRISTIAN DRESSLER AND DOLAN HARRINGTON

To: The clerk of the court and all parties and counsel of record.

PLEASE TAKE NOTICE of the appearance of James D. Sadowski, Esq., an attorney with the law firm of Greenstein DeLorme & Luchs, P.C. I am admitted or otherwise authorized to practice in this court, and I appear in this case as local counsel for third parties Christian Dressler and Dolan Harrington, each of whom is filing an ancillary petition related to forfeited property.

Respectfully submitted

Date: January 31, 2025

/s/ James D. Sadowski
James D. Sadowski (#446635)
Greenstein DeLorme & Luchs, P.C.
801 17th Street, NW, Suite 1000
Washington, DC 20006
Phone: (202) 452-1400; Fax: (202) 452-1410
Email: jds@gdllaw.com
*Local Counsel for Third Parties Christian Dressler and Dolan Harrington*

8440\0001\4921-5408-7957.v1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2025, I sent the foregoing Notice of Appearance by email to dcd_cmecf_cr@dcd.uscourts.gov and that I am sending a copy by email to all persons listed on the docket sheet for the receipt of a Notice of Electronic Filing. I am also emailing a copy to the two persons designated as intervenors in the ECF system. *See* email service list below.

>Eugene V. Gorokhov: eugene@burnhamgorokhov.com, michael@burnhamgorokhov.com
>Angela F. Collins: acollins@cahill.com, MA@cahill.com
>Charles Burnham: charles@burnhamgorokhov.com
>Christopher Brodie Brown: Christopher.Brown8@usdoj.gov, Angela.De.Falco@usdoj.gov, USADC.CriminalDocket@usdoj.gov, USADC.ECF.Cyber@usdoj.gov, USADC.ECF.Fraud2@usdoj.gov
>Kiersten A. Fletcher: kfletcher@cahill.com
>Jolie Zimmerman: jolie.zimmerman@usdoj.gov, usadc.docketing@usdoj.gov, usadc.ecfnatsec@usdoj.gov
>Catherine Pelker: catherine.pelker@usdoj.gov
>Jessica Peck: jessica.peck@usdoj.gov
>Anirudh Bansal: abansal@cahill.com
>Samson Enzer: SEnzer@cahill.com, MA@cahill.com
>Rick E. Blaylock, Jr.: rick.blaylock.jr@usdoj.gov, USADC.CriminalDocket@usdoj.gov, caseview.ecf@usdoj.gov, gtorrestrujillo@usa.doj.gov
>Jason Michael Ecker: jecker@cahill.com
>Louis (Maria Andrea) Zuijderwijk: le.zuijderwijk@gmail.com
>Francisco Cavazos: FrankieCavazos@outlook.com
>Stephanie L. Brooker: sbrooker@gibsondunn.com

/s/ James D. Sadowski
James D. Sadowski