# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>Defendants. | Case No. 23-cr-239 (CKK) |

### NOTICE REGARDING AMENDED VERIFIED PETITION FOR DETERMINATION OF THIRD PARTY INTEREST IN PROPERTY PURSUANT TO 21 U.S.C § 853(N)

Petitioner Dolan Harrington ("Petitioner" or "Mr. Harrington"), by his undersigned counsel, submits this Certificate of Service regarding his Motion for Leave to File Amended Verified Petition filed today, December 2, 2025:

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2025, I filed the Motion for Leave to File Amended Verified Petition using the Court's electronic filing system and a copy should be served by a notice of electronic filing on all counsel of record in the case. In addition, in accordance with ECF #347, I have also served a copy of this application on all *pro se* Petitioners by email using the email addresses sent to me by the Clerk's office.

/s/ Alexandria J. Smith
Alexandria J. Smith

| | |
|---|---|
| Date:  December 2, 2025 | /s/ Alexandria J. Smith |
| | Alexandria J. Smith (#1481067) |
| | Greenstein DeLorme & Luchs, P.C. |
| | 801 17th Street, NW, Suite 1000 |
| | Washington, DC  20006 |
| | Phone:  (202) 452-1400; Fax: (202) 452-1410 |
| | Email:  ajs@gdllaw.com |
| | *Counsel for Dolan Harrington* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2025, I filed the foregoing *Notice* using the Court's electronic filing system and a copy should be served by a notice of electronic filing on all counsel of record in the case. In addition, in accordance with ECF #347, I have also served a copy of this application on all *pro se* Petitioners by email using the email addresses sent to me by the Clerk's office.

/s/ Alexandria J. Smith
Alexandria J. Smith