**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:23-cr-239 (CKK) |
| v. | |
| ILYA LICHTENSTEIN and HEATHER RHIANNON MORGAN, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PETITIONER AH-1** |
| Defendants. | |

Petitioner AH-1 hereby gives notice that his Petition and Request for Ancillary Hearing and Related Relief Pursuant to 21 U.S.C. § 853(n) in the above action is dismissed with prejudice.

Dated: February 17, 2026

**PERKINS COIE LLP**

By: _____

David W. T. Daniels
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211
DDaniels@perkinscoie.com

Kevin R. Feldis (D.C. Bar No. 433530)*
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
KFeldis@perkinscoie.com
*admitted pro hac vice*

*Attorneys for Petitioner AH-1*