UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>　　　　　*Defendants*. | Case No. 23-cr-239 (CKK) |

**NOTICE OF APPEARANCE OF COUNSEL FOR THIRD-PARTY PETITIONERS
HJALMAR PETERS, ALLAN NEWMAN, DOLAN HARRINGTON, CHRISTIAN
DRESSLER, JUERGEN LANKAT, CHARLES REED VENTURELLA, COMPANY
<u>DOE, TOM DOE, AND RICHARD ROE</u>**

PLEASE TAKE NOTICE of the appearance of Adam M. Levy, an attorney with the law

firm Davis+Gilbert LLP.  I am admitted or otherwise authorized to practice in this court, and I

appear in this case as *pro hac* counsel for claimants Hjalmar Peters, Allan Newman, Dolan

Harrington, Christian Dressler, Juergen Lankat, Charles Reed Venturella, Company Doe, Tom

Doe, and Richard Roe.

Date: March 9, 2026

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Adam M. Levy*
　　　　　　　　　　　　　　　　Adam M. Levy (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　Davis+Gilbert LLP
　　　　　　　　　　　　　　　　1675 Broadway
　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　Telephone: (212) 468-4800
　　　　　　　　　　　　　　　　Email: alevy@dglaw.com

　　　　　　　　　　　　　　　　*Counsel for Claimants Hjalmar Peters, Allan
　　　　　　　　　　　　　　　　Newman, Dolan Harrington, Christian Dressler,
　　　　　　　　　　　　　　　　Juergen Lankat, Charles Reed Venturella, Company
　　　　　　　　　　　　　　　　Doe, Tom Doe, and Richard Roe*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of March, 2026, a true copy of the foregoing Notice of Appearance of Counsel for Claimants Hjalmar Peters, Allan Newman, Dolan Harrington, Christian Dressler, Juergen Lankat, Charles Reed Venturella, Company Doe, Tom Doe, and Richard Roe should be served by Notice of Electronic Filing ("NEF") on all persons designated to receive electronic notice in this case.  In addition, a copy of this filing has been served on all *pro se* Petitioners by email.

*/s/ Adam M. Levy*
Adam M. Levy